JUDGE RAKOFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

13 CIV 4137

ADREA, LLC,

  Plaintiff,

  v.

BARNES & NOBLE, INC., NOOK MEDIA
LLC, AND BARNESANDNOBLE.COM LLC,

  Defendants.

Civil Action No. _____

JURY TRIAL DEMANDED

RECEIVED
JUN 14 2013
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff ADREA, LLC hereby discloses the following:

Discovery Patent Licensing, LLC; ITRU Adrea Holdings, LLC; Philips Electronics North America Corporation; and SCA IPLA Holdings Inc. each owns over 10% of the membership interests in ADREA, LLC.

Discovery Communications, Inc. is the ultimate, publicly held parent company of Discovery Patent Licensing, LLC. Intertrust Technologies Corporation is the parent company of ITRU Adrea Holdings, LLC. Koninklijke Philips Electronics N.V. is the ultimate, publicly held parent company of Philips Electronics North America Corporation. Sony Corporation is the ultimate, publicly held parent company of SCA IPLA Holdings Inc.

1

Dated: June 14, 2013

Respectfully submitted,

**PROSKAUER ROSE LLP**

Kenneth Rubenstein
Baldassare Vinti
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000 (telephone)
(212) 969-2900 (facsimile)

Steven M. Bauer
Amy Crafts
Micah Miller*
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
(617) 526-9600 (telephone)
(617) 526-9800 (facsimile)

*Attorneys for Plaintiff ADREA, LLC*

*Motion for admission *pro hac vice* forthcoming