UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>               Defendants. | 13-CV-4137 (JSR) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, AND NOOK MEDIA LLC

Defendants Barnes & Noble, Inc., barnesandnoble.com LLC, and Nook Media LLC (collectively, the "Defendants") submit this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure Rule 7.1. To enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants provides and certifies the following information:

Defendant Barnes & Noble, Inc. is a publicly-traded company, and Liberty Media Corporation, a public company, through its wholly-owned subsidiary Liberty GIC, Inc., owns 10% or more of its stock. Barnes & Noble, Inc. and Microsoft Corp. each own 10% or more of the stock of Nook Media, LLC., which in turn wholly-owns barnesandnoble.com llc.

1

Dated: August 9, 2013
New York, New York

Respectfully submitted,

ARNOLD & PORTER LLP

/s/ Louis S. Ederer
Louis S. Ederer
Yue-Han Chow
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
louis.ederer@aporter.com
yue-han.chow@aporter.com

Ali R. Sharifahmadian
Arpan A. Sura
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
ali.sharifahmadian@aporter.com
arpan.sura@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com LLC, and Nook Media LLC*