IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and NOOK MEDIA LLC,<br><br>    *Defendants*. | Civil Action No. 13-CV-4137 (JSR)<br><br>JURY TRIAL DEMANDED<br><br>ECF CASE |

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 56(a) and Local Rule 56.1, plaintiff ADREA, LLC ("Plaintiff") will move the Court, on January 31, 2014, for: (1) partial summary judgment of infringement of certain asserted claims of U.S. Patent Nos. 7,299,501 and 7,620,703 by Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC ("Defendants"); and (2) partial summary judgment of no invalidity of certain asserted claims of U.S. Patent Nos. 7,298,851, 7,299,501, and 7,620,703.

Pursuant to the Court's Civil Case Management Plan (D.I. 20), as amended by the Court on December 13, 2013, the schedule for the proceedings relating to this motion is as follows:

- Plaintiff's moving papers shall be served and filed on January 31, 2014;
- Defendants' responsive papers shall be served and filed on February 14, 2014;
- Plaintiff's reply papers shall be served and filed on February 21, 2014; and
- Oral argument shall be heard on February 28, 2014, beginning at 4:00 PM.

Dated: January 24, 2014                    Respectfully submitted,

/s/ Steven M. Bauer_____
Steven M. Bauer
Kimberly A. Mottley (*pro hac vice*)
Patrick J. Niedermeier (*pro hac vice*)
Micah Miller (*pro hac vice*)
Erin Staab (*pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
(617) 526-9600 (telephone)
(617) 526-9800 (facsimile)
sbauer@proskauer.com
kmottley@proskauer.com
pniedermeier@proskauer.com
mmiller@proskauer.com
estaab@proskauer.com

Colin Cabral
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
(310) 284-5611 (telephone)
(310) 557-2193 (facsimile)
ccabral@proskauer.com

Kenneth Rubenstein
Baldassare Vinti
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000 (telephone)
(212) 969-2900 (facsimile)
krubenstein@proskauer.com
bvinti@proskauer.com

*Attorneys for Plaintiff ADREA, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 24, 2014, I caused a copy of the forgoing document to be served upon counsel of record for Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC by electronic means using the Court's ECF system:

Louis S. Ederer
Susan Lee Shin
Yue-Han Chow
Maxwell Charles Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
yue-han.chow@aporter.com
maxwell.preston@aporter.com

Ali R. Sharifahmadian  (*pro hac vice*)
Sarah Brackney Arni (*pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
ali.sharifahmadian@aporter.com
sarah.arni@aporter.com

Michael A. Berta, Jr. (*pro hac vice*)
Willow W. Noonan (*pro hac vice*)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415)-471-3400
michael.berta@aporter.com
willow.noonan@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com LLC, and Nook Media LLC*

/s/ Steven M. Bauer