UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, )<br>)<br>Plaintiff, )<br>)<br>- against - )<br>)<br>BARNES & NOBLE, INC., )<br>BARNESANDNOBLE.COM LLC, and )<br>NOOK MEDIA LLC, )<br>)<br>Defendants. )<br>) | ECF Case<br><br>13-CV-4137 (JSR) |

### DECLARATION OF YUE-HAN CHOW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Yue-Han Chow, declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York and an associate at the law firm of Arnold & Porter LLP, attorneys for Defendants and Counterclaim-Plaintiffs Barnes & Noble, Inc., barnesandnoble.com llc, and NOOK Media LLC (collectively, "Defendants" or "B&N").

2. I make this Declaration in Opposition to Plaintiff's Motion for Partial Summary Judgment. For ease and avoidance of confusion, B&N continues its exhibit numbering from the last exhibit in the Declaration of Yue-Han Chow in Support of Defendant's Motion for Summary Judgment filed on January 31, 2014.

3. Attached hereto as Exhibit KKKK, under seal pursuant to Protective Order, is a true and correct copy of excerpts from the deposition transcript of Sudeep Narain, taken on November 8, 2013

4.      Attached hereto as Exhibit LLLL, under seal pursuant to Protective Order, is a true and correct copy of excerpts from the deposition transcript of Brian Berg, taken on January 17, 2014.

5.      Attached hereto as Exhibit MMMM, under seal pursuant to Protective Order, is a true and correct copy of excerpts from the deposition transcript of Deepak Mulchandani, taken on October 14, 2013.

6.      Attached hereto as Exhibit NNNN, under seal pursuant to Protective Order, is a true and correct copy of excerpts from the deposition transcript of B. Clifford Neuman, taken on January 24, 2014.

7.      Attached hereto as Exhibit OOOO is a true and correct copy of the US Patent No. 4,899,299 (MacPhail), dated February 6, 1990, labeled BN-ADREA045272-281.

8.      Attached hereto as Exhibit PPPP is a true and correct copy of excerpts from the deposition transcript of B. Clifford Neuman, taken on January 23, 2014.

9.      Attached hereto as Exhibit QQQQ is a true and correct copy of the Reply to Office Action of December 5, 2006, regarding the application that led to US Patent 7,620,703, labeled ADREA0059267-278.

10.     Attached hereto as Exhibit RRRR is a true and correct copy of excerpts from the deposition transcript of Dr. Xin Wang, taken January 21, 2014.

11.     Attached hereto as Exhibit SSSS is a true and correct copy of US Patent No. 6,037,928 (Nachinson), dated March 14, 2000, labeled BN-ADREA043020-036.

12.     Attached hereto as Exhibit TTTT is a true and correct copy of an invalidity chart for US Patent 4,899,299 (MacPhail).

13. Attached hereto as Exhibit UUUU is a true and correct copy of US Patent No. 6,002,403 (Sugiyama), dated December 14, 1999.

14. Attached hereto as Exhibit VVVV is a true and correct copy of Amendment filed June 3, 2009, regarding the application that led to US Patent No. 7,620,703, labeled ADREA0059381-387.

15. Attached hereto as Exhibit WWWW is a true and correct copy of excerpts from the Hearing transcript, dated November 1, 2013.

16. Attached hereto as Exhibit XXXX is a true and correct copy of excerpts from Adrea's Claim Construction Presentation, dated October 10, 2013.

17. Attached hereto as Exhibit YYYY, under seal pursuant to Protective Order, is a true and correct copy of excerpts from the deposition transcript of John Hendricks, taken on November 5, 2013.

18. Attached hereto as Exhibit ZZZZ is a true and correct copy of the Notice of Allowance and Notice for Allowability for US Patent No. 7,620,703, mailed on July 9, 2009, labeled ADREA0059399-402.

19. Attached hereto as Exhibit A5 is a true and correct copy of the Information Disclosure Statement by Applicant for US Patent No. 7,299,501, dated September 28, 2006, labeled ADREA0058732-759.

20. Attached hereto as Exhibit B5 is a true and correct copy of the Notice of Allowance and an Attachment for US Patent No. 7,299,501, dated November 20, 2006, labeled ADREA0058783-789.

21. Attached hereto as Exhibit C5 is a true and correct copy of the letter from Y. Chow to M. Miller dated November 1, 2013, enclosing Source Code production.

22. Attached hereto as Exhibit D5 is a true and correct copy of an excerpt of Exhibit SS-2, which was attached to the Expert Report of Brian A. Berg Regarding Infringement of U.S. Patent Nos. 7,298,851, 7,299,501 and 7,620,703.

Dated: February 14, 2014

**Arnold & Porter LLP**

*[signature]*

Louis S. Ederer
Susan L. Shin
Yue-Han Chow
Maxwell Preston
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
yue-han.chow@aporter.com
maxwell.preston@aporter.com

Ali R. Sharifahmadian (*pro hac vice*)
Sarah Brackney Arni (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
ali.sharifahmadian@aporter.com
sarah.arni@aporter.com

Michael Berta (*pro hac vice*)
Willow Noonan (*pro hac vice*)
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
michael.berta@aporter.com
willow.noonan@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on February 14, 2014, copies of the Supplemental Declaration of Yue-Han Chow in Opposition to Plaintiff's Motion for Partial Summary Judgment with exhibits were caused to be served upon the following via email and FTP:

Kenneth Rubenstein, Esq.
Baldassare Vinti, Esq.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036

Steven Michael Bauer, Esq.
Kimberly A. Mottley, Esq.
Micah W. Miller, Esq.
Brendan Cox, Esq.
Patrick Niedermeier, Esq.
Erin Staab, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110

Colin Cabral, Esq.
PROSKAUER ROSE LLP
2049 Century Park East
Los Angeles, CA 90067

_____
Yue-Han Chow