UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, and NOOK MEDIA LLC, <br><br> Defendants. | 13-CV-4137 (JSR) |

### NOTICE OF MOTION TO EXCLUDE TESTIMONY OF
### STEPHEN P. MAGEE AND XIN WANG

PLEASE TAKE NOTICE that pursuant to Rule 702 of the Federal Rules of Evidence, Defendants Barnes & Noble, Inc., barnesandnoble.com LLC and Nook Media LLC (collectively, "Defendants") on September 5, 2014 will move this Court for an order excluding testimony of Stephen P. Magee and Xin Wang.

In support of this motion Defendants shall rely upon this Notice of Motion as well as a Memorandum of Law in Support of Defendants' Motion to Exclude Testimony of Stephen P. Magee and Xin Wang, the Declaration of Yue-Han Chow in Support of Defendants' Motion to Exclude Testimony of Stephen P. Magee and Xin Wang, and supporting documents to be filed with the Court pursuant to the below schedule.

The briefing schedule relating to this motion is as follows:

Opening Motion Papers:   September 5, 2014

Opposition Papers:   September 19, 2014

The Court has not scheduled oral argument for this motion. Trial in this case is scheduled for October 6, 2014.

Dated: New York, New York
       September 5, 2014

**ARNOLD & PORTER LLP**

*/s/ Louis S. Ederer*

Louis S. Ederer
Susan L. Shin
Yue-Han Chow
Maxwell C. Preston
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
yue-han.chow@aporter.com
maxwell.preston@aporter.com

Ali R. Sharifahmadian  (*pro hac vice*)
Sarah Brackney Arni   (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
ali.sharifahmadian@aporter.com
sarah.arni@aporter.com

Michael A. Berta  (*pro hac vice*)
Willow Noonan  (*pro hac vice*)
Three Embarcadero Center, #10
San Francisco, CA 94111
Telephone: (415) 356-3000
Facsimile: (415) 356-3400
michael.berta@aporter.com
willow.noonan@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on September 5, 2014, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Kenneth Rubenstein, Esq.<br>Baldassare Vinti, Esq.<br>PROSKAUER ROSE LLP<br>11 Times Square<br>New York, NY 10036 | *VIA ELECTRONIC MAIL* |
| Steven Michael Bauer, Esq.<br>Kimberly A. Mottley, Esq.<br>Micah W. Miller, Esq.<br>Brendan Cox, Esq.<br>Patrick Niedermeier, Esq.<br>Erin Staab, Esq.<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110 | *VIA ELECTRONIC MAIL* |
| Colin Cabral, Esq.<br>PROSKAUER ROSE LLP<br>2049 Century Park East<br>Los Angeles, CA 90067 | *VIA ELECTRONIC MAIL* |

_____
Yue-Han Chow