UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>           Plaintiff,<br><br>- v -<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and<br>NOOK MEDIA LLC,<br><br>           Defendants. | 13-CV-4137 (JSR) |



### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL

JED S. RAKOFF, U.S.D.J.

The Court permits Defendants to file the following documents under seal in support of their memorandum of law in opposition to Plaintiffs' motion to exclude testimony under FED. R. EVID. 702:

    (i)    Defendants' memorandum (if necessary);

    (ii)    Expert Report of Ned S. Barnes, dated December 30, 2013;

    (iii)    Expert Report of Stephen P. Magee, dated December 11, 2013;

    (iv)    Supplemental Expert Report of Stephen P. Magee, dated August 13, 2014;

    (v)    Documents cited in the expert reports of Ned S. Barnes and Stephen P. Magee to the extent such documents are designated as "Confidential" or "Attorneys' Eyes Only" under the Court's Sept. 10, 2013 Protective Order;

    (vi)    Excerpts from the January 17, 2014 Deposition of Ned S. Barnes;

    (vii)    Excerpts from the January 10, 2014 Deposition of Stephen P. Magee; and

    (viii)    Documents produced as "Confidential" or "Attorneys' Eyes Only" under the Court's September 10, 2013 Protective Order that Defendants may use to respond to factual representations made by Plaintiff in its motion.

Redacted versions of any sealed documents must be filed electronically.

**SO ORDERED.**

Dated:    New York, New York                        JED S. RAKOFF, U.S.D.J.
            September 17, 2014