UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, and NOOK MEDIA LLC, <br><br> Defendants. | 13-CV-4137 (JSR) |

## NOTICE OF MOTION IN SUPPORT OF
## DEFENDANTS' MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that, pursuant to Rule 9 of the Individual Rules of Pratice of Hon. Jed S. Rakoff, Defendants Barnes & Noble, Inc., barnesandnoble.com LLC and Nook Media LLC (collectively, "Defendants") on September 22, 2014 will move this Court for an order granting its motions *in limine* to exclude certain evidence pursuant to Federal Rules of Evidence 401, 402, and 403 [and Federal Rules of Civil Procedure 26 and 37].

In support of this motion Defendants shall rely upon this Notice of Motion as well as a Memorandum of Law in Support of Defendants' Motions *in Limine*, the Declaration of Yue-Han Chow in Support of Defendants' Motions *in Limine*, and supporting documents to be filed with the Court pursuant to the below schedule:

Opening Motion Papers:	September 22, 2014

Opposition Papers:	September 29, 2014

Oral argument has not been scheduled.

| | |
|---|---|
| Dated: New York, New York<br>September 22, 2014 | Respectfully Submitted,<br><br>**ARNOLD & PORTER LLP**<br><br>_/s/ Yue-Han Chow_<br>Louis S. Ederer<br>Susan L. Shin<br>Yue-Han Chow<br>Maxwell C. Preston<br>399 Park Avenue<br>New York, NY 10022-4690<br>Telephone: (212) 715-1000<br>Facsimile: (212) 715-1399<br>louis.ederer@aporter.com<br>susan.shin@aporter.com<br>yue-han.chow@aporter.com<br>maxwell.preston@aporter.com<br><br>Ali R. Sharifahmadian  (*pro hac vice*)<br>Sarah Brackney Arni   (*pro hac vice*)<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>ali.sharifahmadian@aporter.com<br>sarah.arni@aporter.com<br><br>Michael A. Berta  (*pro hac vice*)<br>Willow Noonan  (*pro hac vice*)<br>Three Embarcadero Center, #10<br>San Francisco, CA 94111<br>Telephone: (415) 356-3000<br>Facsimile: (415) 356-3400<br>michael.berta@aporter.com<br>willow.noonan@aporter.com<br><br>*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC* |

## CERTIFICATE OF SERVICE

I, hereby certify that on September 22, 2014, copies of the foregoing were caused to be served upon the following via ECF and electronic mail:

Kenneth Rubenstein, Esq.
Baldassare Vinti, Esq.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
krubenstein@proskauer.com
bvinti@proskauer.com

Steven Michael Bauer, Esq.
Kimberly A. Mottley, Esq.
Micah W. Miller, Esq.
Brendan Cox, Esq.
Patrick Niedermeier, Esq.
Erin Staab, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
sbauer@proskauer.com
kmottley@proskauer.com
mmiller@proskauer.com
bcox@proskauer.com
pniedermeier@proskauer.com
estaab@proskauer.com

Colin Cabral, Esq.
PROSKAUER ROSE LLP
2049 Century Park East
Los Angeles, CA 90067
ccabral@proskauer.com

/s/ Yue-Han Chow
Yue-Han Chow
