UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,                                   )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>    - against -                                   )<br>                                                          )<br> BARNES & NOBLE, INC.,               )<br> BARNESANDNOBLE.COM LLC, and )<br> NOOK MEDIA LLC,                        )<br>                                                          )<br>            Defendants.                       )<br>                                                          )<br>                                                          ) | ECF Case<br><br>13-CV-4137 (JSR)<br><br>**FILED UNDER SEAL<br>PURSUANT TO PROTECTIVE<br>ORDER** |

**MEMORANDUM OF LAW IN SUPPORT OF**

**DEFENDANTS' MOTIONS IN LIMINE**