UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| ADREA, LLC, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| - against - | ) | 13-CV-4137 (JSR) |
|  | ) | |
| BARNES & NOBLE, INC., | ) | |
| BARNESANDNOBLE.COM LLC, and | ) | |
| NOOK MEDIA LLC, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF MOTION IN SUPPORT OF
## DEFENDANTS' MOTION TO SEAL

PLEASE TAKE NOTICE that Defendants Barnes & Noble, Inc., barnesandnoble.com LLC and Nook Media LLC (collectively, "Defendants") on September 29, 2014 will move this Court for an order granting its motion to seal certain confidential information at trial.

In support of this motion Defendants shall rely upon this Notice of Motion as well as a Memorandum of Law in Support of Defendants' Motion to Seal, the Declaration of Richard Nagle in Support of Defendants' Motion to Seal, the Declaration of Yue-Han Chow in Support of Defendants' Motion to Seal, and supporting documents to be filed with the Court pursuant to the below schedule:

Opening Motion Papers:                                    September 29, 2014

Oral argument has not been scheduled.

Dated: New York, New York
   September 29, 2014

Respectfully Submitted,

**ARNOLD & PORTER LLP**

  */s/ Yue-Han Chow*
Louis S. Ederer
Susan L. Shin
Yue-Han Chow
Maxwell C. Preston
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
yue-han.chow@aporter.com
maxwell.preston@aporter.com

Ali R. Sharifahmadian  (*pro hac vice*)
Sarah Brackney Arni  (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
ali.sharifahmadian@aporter.com
sarah.arni@aporter.com

Michael A. Berta  (*pro hac vice*)
Willow Noonan  (*pro hac vice*)
Three Embarcadero Center, #10
San Francisco, CA 94111
Telephone: (415) 356-3000
Facsimile: (415) 356-3400
michael.berta@aporter.com
willow.noonan@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on September 29, 2014, copies of the foregoing were caused to be served upon the following via ECF and FTP:

Kenneth Rubenstein, Esq.
Baldassare Vinti, Esq.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
krubenstein@proskauer.com
bvinti@proskauer.com

Steven Michael Bauer, Esq.
Kimberly A. Mottley, Esq.
Micah W. Miller, Esq.
Brendan Cox, Esq.
Patrick Niedermeier, Esq.
Erin Staab, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
sbauer@proskauer.com
kmottley@proskauer.com
mmiller@proskauer.com
bcox@proskauer.com
pniedermeier@proskauer.com
estaab@proskauer.com

Colin Cabral, Esq.
PROSKAUER ROSE LLP
2049 Century Park East
Los Angeles, CA 90067
ccabral@proskauer.com

_____/s/ Yue-Han Chow_____
Yue-Han Chow

- 3 -