# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and<br>NOOK MEDIA LLC,<br><br>    *Defendants*. | Civil Action No. 13-cv-4137 (JSR) |

## NOTICE OF PLAINTIFF ADREA, LLC'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that pursuant to Rule 9 of the Individual Rules of Practice of the Honorable Jed. S. Rakoff, Plaintiff, ADREA, LLC ("Adrea") moves this Court for an order precluding Barnes & Noble, Inc., barnesandnoble.com LLC, and Nook Media LLC (collectively, "Defendants") from introducing certain evidence and argument at trial.

In support of these motions *in limine*, ADREA relies upon this Notice of Motion, ADREA's Memorandum of Law in Support of Plaintiff's Motions *in Limine*, the Declaration of Brendan Cox and exhibits attached thereto, all prior pleadings on file in this action, any matter judicially noticeable, and all such other documents and matters as may be presented to the Court.

A copy of this motion was served on all parties on September 22, 2014.  Pursuant to the case schedule, Defendants' opposition, if any, is due no later than Monday, September 29, 2014.

1

Dated: September 22, 2014                                  Respectfully submitted,

    */s/ Steven M. Bauer*
Steven M. Bauer
Kimberly A. Mottley (*pro hac vice*)
Patrick J. Niedermeier (*pro hac vice*)
Micah Miller (*pro hac vice*)
Brendan S. Cox (*pro hac vice*)
Erin Staab (*pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
(617) 526-9600 (telephone)
(617) 526-9800 (facsimile)
sbauer@proskauer.com
kmottley@proskauer.com
pniedermeier@proskauer.com
mmiller@proskauer.com
bcox@proskauer.com
estaab@proskauer.com

Colin Cabral
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
(310) 284-5611 (telephone)
(310) 557-2193 (facsimile)
ccabral@proskauer.com

Kenneth Rubenstein
Baldassare Vinti
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000 (telephone)
(212) 969-2900 (facsimile)
krubenstein@proskauer.com
bvinti@proskauer.com

*Attorneys for Plaintiff ADREA, LLC*

**CERTIFICATE OF SERVICE**

   I certify that on September 22, 2014, I caused a copy of the forgoing document to be served upon counsel of record for Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC by electronic mail.

Louis S. Ederer
Susan Lee Shin
Yue-Han Chow
Maxwell Charles Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
yue-han.chow@aporter.com
maxwell.preston@aporter.com

Ali R. Sharifahmadian  (*pro hac vice*)
Sarah Brackney Arni (*pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
ali.sharifahmadian@aporter.com
sarah.arni@aporter.com

Michael A. Berta, Jr. (*pro hac vice*)
Willow W. Noonan (*pro hac vice*)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415)-471-3400
michael.berta@aporter.com
willow.noonan@aporter.com

| | |
|---|---|
| *Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC* | */s/ Steven M. Bauer*<br>Steven M. Bauer |