# EXHIBIT A
## Parties' Joint Exhibit List

| JOINT EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| JTX-001 | | ADREA0059414 | Certified U.S. Patent No. 7,298,851 | | |
| JTX-002 | | ADREA0059515 | Certified U.S. Patent No. 7,299,501 | | |
| JTX-003 | | ADREA0059578 | Certified U.S. Patent No. 7,620,703 | | |
| JTX-004 | | ADREA0052896 | Certified File History of U.S. Patent No. 7,298,851 | | |
| JTX-005 | | ADREA0056100 | Certified File History of U.S. Patent No. 7,299,501 | | |
| JTX-006 | | ADREA0059069 | Certified File History of U.S. Patent No. 7,620,703 | | |
| JTX-007 | | ADREA0019564 | 2010-08-24 Philips Patent Purchase Agreement | | |
| JTX-008 | McDow 79 | ADREA0019784 | 2010-08-25 Penac Patent Purchase Agreement | | |
| JTX-009 | Shamoon 19 | ADREA0019612 | 2010-08-25 Formation and Framework Agreement among Discovery Communications, Inc., Intertrust Technologies Corporation, Koninklijke Philips Electronics N.V., Sony Corporation of America and Adrea, LLC | | |
| JTX-010 | Shamoon 20 | ADREA0019350 | 2010-08-25 Amended and Restated Limited Liability Company Operating Agreement of Adrea, LLC | | |
| JTX-011 | Shamoon 21 | ADREA0019760 | Service Agreement between Adrea and Intertrust, effective 2010-08-25 | | |
| JTX-012 | Mulchandani 36 | BN-ADREA001928 | 2012-10-21 Adobe Content Server 4 Quick Start Guide | | |
| JTX-013 | Mulchandani 37 | BN-ADREA001952 | 2010-11-18 Adobe Content Server 4 Release Notes Version 4.1 | | |
| JTX-014 | Mulchandani 38 | BN-ADREA001954 | 2010-11-18 Adobe Content Server 4 Technical Reference Manual | | |
| JTX-015 | Mulchandani 39 | BN-ADREA002016 | 2010-11-18 Adobe Content Server 4 User Manual | | |
| JTX-016 | Narain 57 | BN-ADREA045135 | 2009-03-12 Adobe Reader Mobile 9 SDK User Manual | | |
| JTX-017 | Narain 55 | BN-ADREA032263 | 2010-10-20 P. Bhujangari Email to S. Narain re "PAVAN is Lending you an eBook" | | |
| JTX-018 | | ADREA0144782 | Dierks and Allen, The TLS Protocol, v 1.0, Jan. 1999 | | |
| JTX-019 | | BN-ADREA047186 | 2012-02-17 Diablo - Device Manager | | |
| JTX-020 | Mulchandani 31; Narain | ADREA0006630 | 2011-10-11 EPUB Open Container Format (OCF) 3.0 | | |
| JTX-021 | Shamoon 56 | ADREA0016951 | 2012-03-29 Email from Ambwani to J. Snow re: Adrea | | |

**EXHIBIT A**
**Parties' Joint Exhibit List**

| JOINT EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| JTX-022 | Shamoon 57 | ADREA0016957 | Claim Illustrations for Barnes & Noble | | |
| JTX-023 | | ADREA0014906 | Email re: meeting between ADREA and B&N | | |
| JTX-024 | Nagle 3 | BN-ADREA021246 | Chart of Net Device Unit Sales | | |
| JTX-025 | Nagle 4 | BN-ADREA021262 | Chart of Net Device Unit Sales | | |
| JTX-026 | Nagle 6 | BN-ADREA014488 | Components Cost Chart | | |
| JTX-027 | Nagle 7 | BN-ADREA009391 | 2012 Barnes & Noble Inc. Form 10-K | | |
| JTX-028 | | BN-ADREA044944 | LendMe Values from August 2012-July 2013 | | |
| JTX-029 | | BN-ADREA048045 | Summary Sales Data | | |
| JTX-020 | | BN-ADREA048105 | Summary Sales Data | | |
| JTX-031 | Barnes 7 | ADREA0111213 | Preliminary Patent License Term Sheet between Barnes & Noble and Adrea | | |
| JTX-032 | Barnes 16 | ADREA0007435 | 2011-11-10 Patent License and Settlement Agreement | | |
| JTX-033 | Barnes 17 | ADREA0007485 | 2010-08-24 Patent Cross-License Agreement Among Discovery Communications and Sony Corp. | | |