# EXHIBIT B
## Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| LEGEND | |
|---|---|
| 402 | Relevance |
| 403 | Prejudicial |
| 403 | Cumulative |
| 602 | Lack of Foundation |
| 802 | Hearsay |
| 901 | Authentication |
| FRCP 26 | Not Produced During Discovery |

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-001 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-002 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-003 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-004 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-005 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-006 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-007 | | ADREA0143727 | 2010-07-12 Patent Contribution agreement between Discovery Communications Inc and LLC | | |
| PTX-008 | | ADREA0110922 | 2010-08-25 Discovery Patent Matters Agreement | | |
| PTX-009 | | ADREA0143732 | 2013-06-19 Notice of Recordation re Change of Name re Patents 7298851 and 7299501 | | |
| PTX-010 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-011 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-012 | | DISCDE0000003734 | Assignment for Application No. 09-400296 ('851 Patent) | | |

# EXHIBIT B
# Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-013 | | DISCDE0000009775 | Assignment for Application No. 08-336247 (Parent to '501 Patent) | | |
| PTX-014 | | PHILIPS0001055 | Assignment for Application No. 09-635549 ('703 Patent) | | |
| PTX-015 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-016 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-017 | | PHILIPS0000068 | 2010-08-25 Amended Operating Agreement of Adrea LLC | | |
| PTX-018 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-019 | | BN-ADREA001654 | Nook Classic User Guide v 1.5 | 403; 802 | |
| PTX-020 | Mulchandani 20 | ADREA0006404 | NOOK Classic User Guide v 1.5 | 403; 802 | |
| PTX-021 | Mulchandani 22 | BN-ADREA000464 | NOOK Color User Guide | 403; 802 | |
| PTX-022 | Mulchandani 21 | ADREA0006664 | NOOK Color User Guide | 403; 802 | |
| PTX-023 | | BN-ADREA000021 | NOOK Color User Guide | 403; 802 | |
| PTX-024 | Mulchandani 24 | BN-ADREA000786 | NOOK Tablet User Guide | 403; 802 | |
| PTX-025 | Mulchandani 23 | ADREA0006847 | NOOK Tablet User Guide | 403; 802 | |
| PTX-026 | Mulchandani 26 | BN-ADREA000276 | NOOK Simple Touch User Guide | 403; 802 | |
| PTX-027 | Mulchandani 25 | ADREA0007037 | NOOK Simple Touch User Guide | 403; 802 | |
| PTX-028 | | BN-ADREA046119 | Nook Simple Touch with Glowlight User Guide | 403; 802 | |
| PTX-029 | Mulchandani 28 | BN-ADREA002394 | NOOK HD User Guide | 403; 802 | |
| PTX-030 | Mulchandani 27 | ADREA0007157 | NOOK HD User Guide | 403; 802 | |
| PTX-031 | Mulchandani 30 | BN-ADREA002833 | NOOK HD+ User Guide | 403; 802 | |
| PTX-032 | Mulchandani 29 | ADREA0007286 | NOOK HD+ User Guide | 403; 802 | |
| PTX-033 | | BN-ADREA045973 | Nook GlowLight User Guide | 403; 802 | |
| PTX-034 | Narain 46 | n/a | NOOK Quick Start Guide | 403; 802 | |
| PTX-035 | Narain 47 | n/a | NOOK Color Quick Guide | 403; 802 | |
| PTX-036 | Narain 48 | n/a | NOOK Tablet Quick User Guide | 403; 802 | |

