UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADREA, LLC,
                Plaintiff,

                v.                                 13-cv-4137 (JSR)

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, and
NOOK MEDIA LLC,
                Defendants.
------------------------------------------------------------x

## JURY'S VERDICT

11/4/14

**1. Liability [i.e., infringement and validity]**

1(A). We the jury find that plaintiff has proved by a preponderance of the evidence that defendants infringed Claim 96 of the '851 patent.

        Yes _____          No __✓__

[If you answer "No" to Question 1(A), leave Question 1(B) blank.]

1(B). We the jury, having found that defendants infringed Claim 96 of the '851 patent, nonetheless find that defendants have proved by clear and convincing evidence that Claim 96 of the '851 patent was invalid.

        Yes _____          No _____

2(A). We the jury find that plaintiff has proved by a preponderance of the evidence that defendants infringed Claims 7, 8, 9, 18 and/or 19 of the '501 patent.

        Yes __✓__          No _____

[If you answer "No" to Question 2(A), leave Question 2(B) blank.]

2(B). We the jury, having found that defendants infringed Claims 7, 8, 9, 18 and/or 19 of the '501 patent, nonetheless find that defendants have proved by clear and convincing evidence that the infringed Claims of the '501 patent were invalid.

       Yes _____        No ✓

3(A). We the jury find that plaintiff has proved by a preponderance of the evidence that defendants infringed Claims 1, 2, 3, 13, and/or 15 of the '703 patent.

       Yes ✓        No _____

    [If you answer "No" to Question 3(A), leave Question 3(B) blank.]

3(B). We the jury, having found that defendants infringed Claims 1, 2, 3, 13, or 15 of the '703 patent, nonetheless find that defendants have proved by clear and convincing evidence that the infringed Claims of the '703 patent were invalid.

       Yes _____        No ✓

[If you find that one or more patents have been infringed, and have not been shown to be invalid, answer Questions 4 and 5.]

## II. Damages

4. Having found defendants liable for infringement of one or more valid patents, we the jury award plaintiff ADREA the sum of $ 1.33 MILLION in compensatory damages.

5. Having found defendants liable for infringement of one or more valid patents, we the jury find that such infringement by defendants was:

       Willful _____        Not Willful ✓

**DUPLICATE ORIGINAL**

_____
FOREPERSON

Date: 10/27/14