UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against - | )    13-CV-4137 (JSR) |
| | ) |
| BARNES & NOBLE, INC., | ) |
| BARNESANDNOBLE.COM LLC, and | ) |
| NOOK MEDIA LLC, | ) |
| | ) |
| Defendants. | ) |

_____

**NOTICE OF MOTION IN SUPPORT OF
DEFENDANTS' MOTION FOR JUDGMENT THAT THE ASSERTED CLAIMS OF THE
'501 PATENT ARE INVALID BECAUSE THEY ARE DIRECTED TO
NON-PATENTABLE SUBJECT MATTER PURSUANT TO 35 U.S.C. § 101**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that Defendants Barnes & Noble, Inc., barnesandnoble.com LLC and Nook Media LLC (collectively, "Defendants") on November 7, 2014 will move this Court for judgment that the asserted claims of the '501 patent are invalid because they are directed to non-patentable subject matter pursuant to 35 U.S.C. § 101.

In support of this motion Defendants shall rely upon this Notice of Motion as well as a Memorandum in Support of Defendants' Motion for Judgment that the Asserted Claims of the '501 Patent Are Invalid Because They Are Directed to Non-Patentable Subject Matter Pursuant to 35 U.S.C. § 101, the Declaration of Maxwell C. Preston in Support of Defendants' Motion for Judgment that the Asserted Claims of the '501 Patent Are Invalid Because they Are Directed to Non-Patentable Subject Matter Pursuant to 35 U.S.C. § 101, and supporting documents to be filed with the Court pursuant to the below schedule:

- 2 -

| | |
|---|---|
| Opening Motion Papers: | November 7, 2014 |
| Opposition Papers: | November 14, 2014 |
| Reply Papers: | November 19, 2014 |

Oral argument has not been scheduled.

Dated:  New York, New York
      November 7, 2014

Respectfully Submitted,

**ARNOLD & PORTER LLP**

___/s/ Yue-Han Chow___
Louis S. Ederer
Susan L. Shin
Yue-Han Chow
Maxwell C. Preston
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
yue-han.chow@aporter.com
maxwell.preston@aporter.com

Ali R. Sharifahmadian  (*pro hac vice*)
Sarah Brackney Arni   (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

ali.sharifahmadian@aporter.com
sarah.arni@aporter.com

Michael A. Berta  (*pro hac vice*)
Willow Noonan  (*pro hac vice*)
Three Embarcadero Center, #10
San Francisco, CA 94111
Telephone: (415) 356-3000
Facsimile: (415) 356-3400
michael.berta@aporter.com
willow.noonan@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC*

- 4 -

## **CERTIFICATE OF SERVICE**

I, hereby certify that on November 7, 2014, copies of the foregoing were caused to be served upon the following via ECF:

Kenneth Rubenstein, Esq.
Baldassare Vinti, Esq.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
krubenstein@proskauer.com
bvinti@proskauer.com

Steven Michael Bauer, Esq.
Kimberly A. Mottley, Esq.
Micah W. Miller, Esq.
Brendan Cox, Esq.
Patrick Niedermeier, Esq.
Erin Staab, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
sbauer@proskauer.com
kmottley@proskauer.com
mmiller@proskauer.com
bcox@proskauer.com
pniedermeier@proskauer.com
estaab@proskauer.com

Colin Cabral, Esq.
PROSKAUER ROSE LLP
2049 Century Park East
Los Angeles, CA 90067
ccabral@proskauer.com

_____*/s/ Yue-Han Chow*_____
Yue-Han Chow