**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADREA, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and<br>NOOK MEDIA LLC,<br><br>        *Defendants*. | Civil Action No. 13-cv-4137 (JSR) |

**DECLARATION OF COLIN CABRAL IN SUPPORT OF**
**PLAINTIFF'S SUPPLEMENTAL BRIEF ON DAMAGES**
**AND THE APPLICABILITY OF 35 U.S.C. § 287**

I, Colin Cabral, declare as follows:

1.      I am an attorney at Proskauer Rose LLP.  I submit this declaration on behalf of Plaintiff ADREA, LLC to place before the Court relevant documents in support of Plaintiff's Supplemental Brief on Damages and the Applicability of 35 U.S.C. § 287.

2.      Attached as Exhibit A is a true and correct copy of an October 20, 2014 Email from Yue-Han Chow to the Court.

3.      Attached as Exhibit B is a true and correct copy of an October 21, 2014 Email from Yue-Han Chow to the Court.

4.      Attached as Exhibit C is a true and correct copy of an October 1, 2012 Amazon Press Release.

5.      Attached as Exhibit D is a true and correct copy of an August 16, 2012 Sony Press Release.

6.      Attached as Exhibit E is a true and correct copy of an August 30, 2012 Amazon Press Release.

7.      Attached as Exhibit F is a true and correct copy of a September 6, 2012 Amazon Press Release.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2014.

/s/ Colin Cabral
Colin Cabral

## **CERTIFICATE OF SERVICE**

        I certify that on November 7, 2014, I caused a copy of the forgoing document to be served upon counsel of record for Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC by ECF.


Louis S. Ederer
Susan Lee Shin
Yue-Han Chow
Maxwell Charles Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
yue-han.chow@aporter.com
maxwell.preston@aporter.com


Ali R. Sharifahmadian  (*pro hac vice*)
Sarah Brackney Arni (*pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
ali.sharifahmadian@aporter.com
sarah.arni@aporter.com


Michael A. Berta, Jr. (*pro hac vice*)
Willow W. Noonan (*pro hac vice*)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415)-471-3400
michael.berta@aporter.com
willow.noonan@aporter.com


*Attorneys for Defendants Barnes & Noble, Inc.,*
*barnesandnoble.com llc, and Nook Media LLC*


                                          /s/ Colin Cabral
                              _____

3