**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ADREA, LLC,

                Plaintiff,          13 **CIVIL** 4137 (JSR)

    -against-                          **JUDGMENT**

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC and NOOK
MEDIA LLC,

                Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 07/27/2015

      Plaintiff Adrea, LLC having brought this action against Defendants Barnes & Noble, Inc., Barnesandnoble.com LLC, and Nook Media LLC for infringement of three of its patents: U.S. Nos. 7,298,851 ("the '851 patent"), 7,299,501 (the "'501 patent") and 7,620,703 (the "'703 patent"), and whereas Defendant having filed a motion for judgment (Doc. #166), and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on July 24, 2015, having rendered its Memorandum Order (Doc. #182), accordingly, for the reasons described in the Order, the Court finds that the asserted claims of the '501 patent are invalid under Section 101; and denying Plaintiff's motion for reconsideration, and granting Defendants' motion for judgment that the asserted claims of the '501 patent are invalid. The parties are directed to jointly call the Court within three business days of the date of this Memorandum Order to schedule further proceedings; and directing the Clerk of the Court to close document number 166 on the docket of this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 24, 2015, accordingly, for the reasons described in the Order, the Court finds that the asserted claims of the '501 patent are invalid under Section 101. Plaintiff's motion for reconsideration is hereby denied. Defendants' motion for judgment that the asserted claims of the '501 patent are invalid is hereby granted. The parties are directed to jointly

call the Court within three business days of the date of this Memorandum Order to schedule further proceedings.

**Dated:** New York, New York
July 27, 2015

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:** *K. Mango*
_____
**Deputy Clerk**