UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>                Plaintiff,<br><br>           - against -<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and<br>NOOK MEDIA LLC,<br><br>                Defendants. | 13-CV-4137 (JSR) |

### DEFENDANTS' NOTICE OF MOTION
### PURSUANT TO RULE 50 FOR JUDGMENT AS A MATTER
### OF LAW OR IN THE ALTERNATIVE FOR A NEW TRIAL

PLEASE TAKE NOTICE that Defendants Barnes & Noble, Inc., barnesandnoble.com LLC and Nook Media LLC (collectively, "Defendants") on August 31, 2015 will move this Court pursuant to Rule 50 of the Federal Rules of Civil Procedure for judgment as a matter of law, or in the alternative for a new trial. In support of this motion Defendants shall rely upon this Notice of Motion, as well as the accompanying Memorandum of Law in Support of Defendants' Motion Pursuant To Rule 50 For Judgment As A Matter of Law Or In The Alternative For A New Trial, and the Declaration of Louis S. Ederer in Support of Defendants' Motion Pursuant To Rule 50 For Judgment As A Matter of Law Or In The Alternative For A New Trial, and the exhibits thereto, such Motion is to be filed with the Court pursuant to the below schedule:

| | |
|---|---|
| Opening Motion Papers: | August 31, 2015 |
| Opposition Papers: | September 14, 2015 |
| Reply Papers: | September 21, 2015 |

| | |
|---|---|
| Oral Argument: | September 28, 2015 |

Oral argument is respectfully requested.

Dated: New York, New York
       August 31, 2015

Respectfully Submitted,

**ARNOLD & PORTER LLP**

*/s/ Louis S. Ederer*

Louis S. Ederer
Susan L. Shin
Maxwell C. Preston
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
maxwell.preston@aporter.com

Ali R. Sharifahmadian (*pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
ali.sharifahmadian@aporter.com

Michael A. Berta (*pro hac vice*)
Willow Noonan (*pro hac vice*)
Three Embarcadero Center, #10
San Francisco, CA 94111
Telephone: (415) 356-3000
Facsimile: (415) 356-3400
michael.berta@aporter.com
willow.noonan@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on August 31, 2015, copies of the foregoing Notice of Motion were caused to be served upon the following via ECF:

Kenneth Rubenstein, Esq.
Baldassare Vinti, Esq.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
krubenstein@proskauer.com
bvinti@proskauer.com

Steven Michael Bauer, Esq.
Kimberly A. Mottley, Esq.
Micah W. Miller, Esq.
Brendan Cox, Esq.
Patrick Niedermeier, Esq.
Erin Staab, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
sbauer@proskauer.com
kmottley@proskauer.com
mmiller@proskauer.com
bcox@proskauer.com
pniedermeier@proskauer.com
estaab@proskauer.com

Colin Cabral, Esq.
PROSKAUER ROSE LLP
2049 Century Park East
Los Angeles, CA 90067
ccabral@proskauer.com

_____
Julie Simeone