UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>                Plaintiff,<br><br>    - against -<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and<br>NOOK MEDIA LLC,<br><br>                Defendants. | ECF Case<br><br>13-CV-4137 (JSR) |

**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION
OF THE COURT'S MARCH 24, 2016 ORDER**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.3, Defendants (collectively "B&N") hereby respectfully move this Court for reconsideration of that portion of the Court's March 24, 2016 Order (Dkt. 207) finding that the jury at the upcoming new trial on damages will not be informed that the prior jury's $1.33 million damages award encompassed the infringement of both the '501 and '703 patents. In support of this motion, B&N relies upon its accompanying Memorandum of Law in Support of Defendants' Motion for Partial Reconsideration of the Court's March 24, 2016 Order.

Pursuant to the Court's April 5, 2016 ruling, such Motion is to be filed with the Court in accordance with the below schedule:

| | |
|---|---|
| Opening Motion Papers: | April 6, 2016 |
| Opposition Papers: | April 8, 2016 |

Dated: New York, New York  
      April 6, 2016

ARNOLD & PORTER LLP

By: *[signature]*

Louis S. Ederer  
Matthew T. Salzmann  
Maxwell C. Preston  
Julie Simeone  
399 Park Avenue  
New York, New York 10022  
Tel: 212.715.1000  
Fax: 212.715.1399

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, hereby certify that on April 6, 2016, copies of the foregoing Notice of Motion were caused to be served upon the following via ECF:

Kenneth Rubenstein, Esq.
Baldassare Vinti, Esq.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
krubenstein@proskauer.com
bvinti@proskauer.com

Steven Michael Bauer, Esq.
Kimberly A. Mottley, Esq.
Micah W. Miller, Esq.
Brendan Cox, Esq.
Patrick Niedermeier, Esq.
Erin Staab, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
sbauer@proskauer.com
kmottley@proskauer.com
mmiller@proskauer.com
pniedermeier@proskauer.com
estaab@proskauer.com

Colin Cabral, Esq.
PROSKAUER ROSE LLP
2049 Century Park East
Los Angeles, CA 90067
ccabral@proskauer.com

*Attorneys for Plaintiff Adrea, LLC*

_____
Julie Simeone

3