UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADREA, LLC,

              Plaintiff,

  - v -

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, and
NOOK MEDIA LLC,

              Defendants.

13-CV-4137 (JSR)

## [PROPOSED] ORDER GRANTING JOINT MOTION
## TO FILE DOCUMENTS UNDER SEAL

JED S. RAKOFF, U.S.D.J.

The Court permits the parties to file the following documents under seal in support of their motions *in limine* and respective oppositions:

(i) Memoranda of law in support of or in opposition to the parties' respective filings (if necessary);

(ii) Expert Reports of David Yurkerwich, dated April 8, 2016 and Ned S. Barnes, CPA, dated December 30, 2013, August 27, 2014, and April 29, 2016;

(iii) Deposition transcript excerpts designated as confidential; and

(iv) Documents produced as "Confidential" or "Outside Attorneys' Eyes Only" under the Court's September 10, 2013 Protective Order.

Redacted versions of any sealed documents must be filed electronically.

**SO ORDERED.**

Dated:  New York, New York
         June ___, 2016

                                          JED S. RAKOFF, U.S.D.J.

Dated: June 13, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Brendan Cox | /s/ Louis S. Ederer |
| Brendan Cox<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 526-9600 (telephone)<br>(617) 526-9800 (facsimile)<br>bcox@proskauer.com<br><br>Colin Cabral<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>(310) 284-5611 (telephone)<br>(310) 557-2193 (facsimile)<br>ccabral@proskauer.com<br><br>*Attorneys for Plaintiff ADREA, LLC* | Louis S. Ederer<br>Susan Shin<br>Maxwell Preston<br>Julie Simeone<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>Telephone: (212) 715-1000<br>Facsimile: (212) 715-1399<br>louis.ederer@aporter.com<br>susan.shin@aporter.com<br>maxwell.preston@aporter.com<br>julie.simeone@aporter.com<br><br>*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and NOOK Media LLC* |