# EXHIBIT A

ADREA, LLC v. Barnes Noble, Inc., et al.
13-cv-4137

**EXHIBIT A**
**Parties' Joint Exhibit List**

| JOINT EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| JTX-003 | | ADREA0059578 | Certified U.S. Patent No. 7,620,703 | | |
| JTX-006 | | ADREA0059069 | Certified File History of U.S. Patent No. 7,620,703 | | |
| JTX-007 | | ADREA0019564 | 2010-08-24 Philips Patent Purchase Agreement | | |
| JTX-008 | McDow 79 | ADREA0019784 | 2010-08-25 Penac Patent Purchase Agreement | | |
| JTX-009 | Shamoon 19 | ADREA0019612 | 2010-08-25 Formation and Framework Agreement among | | |
| JTX-010 | Shamoon 20 | ADREA0019350 | 2010-08-25 Amended and Restated Limited Liability Company | | |
| JTX-011 | Shamoon 21 | ADREA0019760 | Service Agreement between Adrea and Intertrust, effective | | |
| JTX-021 | Shamoon 56 | ADREA0016951 | 2012-03-29 Email from Ambwani to J. Snow re: Adrea | | |
| JTX-022 | Shamoon 57 | ADREA0016957 | Claim Illustrations for Barnes & Noble | | |
| JTX-027 | Nagle 7 | BN-ADREA009391 | 2012 Barnes & Noble Inc. Form 10-K | | |
| JTX-032 | Barnes 16 | ADREA0007435 | 2011-11-10 Patent License and Settlement Agreement | | |
| JTX-033 | Barnes 17 | ADREA0007485 | 2010-08-24 Patent Cross-License Agreement Among Discovery | | |
| JTX-035 | | ADREA0119182 | WW Kindle Actual and Projected Sale Information (2011) | | |
| JTX-036 | | ADREA0015271 | License Agreement | | |
| JTX-037 | | ADREA0111177 | 2013-10-24 Letter MacArthur to McDow re Exercise of Option to License, Discovery/Adrea/Amazon 2011 Agreement | | |