# EXHIBIT B

# EXHIBIT B
## Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections

| LEGEND | |
|---|---|
| 402 | Relevance |
| 403 | Prejudicial |
| 403 | Cumulative |
| 602 | Lack of Foundation |
| 802 | Hearsay |
| 901 | Authentication |
| FRCP 26 | Not Produced During Discovery |

| PLAINTIFF'S EXHIBIT NUMBER | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| JTX-012 | Mulchandani 36 | BN-ADREA001928 | 2012-10-21 Adobe Content Server 4 Quick Start Guide | 402 | |
| JTX-013 | Mulchandani 37 | BN-ADREA001952 | 2010-11-18 Adobe Content Server 4 Release Notes Version 4.1 | 402 | |
| JTX-014 | Mulchandani 38 | BN-ADREA001954 | 2010-11-18 Adobe Content Server 4 Technical Reference Manual | 402 | |
| JTX-015 | Mulchandani 39 | BN-ADREA002016 | 2010-11-18 Adobe Content Server 4 User Manual | 402 | |
| JTX-016 | Narain 57 | BN-ADREA045135 | 2009-03-12 Adobe Reader Mobile 9 SDK User Manual | 402 | |
| JTX-020 | | BN-ADREA048105 | Summary Sales Data | 402, 403, 602, 802, 901 | |
| JTX-024 | Nagle 3 | BN-ADREA021246 | Chart of Net Device Unit Sales | 402, 403, 602, 802, 901 | |
| JTX-025 | Nagle 4 | BN-ADREA021262 | Chart of Net Device Unit Sales | 402, 403, 602, 802, 901 | |
| JTX-026 | Nagle 6 | BN-ADREA014488 | Components Cost Chart | 402, 403, 602, 802, 901 | |
| JTX-029 | | BN-ADREA048045 | Summary Sales Data | 402, 403, 602, 802, 901 | |
| JTX-031 | Barnes 7 | ADREA0111213 | Preliminary Patent License Term Sheet between Barnes& Noble and Adrea | 403, 408 | |
| JTX-034 | | n/a | B&N Unit Sales | 402, 403, 602, 802, 901 | |