# EXHIBIT B
# Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-037 | Narain 49 | n/a | NOOK Quick Start Guide for the Simple Touch GlowLight | 403; 802 | |
| PTX-038 | Narain 50 | n/a | NOOK Quick Start Guide for Simple Touch | 403; 802 | |
| PTX-039 | Narain 51 | n/a | Quick Start Guide for NOOK HD | 403; 802 | |
| PTX-040 | Narain 52 | n/a | Quick Start Guide for NOOK HD+ | 403; 802 | |
| PTX-041 | Narain 53 | n/a | Quick Guide NOOK GlowLight | 403; 802 | |
| PTX-042 | Narain 56 | BN-ADREA002154 | Functional Requirements Document for BRAVO v. 1.0 | 403; 802 | |
| PTX-043 | | BN-ADREA0029897 | 2010-03-04 Encore PRD V. 0.5 | 403; 802 | |
| PTX-044 | | BN-ADREA0028208 | 2010-03-16 Encore PRD V. 0.6 | 403; 802 | |
| PTX-045 | Narain 59 | BN-ADREA018389 | 2013-09-05 Encore PRD V. 0.7 | 403; 802 | |
| PTX-046 | Narain 61 | BN-ADREA031287 | Encore - Core Applications Slides | 403; 802 | |
| PTX-047 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-048 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-049 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-050 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-051 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-052 | | BN-ADREA045109 | 2009-08-31 Email from Narayanan to Gopalakrishnan re PDF with Chapters | 402; 403 | |
| PTX-053 | | BN-ADREA045110 | 2009-03-12 Adobe Reader Mobile 9 SDK User Manual, v 1.0.1 | | |
| PTX-054 | Narain 58; Lally 67; Kaylan 40 | BN-ADREA044946 | ACS4 Download Chart | 602; 802 | |
| PTX-055 | Narain 54 | BN-ADREA033758 | 2011-06-28 Email from J. McNally re Quick Findings - Experienced Encore 1.2 Social Study | 402; 403 | - |
| PTX-056 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-057 | | | **INTENTIONALLY LEFT BLANK** | | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-058 | | ADREA0144863 | Dierks and Rescorla, The Transport Layer Security (TLS) Protocol, v 1.1, April 2006 | | |
| PTX-059 | | ADREA0144951 | Dierks and Rescorla, The Transport Layer Security (TLS) Protocol, v 1.2, Aug. 2008 | | |
| PTX-060 | | BN-ADREA046689 | Code | 402; 403 | |
| PTX-061 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-062 | | BN-ADREA044947 | 2010-11-18 Adobe Content Server 4 FAQ | | |
| PTX-063 | | BN-ADREA045160 | 2010-06-04 Email from Mandelbaum to Gopalakrishnan re Synchronized Vendor ID | 402; 403 | |
| PTX-064 | | BN-ADREA045161 | Sychronized Vendor Identity DRM Proposal, 2010 | 402; 403 | |
| PTX-065 | Kaylan 41 | BN-ADREA021666 | 2012-11-28 C. Brown Email J. Hilt re Press Question on Issues with B&N DRM | 802 | |
| PTX-066 | Kaylan 44 | BN-ADREA037571 | Slides titled "Ecosystem" | 402; 403; 602; 802 | |
| PTX-067 | Lally 64; Kaylan 42 | BN-ADREA028973 | 2010 March Overview and Roadmap - Cloud Services Engineering | 402; 403; 602; 802 | |
| PTX-068 | Lally 65 | BN-ADREA029840 | Executive Summary re Enhanced DRM | 402; 403; 602; 802 | |
| PTX-069 | Lally 66 | BN-ADREA034064 | 2010 May B&N Digital Architecture | 402; 403; 602; 802 | |
| PTX-070 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-071 | Mulchandani 32 | ADREA0006628 | Rights.xml | 402; 403; 602; 802 | |
| PTX-072 | | BN-ADREA-SC00001 | Nook Source Code | | |
| PTX-073 | | n/a | 20131211NOOK_HD_3025050123014107.chls | 402; 403* | |
| PTX-074 | | n/a | 20131211NOOK_HD_3025050123014107_complete.pcap | 402; 403* | |