1

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EXHIBIT NUMBER | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| DTX-069 | | ADREA0016930 | Preliminary Settlement and Partnership Proposal Between Amazon and Adrea | 403, 408 - Excluded | |
| PTX-014 | | PHILIPS0001055 | Assignment for Application No. 09-635549 ('703 Patent) | | |
| PTX-017 | | PHILIPS0000068 | 2010-08-25 Amended Operating Agreement of Adrea LLC | | |
| PTX-019 | | BN-ADREA001654 | Nook Classic User Guide v 1.5 | 403 | |
| PTX-021 | Mulchandani 22 | BN-ADREA000464 | NOOK Color User Guide | 403 | |
| PTX-024 | Mulchandani 24 | BN-ADREA000786 | NOOK Tablet User Guide | 403 | |
| PTX-026 | Mulchandani 26 | BN-ADREA000276 | NOOK Simple Touch User Guide | 403 | |
| PTX-028 | | BN-ADREA046119 | Nook Simple Touch with Glowlight User Guide | 403 | |
| PTX-029 | Mulchandani 28 | BN-ADREA002394 | NOOK HD User Guide | 403 | |
| PTX-031 | Mulchandani 30 | BN-ADREA002833 | NOOK HD+ User Guide | 403 | |
| PTX-033 | | BN-ADREA045973 | Nook GlowLight User Guide | 403 | |
| PTX-034 | Narain 46 | n/a | NOOK Quick Start Guide | 403 | |
| PTX-035 | Narain 47 | n/a | NOOK Color Quick Guide | 403 | |
| PTX-036 | Narain 48 | n/a | NOOK Tablet Quick User Guide | 403 | |
| PTX-037 | Narain 49 | n/a | NOOK Quick Start Guide for the Simple Touch GlowLight | 403 | |
| PTX-038 | Narain 50 | n/a | NOOK Quick Start Guide for Simple Touch | 403 | |
| PTX-039 | Narain 51 | n/a | Quick Start Guide for NOOK HD | 403 | |
| PTX-040 | Narain 52 | n/a | Quick Start Guide for NOOK HD+ | 403 | |
| PTX-041 | Narain 53 | n/a | Quick Guide NOOK GlowLight | 403 | |
| PTX-042 | Narain 56 | BN-ADREA002154 | Functional Requirements Document for BRAVO v. 1.0 | 402, 403, 802 - Excluded | |
| PTX-043 | | BN-ADREA029897 | 2010-03-04 Encore PRD V. 0.5 | 402, 403, 802 | |
| PTX-044 | | BN-ADREA028208 | 2010-03-16 Encore PRD V. 0.6 | 402, 403, 802 | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EXHIBIT NUMBER | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-045 | Narain 59 | BN-ADREA018389 | 2013-09-05 Encore PRD V. 0.7 | 402, 403, 802 | |
| PTX-046 | Narain 61 | BN-ADREA031287 | Encore - Core Applications Slides | 402, 403, 802 | |
| PTX-121 | Barnes 9; Hilt 3 | BN-ADREA024179 | 2012 Welcome to Barnes & Noble Annual Stockholder's Meeting | 402, 403, 802 | |
| PTX-122 | Hilt 4 | BN-ADREA015234 | Barnes & Noble NOOK Slides | 402, 403, 802 | |
| PTX-124 | Hilt 6 | BN-ADREA014746 | 2011 NOOK Segments June 2011 Slides | 402, 403, 802 | |
| PTX-125 | Hilt 7 | BN-ADREA019157 | 2011 Oct. NOOK Brand Guidelines | 402, 403, 802 | |
| PTX-132 | Narain 60 | BN-ADREA028854 | Document Entitled "Market Requirement Document for Encore" | 402, 802 | |
| PTX-135 | Nagle 5 | BN-ADREA034708 | Purchaser Demographics Charts | 402, 403 | |
| PTX-138 | Nagle 8 | BN-ADREA038747 | 2009-2011 US Only Gross Profits | 402, 403 | |
| PTX-139 | Nagle 9 | BN-ADREA038752 | 2009-2013 Revenues Chart | 402, 403 | |
| PTX-140 | Nagle 10 | BN-ADREA033909 | 2010-04-20 Barnes & Noble Executive Sales and Operation Planning Meeting Slides | 402, 403, 802 | |
| PTX-141 | Nagle 11 | BN-ADREA037295 | 2012-02 Barnes & Noble Executive Sales and Operations Planning Meeting Slides | | |
| PTX-142 | Nagle 12 | BN-ADREA027371 | 2011-07-27 Adobe Letter to Barnes & Noble, Inc re Amendement No. 1 to Strategic DRM Agreement | 402, 403, 802 | |
| PTX-143 | Nagle 13 | BN-ADREA027373 | 2011-08-30 Amendment Two to Software License and Support Agreement | 402, 403, 802 | |
| PTX-144 | Nagle 14 | BN-ADREA027375 | 2009-10-20 Adobe Letter to Barnes & Noble, Inc. re Strategic DRM Agreement | 402, 403, 802 | |
| PTX-145 | Nagle 15 | BN-ADREA027421 | 2009-09-22 Software License and Support Agreement | 402, 403, 802 | |
| PTX-148 | Nagle 18 | BN-ADREA027368 | Chart of Royalty Payments | 402, 403 | |
| PTX-149 | Nagle 19 | BN-ADREA038952 | Chart of Settlement Payment Terms | 402, 403 | |
| PTX-150 | Nagle 20 | BN-ADREA029864 | 2011-02-02 R. Gopalakrishnan Email Forwarding | 402, 403, 802 | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EXHIBIT NUMBER | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| | | | Digital News | | |
| PTX-152 | | BN-ADREA046670 | Royalty Payment Schedule | 402, 403 | |
| PTX-153 | | BN-ADREA047195 | 2013-10-14 Nook, "Client Metrics" | 402, 403, 802 | |
| PTX-154 | | ADREA0149001 | 2009-12-03 Sarah Rotman Epps, The Battle for the eBook Consumer | 402, 403, 802 | |
| PTX-159 | | ADREA0149013 | 2009-10-07 Sarah Rotman Epps, "Forrester's eReader Holiday Outlook 2009: Sales Will exceed Forrester's Earlier Projections" | 402, 403, 802 | |
| PTX-160 | | ADREA0149020 | VSS "Communications Industry Forecast 2010-2014" | 402, 403, 802 | |
| PTX-161 | | ADREA0149041 | VSS "Communications Industry Forecast 2009-2013" | 402, 403, 802 | |
| PTX-162 | | ADREA0149062 | "The Battle for the eBook Consumer" Wal-Mart and Target Could Make a Bigger Play for the eBook Consumer, December 2009 | 402, 403, 802 | |
| PTX-163 | | ADREA0149063 | Sarah Rotman Epps "The Battle for the eBook Consumer" Figure 3: Wal-Mart and Target Could Make a Bigger Play for the eBook Consumer, December 2009 | 402, 403, 802 | |
| PTX-166 | Barnes 4 | ADREA0141110 | 2009-11-11 eBook Market Venture | 402, 403, 802 - Excluded | |
| PTX-167 | Barnes 6 | ADREA0099176 | 2008-08-29 Market Analysis Report | 402, 403, 802 - Excluded | |
| PTX-170 | Barnes 5 | ADREA0098065 | Ocean Tomo: E-Book Market Research, March 2007 | 402, 403, 802 - Excluded | |
| PTX-171 | | ADREA0098047 | Ocean Tomo: E-Book Market Research, May 2008 | 402, 403, 802 - Excluded | |
| PTX-172 | Barnes 8 | ADREA0149064 | 2010-04-26 "Nook outnumbers Kindle in March, says Digitimes Research" | 402, 403, 802 | |
| PTX-179 | | BN-ADREA023295 | 2012-06-01 Email from Zolna to Hilt re April + May Consumer Insights Update | 402, 403 | |
| PTX-180 | | BN-ADREA029517 | 2010-01-11 "Barnes & Noble nook Named Best Gadget of 2009 in Crunchies Awards" | 402, 403 | |
| PTX-182 | | BN-ADREA029988 | 2012-01-05 Email from Keating to Mulchandani re | 402, 403 | |