4

# EXHIBIT B
## Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-075 | | n/a | 20131211NOOK_HD_3025050123014107_logcat.txt | 402; 403* | |
| PTX-076 | | n/a | 20131211NOOK_HD_PLUS_3030140036094317.chls | 402; 403* | |
| PTX-077 | | n/a | 20131211NOOK_HD_PLUS_3030140036094317.pcap | 402; 403* | |
| PTX-078 | | n/a | 20131211NOOK_HD_PLUS_3030140036094317_logcat.txt | 402; 403* | |
| PTX-079 | | n/a | Nook_HD_3025050123014107.chls | 402; 403* | |
| PTX-080 | | n/a | Nook_HD_3025050123014107.pcap | 402; 403* | |
| PTX-081 | | n/a | Nook_HD_3025050123014107_logcat.txt | 402; 403* | |
| PTX-082 | | n/a | NOOK_HD_PLUS_3030140036094317.chls | 402; 403* | |
| PTX-083 | | n/a | Nook_HD_PLUS_3030140036094317_02.pcap | 402; 403* | |
| PTX-084 | | n/a | NOOK_HD_PLUS_logcat_all.txt | 402; 403* | |
| PTX-085 | | n/a | 851_st3_acquire.pcap | 402; 403* | |
| PTX-086 | Berg 203 | n/a | Nook 1st Edition Teardown (physical) | 403; 901 | |
| PTX-087 | Berg 204 | n/a | Nook Color Teardown (physical) | 403; 901 | |
| PTX-088 | Berg 205 | n/a | Nook Tablet Teardown (physical) | 403; 901 | |
| PTX-089 | Berg 206 | n/a | Nook Simple Touch GlowLight Teardown (physical) | 403; 901 | |
| PTX-090 | Berg 207 | n/a | Nook HD Teardown (physical) | 403; 901 | |
| PTX-091 | Berg 208 | n/a | Nook HD+ Teardown (physical) | 403; 901 | |
| PTX-092 | Berg 209 | n/a | Nook GlowLight Teardown (physical) | 403; 901 | |
| PTX-093 | Berg 179 | n/a | Exhibit Log-1 of Berg Expert Report | 402; 802 | |
| PTX-094 | Berg 180 | n/a | Exhibit Log-2 of Berg Expert Report | 402; 802 | |
| PTX-095 | Berg 181 | n/a | Exhibit Log-3 of Berg Expert Report | 402; 802 | |
| PTX-096 | Berg 182 | n/a | Exhibit Log-4 of Berg Expert Report | 402; 802 | |
| PTX-097 | Berg 183 | n/a | Exhibit Log-5 of Berg Expert Report | 402; 802 | |

# EXHIBIT B
# Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-098 | Berg 184 | n/a | Exhibit Log-6 of Berg Expert Report | 402; 802 | |
| PTX-099 | Berg 185 | n/a | Exhibit Log-7 of Berg Expert Report | 402; 802 | |
| PTX-100 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-101 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-102 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-103 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-104 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-105 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-106 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-107 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-108 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-109 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-110 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-111 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-112 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-113 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-114 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-115 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-116 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-117 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-118 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-119 | | ADREA0015046 | Email re: discussion with Elizabeth Brannen | | |
| PTX-120 | Shamoon 53 | ADREA0016943 | Email re: Adrea discussions with B&N | 402; 403 | |
| PTX-121 | Barnes 9; Hilt 3 | BN-ADREA024179 | 2012 Welcome to Barnes & Noble Annual Stockholder's Meeting | 402; 403; 802 | |
| PTX-122 | Hilt 4 | BN-ADREA015234 | Barnes & Noble NOOK Slides | 402; 403 | |

# EXHIBIT B
## Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-123 | Hilt 5 | BN-ADREA014744 | 2011-09-07 J. HIlt Email to S. Maes re Segmentation Update | 402; 403 | |
| PTX-124 | Hilt 6 | BN-ADREA014746 | 2011 NOOK Segments June 2011 Slides | 402; 403 | |
| PTX-125 | Hilt 7 | BN-ADREA019157 | 2011 Oct. NOOK Brand Guidelines | 402; 403 | |
| PTX-126 | Hilt 10 | BN-ADREA014633 | Estimated FY12 Impact of Library App | 402; 403 | |
| PTX-127 | Hilt 11 | BN-ADREA014635 | 2011-08-08 J. Hilt Email re Subscription & Library Review | 402; 403 | |
| PTX-128 | Hilt 12 | BN-ADREA014636 | 2011 August Subscription & Library Strategy Review | 402; 403 | |
| PTX-129 | Hilt 13 | BN-ADREA014653 | 2011-08-16 J. Hilt Email re Subscription and Library Review | 402; 403 | |
| PTX-130 | Hilt 15 | BN-ADREA021658 | 2012-10-01 "3M Cloud Library eReading App Now Available Through Barnes & Noble's NOOK Apps Storefront" | 402; 403; 802 | |
| PTX-131 | Hilt 16 | BN-ADREA021660 | 2012-09-26 (Draft) OverDrive App for NOOK Makes Library eBook Borrowing Even Easier | 402; 403; 802 | |
| PTX-132 | Narain 60 | BN-ADREA028854 | Document Entitled "Market Requirement Document for Encore" | 403 | |
| PTX-133 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-134 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-135 | Nagle 5 | BN-ADREA034708 | Purchaser Demographics Charts | 402; 403 | |
| PTX-136 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-137 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-138 | Nagle 8 | BN-ADREA038747 | 2009-2011 US Only Gross Profits | 402; 403 | |
| PTX-139 | Nagle 9 | BN-ADREA038752 | 2009-2013 Revenues Chart | 402; 403 | |
| PTX-140 | Nagle 10 | BN-ADREA033909 | 2010-04-20 Barnes & Noble Executive Sales and Operation Planning Meeting Slides | 402; 403 | |