4

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EXHIBIT NUMBER | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-183 | | BN-ADREA033815 | Important Memo from William Lynch Regarding Holiday Results | | |
| PTX-184 | | BN-ADREA038295 | Nook at a Glance | 402, 403 | |
| PTX-186 | | BN-ADREA031790 | Growth in e-reader and tablet ownership among U.S. adults | 402, 403, 802 | |
| PTX-198 | | n/a | 2011-05-05 Email from Kung to Golpalakrishnan re The E-Book Effect: Barnes & Noble Worth Over $1 Billion | 402, 403, 802 | |
| PTX-199 | | n/a | 2013-09-13 Defendants' Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | 402, 403 | |
| PTX-200 | | n/a | 2013-09-13 Defendants' Supplemental Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | 402, 403 | |
| PTX-201 | | n/a | 2013-09-30 Defendants' Second Supplemental Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | 402, 403 | |
| PTX-204 | | n/a | 2013-11-20 Defendants' Responses and Objections to Plaintiff Adrea, LLC First Set of Requests for Admissions | 402, 403, 802 - SDNY LR 56.1 | |
| PTX-205 | | n/a | NOOK 1st Edition (physical) | | |
| PTX-206 | | n/a | NOOK Color (physical) | | |
| PTX-208 | | n/a | NOOK Tablet (physical) | | |
| PTX-209 | | n/a | NOOK Simple Touch Glowlight (physical) | | |
| PTX-210 | | n/a | NOOK HD (physical) | | |
| PTX-211 | | n/a | NOOK HD+ (physical) | | |
| PTX-226 | | ADREA0119159 | NOOK Glowlight (physical) | | |
| | | | WW Kindle Actual and Projected Sale Information (2008 2010) | | |

**EXHIBIT B**
**Plaintiff ADREA, LLC's Exhibit List with B&N Defendants' Objections**

| PLAINTIFF'S EXHIBIT NUMBER | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| PTX-228 | | ADREA0016925 | 2010-10-21 Email from McDow to Hayden re next steps - Subject to FRE 408 | 402, 403 | |
| PTX-230 | | BN-ADREA002258 | Product Requirements for Gossamer Rev 1.5 | 402, 403, 802 | |
| PTX-231 | | BN-ADREA015786 | Nook Tablet Launch Q&A | 402, 403, 802 | |
| PTX-232 | | BN-ADREA037549 | Acclaim Launch | 402, 403, 802 | |
| PTX-233 | | | 2002-03-31 E-Centives, Inc. Form 10-Q | 402, 403, 802 | |
| PTX-234 | | | 2012-07-31 License Agreement between MacroSolve, Inc. and Decision Point Systems, Inc. | 402, 403, 802 | |
| PTX-235 | | | 2011-03-02 License Agreement between Huhem and One Step Millionaire, LLC and Ethos Environmental, Inc. | 402, 403, 802 | |
| PTX-236 | | | 2013-07-25 Blue Calypso Form 8-K Exhibit 99.1 | 402, 403, 802 | |
| PTX-237 | | | 2014-02-25 Moxian Form 8-K Exhibit 10.1 | 402, 403, 802 | |
| PTX-238 | | | 1998-07-23 Capita Research Group Form 10-SB-A Exhibit 10 | 402, 403, 802 | |

**Defendants reserve all rights to amend consistent with the Court's anticipated ruling on the issues presented to it on June 10, 2016.