# EXHIBIT B
## Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-141 | Nagle 11 | BN-ADREA037295 | 2012-02 Barnes & Noble Executive Sales and Operations Planning Meeting Slides | 402; 403 | |
| PTX-142 | Nagle 12 | BN-ADREA027371 | 2011-07-27 Adobe Letter to Barnes & Noble, Inc re Amendement No. 1 to Strategic DRM Agreement | 402; 403 | |
| PTX-143 | Nagle 13 | BN-ADREA027373 | 2011-08-30 Amendment Two to Software License and Support Agreement | 402; 403 | |
| PTX-144 | Nagle 14 | BN-ADREA027375 | 2009-10-20 Adobe Letter to Barnes & Noble, Inc. re Strategic DRM Agreement | 402; 403 | |
| PTX-145 | Nagle 15 | BN-ADREA027421 | 2009-09-22 Software License and Support Agreement | 402; 403 | |
| PTX-146 | Nagle 16 | BN-ADREA030506 | 2012-10-24 J. Shar Email to M. Botterman, D. Mulchandani re 3 Questions on Adobe | 402; 403 | |
| PTX-147 | Nagle 17 | BN-ADREA032006 | Aug. 2011 Subscription & Library Strategy Review Slides | 402; 403 | |
| PTX-148 | Nagle 18 | BN-ADREA027368 | Chart of Royalty Payments | 402; 403 | |
| PTX-149 | Nagle 19 | BN-ADREA038952 | Chart of Settlement Payment Terms | | |
| PTX-150 | Nagle 20 | BN-ADREA029864 | 2011-02-02 R. Gopalakrishnan Email Forwarding Digital News | 402; 403 | |
| PTX-151 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-152 | | BN-ADREA046670 | Royalty Payment Schedule | 402: 403 | |
| PTX-153 | | BN-ADREA047195 | 2013-10-14 Nook, "Client Metrics" | 402; 403 | |
| PTX-154 | | ADREA0149001 | 2009-12-03 Sarah Rotman Epps, The Battle for the eBook Consumer | 402; 403; 802 | |
| PTX-155 | | ADREA0149009 | 2009-12-03 Sarah Rotman Epps, "The Battle for the eBook Consumer", Consumers Read (and Want to Read) eBooks Across Devices | Cumulative / 403 of PTX 156; 802 | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-156 | | ADREA0149010 | Sarah Rotman Epps "The Battle for the eBook Consumer" Figure 1: Consumers Read (And Want to Read) eBooks Across Devices, December 2009 | 802 | |
| PTX-157 | | ADREA0149011 | "The Battle for the eBook Consumer" eBooks Appeal to Consumers for Convenience and Comfort | Cumulative / 403 of PTX 158; 402; 403; 802 | |
| PTX-158 | | ADREA0149012 | Sarah Rotman Epps "The Battle for the eBook Consumer" Figure 2: eBooks Appeal to Consumers for Convenience and Comfort, December 2009 | 402; 403; 802 | |
| PTX-159 | | ADREA0149013 | 2009-10-07 Sarah Rotman Epps, "Forrester's eReader Holiday Outlook 2009: Sales Will exceed Forrester's Earlier Projections" | 402; 403; 802 | |
| PTX-160 | | ADREA0149020 | VSS "Communications Industry Forecast 2010-2014" | 402; 403; 802 | |
| PTX-161 | | ADREA0149041 | VSS "Communications Industry Forecast 2009-2013" | 402; 403; 802 | |
| PTX-162 | | ADREA0149062 | "The Battle for the eBook Consumer" Wal-Mart and Target Could Make a Bigger Play for the eBook Consumer, December 2009 | Cumulative / 403 of PTX 163; 402; 403; 802 | |
| PTX-163 | | ADREA0149063 | Sarah Rotman Epps "The Battle for the eBook Consumer" Figure 3: Wal-Mart and Target Could Make a Bigger Play for the eBook Consumer, December 2009 | 402; 403; 802 | |
| PTX-164 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-165 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-166 | Barnes 4 | ADREA0141110 | 2009-11-11 eBook Market Venture | 402; 403; 802 | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-167 | Barnes 6 | ADREA0099176 | 2008-08-29 Market Analysis Report | 402; 403; 802 | |
| PTX-168 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-169 | | ADREA0138247 | 2010-08-24 Name Change Certificate From Discovery Patent Holdings to Adrea | | |
| PTX-170 | Barnes 5 | ADREA0098065 | Ocean Tomo: E-Book Market Research, March 2007 | 402; 403; 802 | |
| PTX-171 | | ADREA0098047 | Ocean Tomo: E-Book Market Research, May 2008 | 402; 403; 802 | |
| PTX-172 | Barnes 8 | ADREA0149064 | 2010-04-26 "Nook outnumbers Kindle in March, says Digitimes Research" | 402; 403; 802 | |
| PTX-173 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-174 | | | **INTENTIONALLY LEFT BLANK** | | |
| PTX-175 | Hendricks 128 | ADREA0031698 | Hendricks Notebook "EveryBook" | 402; 403; 802 | |
| PTX-176 | Hendricks 129 | ADREA0031733 | 1994-10-24 Project "E" (EveryBook) Project Review Document | 402; 403; 802 | |
| PTX-177 | Hendricks 130 | ADREA0031693 | 1994-10-20 Fax from J. Lappington to J. Hendricks/Discovery | 402; 403; 802 | |
| PTX-178 | Hendricks 131 | DISCDE0000421240 | 1994-10-24 Executive Summary | 402; 403; 802 | |
| PTX-179 | | BN-ADREA023295 | 2012-06-01 Email from Zolna to Hilt re April + May Consumer Insights Update | 402; 403 | |
| PTX-180 | | BN-ADREA029517 | 2010-01-11 "Barnes & Noble nook Named Best Gadget of 2009 in Crunchies Awards" | 402; 403 | |
| PTX-181 | | BN-ADREA029638 | 2011-08-15 "Barnes & Noble College Textbooks Options Will Save Students More than $200 Million this School Year" | 402; 403 | |
| PTX-182 | | BN-ADREA029988 | 2012-01-05 Email from Keating to Mulchandani re Important Memo from William Lynch Regarding Holiday Results | 402; 403 | |

10

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-183 | | BN-ADREA033815 | Nook at a Glance | 403 | |
| PTX-184 | | BN-ADREA038295 | Growth in e-reader and tablet ownership among U.S. adults | 402; 403; 802 | |
| PTX-185 | | BN-ADREA038675 | Book Value: E-Books as a Percentage of the Book Market, 2011 Estimate | 402; 403; 802 | |
| PTX-186 | | BN-ADREA031790 | 2011-05-05 Email from Kung to Golpalakrishnan re The E-Book Effect: Barnes & Noble Worth Over $1 Billion | 402; 403; 802 | |
| PTX-187 | Hilt 9 | BN-ADREA014632 | 2011-08-04 J. Hilt Email re Impact Due to Library Integration | 402; 403 | |
| PTX-188 | Hilt 14 | BN-ADREA014654 | 2011 August Subscription & Library Strategy Review | 402; 403 | |
| PTX-189 | Hilt 17 | BN-ADREA018045 | 2010-04-14 Barnes & Noble Library In Progress | 402; 403 | |
| PTX-190 | | n/a | "5 Things that Make us Want Barnes & Noble's Nook E-Reader" Wired, wired.com | FRCP 26 - Not Produced; 402; 403; 802 | |
| PTX-191 | | n/a | Nov. 19, 2007 "Amazon Unveils Wireless Kindle E-Book Reader" The Washington Post, washingtonpost.com | | |
| PTX-192 | | n/a | April 2002 "Building a National Strategy for Digital Preservation" Council on Library and Information Resources | FRCP 26 - Not Produced; 402; 403; 802 | |
| PTX-193 | | n/a | Dec. 14, 2009 "How to Loan EBooks on the Nook with LendMe Service" ZDNet; zdnet.com | FRCP 26 - Not Produced; 403; 802 | |
| PTX-194 | | n/a | Oct. 20, 2009 "Nook Officially Emerges to Take on Kindle" Mashable, mashable.com | FRCP 26 - Not Produced; 402; 403; 802 | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-195 | Barnes 18 | ADREA0145089 | 2012-09-20 U.S. Patent App. Pub. No. US 2012/0239758 | | |
| PTX-196 | | n/a | "Past Achievement Award Winners," Edison Awards | FRCP 26 - Not Produced; 402; 403; 802 | |
| PTX-197 | | n/a | Oct. 20, 2009 "Barnes & Noble's Shiny, Sharing-Friendly 'Nook' Ebook Reader," Wired, wired.com | FRCP 26 - Not Produced; 402; 403; 802 | |
| PTX-198 | | n/a | 2013-09-13 Defendants' Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | 402 | |
| PTX-199 | | n/a | 2013-09-13 Defendants' Supplemental Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | 402; 403 | |
| PTX-200 | | n/a | 2013-09-30 Defendants' Second Supplemental Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | 402; 403** | |
| PTX-201 | | n/a | 2013-11-20 Defendants' Responses and Objections to Plaintiff Adrea, LLC First Set of Requests for Admissions | | |
| PTX-202 | | n/a | 2014-02-14 Defendants' Counterstatement of Material Facts Pursuant to Local Rule 56.1 | 402; 403; 802; SDNY Local Rule 56.1 | |
| PTX-203 | Hilt 18 | n/a | Defendants' Answer to Complaint, Affirmative Defenses, and Counterclaims | | |
| PTX-204 | | n/a | NOOK 1st Edition (physical) | | |
| PTX-205 | | n/a | NOOK Color (physical) | | |
| PTX-206 | | n/a | NOOK Tablet (physical) | | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-207 | | n/a | NOOK Simple Touch (physical) | | |
| PTX-208 | | n/a | NOOK Simple Touch Glowlight (physical) | | |
| PTX-209 | | n/a | NOOK HD (physical) | | |
| PTX-210 | | n/a | NOOK HD+ (physical) | | |
| PTX-211 | | n/a | NOOK Glowlight (physical) | | |
| PTX-212 | | n/a | Plaintiff Demonstrative Exhibit No. 1 | Inappropriate Exhibit | |
| PTX-213 | | n/a | Plaintiff Demonstrative Exhibit No. 2 | Inappropriate Exhibit | |
| PTX-214 | | n/a | Plaintiff Demonstrative Exhibit No. 3 | Inappropriate Exhibit | |
| PTX-215 | | n/a | Plaintiff Demonstrative Exhibit No. 4 | Inappropriate Exhibit | |
| PTX-216 | | n/a | Plaintiff Demonstrative Exhibit No. 5 | Inappropriate Exhibit | |
| PTX-217 | | n/a | Plaintiff Demonstrative Exhibit No. 6 | Inappropriate Exhibit | |
| PTX-218 | | n/a | Plaintiff Demonstrative Exhibit No. 7 | Inappropriate Exhibit | |
| PTX-219 | | n/a | Plaintiff Demonstrative Exhibit No. 8 | Inappropriate Exhibit | |
| PTX-220 | | n/a | Plaintiff Demonstrative Exhibit No. 9 | Inappropriate Exhibit | |
| PTX-221 | | n/a | Plaintiff Demonstrative Exhibit No. 10 | Inappropriate Exhibit | |

# EXHIBIT B
## Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| PLAINTIFF'S EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | B&N OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-222 | | n/a | Plaintiff Demonstrative Exhibit No. 11 | Inappropriate Exhibit | |
| PTX-223 | | n/a | Plaintiff Demonstrative Exhibit No. 12 | Inappropriate Exhibit | |

*B&N reserves its right to object to this exhibit until B&N knows the portions of this file that Adrea intends to introduce as evidence and the purpose for which it intends to use those portions.  To the extent Adrea intends to introduce the entire file, B&N objects on the grounds of 402 and 403.

**B&N objects to this exhibit on the grounds of 402 and 403 to the extent Adrea offers it for the infromation contained in PTX-198 and PTX-199.