# EXHIBIT C

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 13 | Adrea License Patent Cross-License Agreement; Defendants Deposition Ex. 81 | ADREA0007466 - ADREA0007484 | 402; 403 | |
| 15 | Mar. 24, 2011 Email from B. Rainey to T. Shamoon et al, attaching Adrea Agenda 3-29-11 and Meeting Minutes 1-7-11; Defendants Deposition Ex. 94 | ADREA0007584 - ADREA0007584 | 402; 403; 802 | |
| 16 | Adrea Agenda 3-29-11 and Meeting Minutes 1-7-11 | ADREA0007585 - ADREA0007585 | 402; 403; 802 | |
| 17 | Jan. 7, 2011 ADREA Meeting Minutes; Defendants Deposition Ex. 25 | ADREA0007586 - ADREA0007588 | 402; 403; 802 | |
| 18 | Sept. 5, 2012 from S. Ambwani to B. Baker re: Week of slept [sic] 3rd. | ADREA0007621 - ADREA0007623 | 402; 403; 802 | |
| 19 | Nov. 08, 2010 Adrea Proposal | ADREA0007787 - ADREA0007794 | 402; 403; 802 | |
| 20 | Dec. 06, 2010 Adrea Add'l Proposal | ADREA0008798 - ADREA0008799 | 402; 403; 802 | |
| 23 | Jan. 12, 2011 Email from M. Manette to Prasad Sanagavarapu | ADREA0009747- ADREA0009750 | 402; 403; 802 | |
| 24 | Nov. 2, 2011 Email from ConcertTechnology buying 501 patent | ADREA0010261 - ADREA0010262 | 402; 403; 802 | |
| 25 | Feb. 22, 2011 Update to players involved | ADREA0010493 - ADREA0010496 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 28 | Aug. 15, 2011 Email from H. Kang to T. Shamoon re: Samsung | ADREA0013095 - ADREA0013095 | 402; 403; 802 | |
| 29 | Aug. 16, 2011 Email from T. Shamoon to H. Kang re: Samsung | ADREA0013096 - ADREA0013096 | 402; 403; 802 | |
| 30 | Nov. 20, 2011 Email from T. Shamoon to S. Ambwani; Defendants Deposition Ex. 52 | ADREA0013527 - ADREA0013528 | 402; 403; 802 | |
| 32 | May 10, 2012 Email from S. Ambwani to T. Shamoon | ADREA0014147 - ADREA0014148 | 402; 403; 802 | |
| 34 | July 17, 2013 Shamoon email to Kobo | ADREA0015053 - ADREA0015054 | 402; 403; 802 | |
| 35 | Sept. 11, 2010 Email from P. Sanagavaraputo T. Shamoon re: E-book Target List | ADREA0015090 - ADREA0015092 | 402; 403; 802 | |
| 36 | Sept. 11, 2010 Email from S. Ambwani to T. Shamoon re: irex | ADREA0015093 - ADREA0015095 | 402; 403; 802 | |
| 37 | Sept. 14, 2010 Email from B. Rainery to ADREA re: Draft Agenda and Prior Minutes–ADREA LLC attaching ADREA Agenda 9-20-10 and ADREA Minutes 8-31-10; Defendants Deposition Ex. 92 | ADREA0015099 - ADREA0015099 | 402; 403; 802 | |
| 38 | Oct. 6, 2010 Email from T. Shamoon to J. McDow | ADREA0015134 - ADREA0015135 | 402; 403; 802 | |
| 39 | Cert. of Amendment of Cert. of Formation of Discovery Patent Holdings, LLC | ADREA0015152 - ADREA0015153 | 402; 403 | |
| 40 | Cert. of Formation of Discovery Patent Holdings, LLC | ADREA0015203 - ADREA0015204 | 402; 403 | |
| 43 | Sept. 23, 2010 Email from P. Sanagavarapu to T. Shamoon ; Defendants Deposition Ex. 124 | ADREA0015423 - ADREA0015424 | 402; 403; 802 | |

2

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|---------------------------|-------------|---------------------|----------|
| 44 | Nov. 1, 2010 Email from T. Shamoon to Philips re: October 28, 2010 Presentations attaching Irex | | | |
| 45 | Oct. 28, 2010 Philips Irex Power Point Presentation | ADREA0015428 - ADREA0015428 | 802 | |
| 46 | Sept. 20, 2010 Minutes of a Special Meeting of The Board of Representatives of ADREA LLC.; Defendants Deposition Ex. 23 | ADREA0015429 - ADREA0015432 | 802 | |
| 47 | Oct. 28, 2009 Email from T. Shamoon to D. Maher et al. | ADREA0015456 - ADREA0015457 | 402; 403; 802 | |
| 48 | Nov. 3, 2009 Shamoon email re Intertrust-Disc-Sony meeting | ADREA0015481 - ADREA0015482 | 402; 403; 802 | |
| 49 | Nov. 3, 2009 Setting up Anaconda email list with Intertrust-Disc-Sony | ADREA0015492 - ADREA0015492 | 402; 403; 802 | |
| 50 | Nov. 30, 2009 Sony-DCI-Intertrust email chain re JV idea 2; Defendants Deposition Ex. 12 | ADREA0015494 - ADREA0015495 | 402; 403; 802 | |
| 51 | Nov. 30, 2009 Sony-DCI-Intertrust email chain re: JV idea | ADREA0015560 - ADREA0015562 | 402; 403; 802 | |
| 52 | Feb. 3, 2010 Reply Email from J. Siegel to T. Shamoon | ADREA0015581 - ADREA0015584 | 402; 403; 802 | |
| 53 | Feb. 3, 2010 Reply Email from T. Mitomo to T. Shamoon et al | ADREA0015870 - ADREA0015872 | 402; 403; 802 | |
| 55 | July 16, 2012 Email from J. McDow to B. Baker re Barnes & Noble-Adrea discussion; Defendants Deposition Ex. 59 | ADREA0015876 - ADREA0015878 | 402; 403; 802 | |
| 57 | July 24, 2012 McDow Email to S. Ambwani; Defendants Deposition Ex. 66 | ADREA0016003 - ADREA0016005 | 402; 403; 802 | |
| 58 | Introduction to Adrea: Inventions for eBooks; Defendants Deposition Ex. 123 | ADREA0016008 - ADREA0016008 | 402; 403; 802 | |
| | | ADREA0016009 - ADREA0016013 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 59 | Claims Illustration for Kno; Defendants Deposition Ex. 67 | | | |
| 60 | Jan. 16, 2013 Email from J. McDow to S. Ambwani | ADREA0016177 - ADREA0016178 | 402; 403; 802 | |
| 61 | Jan. 16, 2013 McDow email to Ambwani | ADREA0016179 - ADREA0016179 | 402; 403; 802 | |
| 62 | Jan. 13, 2013 Email from J. McDow to S. Ambwani | ADREA0016180 - ADREA0016181 | 402; 403; 802 | |
| 63 | May 8, 2012 from S. Ambwani to B. Baker | ADREA0016827 - ADREA0016827 | 402; 403; 802 | |
| 77 | Aug. 1, 2012 Meeting with Inflexion Point Strategy re Patent portfolio | ADREA0017028 - ADREA0017029 | 402; 403; 802 | |
| 78 | Aug. 27, 2012 Adrea-Kobo Meeting | ADREA0017033 - ADREA0017036 | 402; 403; 802 | |
| 85 | Feb. 02, 2012 Email from S. Ambwani to Y. Nagao (ADREA) ; Defendants Deposition Ex. 42 | ADREA0017155 - ADREA0017155 | 402; 403; 802 | |
| 86 | Feb. 07, 2012 Email from S. Ambwani to T. Shamoon | ADREA0017156 - ADREA0017156 | 402; 403; 802 | |
| 87 | Adrea's Claim Illustrations for Barnes & Noble | ADREA0017167 - ADREA0017207 | 402; 403 | |
| 90 | Apr. 24, 2012 Email from S. Ambwani to T. Shamoon ; Defendants Deposition Ex. 45 | ADREA0017323 - ADREA0017323 | 402; 403; 802 | |
| 91 | May 11, 2012 Ambwani email re Claims Illustrations for Kobo; Defendants Deposition Ex. 64 | ADREA0017345 - ADREA0017346 | 402; 403; 802 | |
| 92 | May 11, 2012 Claims Illustrations for Kobo ; Defendants Deposition Ex. 65 | ADREA0017347 - ADREA0017392 | 402; 403; 802 | |
| 93 | Aug. 03, 2012 Ambwani email to Kobo with attachment; Defendants Deposition Ex. 68 | ADREA0017478 - ADREA0017479 | 402; 403; 802 | |
| 94 | Aug. 03, 2012 Ambwani email to Kobo attachment of Adrea Portfolio; Defendants Deposition Ex. 69 | ADREA0017480 - ADREA0017540 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 95 | Aug. 03, 2012 Attachment to email to Kobo re Adrea Patent Portfolio | ADREA0017541 - ADREA0017541 | 402; 403; 802 | |
| 97 | Sept. 25, 2012 Email from S. Ambwani to E. Brannen; Defendants Deposition Ex. 60 | ADREA0017710 - ADREA0017711 | 402; 403; 802 | |
| 100 | Jan. 16, 2013 Ambwani email to Kobo attaching Portfolio spreadsheet -1.15.13 | ADREA0017846 - ADREA0017846 | 402; 403; 802 | |
| 101 [native] | Jan. 16, 2013 Adrea Portfolio sent to Kobo | ADREA0017848 - ADREA0017848 | 402; 403; 802 | |
| 103 | Oct. 5, 2010 Email from T. Shamoon to S. Ambwani | ADREA0017873 - ADREA0017874 | 402; 403; 802 | |
| 104 | July 05, 2012 Min. of a Regular Meeting of The Board of Representatives of ADREA LLC via Telephonic Conference Call | ADREA0018167 - ADREA0018168 | 402; 403; 802 | |
| 105 | Oct. 20, 2011 Email from T. Mitomo to T. Shamoon et al. | ADREA0018383 - ADREA0018383 | 402; 403; 802 | |
| 106 | Apr. 09, 2011 Email from T. Shamoon to ADREA | ADREA0018682 - ADREA0018682 | 402; 403; 802 | |
| 107 | Apr. 12, 2011 Amazon Mediation Statement | ADREA0018693 - ADREA0018705 | 402; 403; 408; 802 | |
| 108 | June 3, 2011 Email from T. Shamoon to D. Zapolsky | ADREA0018709 - ADREA0018709 | 402; 403; 408; 802 | |
| 109 | June 6, 2011 Email from T. Shamoon to J. McDow et al | ADREA0018711 - ADREA0018712 | 402; 403; 408; 802 | |
| 110 | June 18, 2011 Email from T. Shamoon to D. Zapolsky | ADREA0018725 - ADREA0018727 | 402; 403; 408; 802 | |
| 111 | Oct. 19, 2011 Email from T. Shamoon to J. Rosenstock | ADREA0018760 - ADREA0018760 | 402; 403; 802 | |
| 114 | Dec. 18, 2011 Email from T. Shamoon to R. Peters | ADREA0018812 - ADREA0018813 | 402; 403; 802 | |
| 115 | Dec. 23, 2011 Email from T. Shamoon to J. Rosenstock; Defendants Deposition Ex. 33 | ADREA0018814 - ADREA0018815 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|--------------------|----------|
| 116 | Dec. 19, 2012 Email from T. Shamoon to J. Rosenstock; Defendants Deposition Ex. 61 | ADREA0018875 - ADREA0018877 | 402; 403; 802 | |
| 118 | Aug. 31, 2011 Minutes of A Special Meeting of The Board of Representatives of ADREA LLC.; Defendants Deposition Ex. 22 | ADREA0018971 - ADREA0018973 | 402; 403; 802 | |
| 119 | Joint Defense and Common Interest Agreement | ADREA0019187 - ADREA0019196 | 402; 403 | |
| 120 | Patent Contribution Agreement | ADREA0019206 - ADREA0019210 | 402; 403 | |
| 121 | Discovery Patent Matters Agreement | ADREA0019211 - ADREA0019233 | 402; 403 | |
| 122 | Patent Cross-License Agreement Among Discovery Communications, Inc., Discovery Patent Holdings, LLC, and Sony Corp. | ADREA0019234 - ADREA0019264 | 402; 403 | |
| 124 | Discovery Patent Matters Agreement | ADREA0019541 - ADREA0019563 | 402; 403 | |
| 126 | Patent Purchase Agreement | ADREA0019595 - ADREA0019611 | 402; 403 | |
| 128 | Amended and Restated Limited Liability Company Operating Agreement of ADREA, LLC; Defendants Deposition Ex. 114 | ADREA0019661 - ADREA0019753 | 402; 403 | |
| 129 | Aug. 25, 2010 Side Letter | ADREA0019754 - ADREA0019759 | 402; 403 | |
| 132 | Aug. 25, 2010 SCA IPLA Patent Purchase Agreement | ADREA0019815 - ADREA0019832 | 402; 403 | |
| 133 | Aug. 25, 2010 Officer's Certificate of ADREA, LLC, Koninklijke Philips Electronics, Intertrust Technologies Corp., Discovery Communications, Inc., Sony Corporation of America | ADREA0019833 - ADREA0019837 | 402; 403 | |
| 134 | Apr. 22, 2010 Joinder to Joint Defense and Common Interest Agreement | ADREA0019838 - ADREA0019857 | 402; 403 | |
| 135 | Apr. 25, 2010 ADREA, LLC Designation of Representative | ADREA0019858 - ADREA0019861 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 136 | Apr. 22, 2010 Resignation of Manager of ADREA, LLC | ADREA0019862 - ADREA0019862 | 402; 403; 802 | |
| 137 | Project Anaconda Closing Checklist | ADREA0019863 - ADREA0019867 | 402; 403; 802 | |
| 138 | Dec. 27, 2010 Email from B. Rainey to T. Shamoon et al. re: ADREA Minutes 1-7-11 + Draft Prior Minutes + Map to Meeting in Vegas; Defendants Deposition Ex. 93 | ADREA0019889 - ADREA0019889 | 402; 403; 802 | |
| 139 | Jan. 06, 2011 Email J. Davis to B. Rainey ; Defendants Deposition Ex. 29 | ADREA0020012 - ADREA0020012 | 402; 403; 802 | |
| 140 | Jan. 06, 2011 Attachment to Jan. 06, 2011 email J. Davis to B. Rainey; Defendants Deposition Ex. 30 | ADREA0020013 - ADREA0020014 | 402; 403; 802 | |
| 144 | Feb. 25, 2011 Alvarado-Davis-Rainey email; Defendants Deposition Ex. 113 | ADREA0020079 - ADREA0020079 | 402; 403; 802 | |
| 145 | May 24, 2011 Email from T. Shamoon to S. Ambwani ; Defendants Deposition Ex. 51 | ADREA0020150 - ADREA0020150 | 402; 403; 802 | |
| 146 | Aug. 30, 2011 Email from J. Siegel to B. Rainey | ADREA0020220 - ADREA0020221 | 402; 403; 802 | |
| 147 | Nov. 10, 2011 Email from T. Shamoon to S. Kober; Defendants Deposition Ex. 112 | ADREA0020270 - ADREA0020270 | 402; 403; 802 | |
| 148 | Jan. 05, 2012 Email from J. Davis to B. Rainey attaching ADREA 2012 Budget; Defendants Deposition Ex. 103 | ADREA0020298 - ADREA0020298 | 402; 403; 802 | |
| 149 | ADREA, LLC ; 2012 Operating Budget; Defendants Deposition Ex. 104 | ADREA0020299 - ADREA0020299 | 402; 403; 802 | |
| 150 | Jan. 20, 2012 Davis email to Rainey re Revised Adrea 2012 Budget; Defendants Deposition Ex. 105 | ADREA0020311 - ADREA0020312 | 402; 403; 802 | |
| 151 | Jan. 20, 2012 Attachment - 2012 Adrea Operating Budget | ADREA0020313 - ADREA0020313 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|---------------------------|-------------|---------------------|----------|
| 152 | June 19, 2011 Email from J. McDow to B. Rainey re: ADREA | ADREA0020345 - ADREA0020348 | 402; 403; 802 | |
| 153 | July 30, 2012 Ambwani email to Shamoon et al.; Defendants Deposition Ex. 83 | ADREA0020381 - ADREA0020382 | 402; 403; 802 | |
| 154 | Portfolio Propectus - August 2012; Defendants Deposition Ex. 84 | ADREA0020383 - ADREA0020443 | 402; 403; 802 | |
| 155 | Sept. 23, 2012 Email from T. Shamoon to S. Ambwani; Defendants Deposition Ex. 47 | ADREA0020452 - ADREA0020453 | 402; 403; 802 | |
| 156 | Dec. 28, 2012 Email from B. Rainey to T. Shamoon attaching ADREA Board Meeting Agenda ; 1-10-13; Defendants Deposition Ex. 110 | ADREA0020635 - ADREA0020638 | 402; 403; 802 | |
| 157 | Jan. 09, 2013 Agenda for the Regular Meeting of the Representatives via Telephonic Conference Call of ADREA, LLC; Defendants Deposition Ex. 111 | ADREA0020639 - ADREA0020639 | 402; 403; 802 | |
| 158 | Dec. 17, 2009 Email T. Shamoon re: Huge Kindle Will Drive Amazon To The Moon Next Year | ADREA0020678 - ADREA0020679 | 802 | |
| 159 | Sept. 23, 2012 Email S. Ambwani to xPlus; Defendants Deposition Ex. 54 | ADREA0020910 - ADREA0020920 | 402; 403; 802 | |
| 160 | Apr. 28, 2013 Email from T. Shamoon to S. Ambwani | ADREA0021430 - ADREA0021442 | 402; 403; 802 | |
| 162 | May 25, 2012 Email from S. Ambwani to T. Shamoon; Defendants Deposition Ex. 46 | ADREA0024463 - ADREA0024463 | 402; 403; 802 | |
| 163 | July 18, 2011 Email from B. Rainey to T. Shamoon ; ADREA Minutes 03-29-11; Defendants Deposition Ex. 95 | ADREA0024520 - ADREA0024522 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 164 | Mar. 29, 2011 Minutes of Regular Meeting of The Board of Representatives of ADREA, LLC,; Defendants Deposition Ex. 96 | | | |
| 165 | Apr. 2, 2012 Email from T. Shamoon to S. Ambwani; Defendants Deposition Ex. 44 | ADREA0024524 - ADREA0024526 | 402; 403; 802 | |
| | | ADREA0024543 - ADREA0024543 | 402; 403; 802 | |
| 167 | May 1, 2012 Email from S. Ambwani to T. Shamoon ; re: Undeliverable Re: Adrea; Defendants Deposition Ex. 58 | ADREA0025290 - ADREA0025293 | 402; 403; 802 | |
| 168 | Nov. 08, 2012 Email from S. Ambwani to HTC re: Adrea Portfolio attaching ADREA Mutual 2NDA3 | ADREA0025940 - ADREA0025940 | 402; 403; 802 | |
| 169 | Jan. 08, 2013 Email from B. Rainey to T. Shamoon et al; Defendants Deposition Ex. 108 | ADREA0026050 - ADREA0026053 | 402; 403; 802 | |
| 170 | July 05, 2012 Minutes of a Reugular Meeting of The Board of Representatives of ADREA LLC Via Telephonic Conference Call; Defendants Deposition Ex. 109 | ADREA0026055 - ADREA0026056 | 402; 403; 802 | |
| 171 | Jan. 15, 2013 Frum email to McDow | ADREA0026057 - ADREA0026057 | 402; 403; 802 | |
| 172 | Jan. 15, 2013 Frum email to McDow - attachment | ADREA0026058 - ADREA0026058 | 402; 403; 802 | |
| 173 | Jan. 13, 2013 Email from S. Ambwani to J. McDow | ADREA0026061 - ADREA0026062 | 402; 403; 802 | |
| 174 | Jan. 13, 2013 ADREA Portfolio | ADREA0026063 - ADREA0026063 | 402; 403; 802 | |
| 175 | Feb. 21, 2013 Ambwani Email to McDow | ADREA0026404 - ADREA0026404 | 402; 403; 802 | |
| 183 | Apr. 17, 2012 McDow email to Rashid of Kno | ADREA0027942 - ADREA0027942 | 402; 403; 802 | |
| 184 | Apr. 20, 2012 McDow email to Kno | ADREA0028004 - ADREA0028007 | 402; 403; 802 | |
| 185 | Apr. 20, 2012 Nagao-Shamoon emails re Kobo | ADREA0028015 - ADREA0028017 | 402; 403; 802 | |
| 186 | Apr. 22, 2012 Shamoon email to Kno | ADREA0028061 - ADREA0028065 | 402; 403; 802 | |
| 187 | Apr. 22, 2012 Shamoon email to Kno | ADREA0028066 - ADREA0028070 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 188 | Apr. 26, 2012 email from McDow to Habib (Kno) | ADREA0028186 - ADREA0028190 | 402; 403; 802 | |
| 189 | Apr. 26, 2012 Attachment to email to Kno re Adrea Patent Portfolio | ADREA0028191 - ADREA0028191 | 402; 403; 802 | |
| 190 | June 19, 2012 Email from J. McDow to B. Rainey re: ADREA | ADREA0028278 - ADREA0028281 | 402; 403; 802 | |
| 191 | July 13, 2012 McDow email to Intel re Portfolio and license agreements | ADREA0028400 - ADREA0028402 | 402; 403; 802 | |
| 192 | July 13, 2012 Portfolio for Intel attached to McDow email | ADREA0028403 - ADREA0028408 | 402; 403; 802 | |
| 193 | July 16, 2012 McDow updated Portfolio for Intel | ADREA0028421 - ADREA0028424 | 402; 403; 802 | |
| 194 | July 16, 2012 McDow updated Adrea Portfolio sent to Intel | ADREA0028425 - ADREA0028425 | 402; 403; 802 | |
| 195 | July 24, 2012 Ambwani email to Nagao re Kobo Canada; Defendants Deposition Ex. 121 | ADREA0028426 - ADREA0028427 | 402; 403; 802 | |
| 196 | July 25, 2012- McDow email to intel re Adrea | ADREA0028438 - ADREA0028441 | 402; 403; 802 | |
| 197 | Aug. 13, 2012 Adrea-Intel email chain re patent portfolio | ADREA0028489 - ADREA0028494 | 402; 403; 802 | |
| 198 | Aug. 15, 2012 Adrea-Intel email chain re patent portfolio | ADREA0028515 - ADREA0028520 | 402; 403; 802 | |
| 199 | Aug. 24, 2012 Intel-Adrea email re Philips licensing agreements | ADREA0028540 - ADREA0028545 | 402; 403; 802 | |
| 200 | Aug. 24, 2012 Intel-Adrea spreadsheet re Philips licensing agreements | ADREA0028546 - ADREA0028546 | 402; 403; 802 | |
| 201 | Aug. 29, 2012 Intel email to McDow | ADREA0028551 - ADREA0028556 | 402; 403; 802 | |
| 202 | Sept. 20, 2012 McDow email to Intel | ADREA0028616 - ADREA0028619 | 402; 403; 802 | |
| 203 | Jan. 17, 2013 Samsung turning down Adrea patent portfolio; Defendants Deposition Ex. 120 | ADREA0028688 - ADREA0028697 | 402; 403; 802 | |

10

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|--------------------|---------| 
| 204 | Feb. 7, 2013 Kobo-Ambwani email chain | ADREA0028702 - ADREA0028707 | 402; 403; 802 | |
| 205 | Feb. 28, 2013 Email from S. Ambwani to J. McDow; Defendants Deposition Ex. 89 | ADREA0028708 - ADREA0028709 | 402; 403; 802 | |
| 211 | Mar. 16, 1999 Status Report of eBook Portfolio; Defendants Deposition Ex. 135 | ADREA0030972 - ADREA0030974 | 402; 403; 802 | |
| 212 | May 18, 1999 Status Report ; Defendants Deposition Ex. 137 | ADREA0031068 - ADREA0031070 | 402; 403; 802 | |
| 213 | Sept. 09, 2001 Letter from J. McCoskey to John Hendricks ; Defendants Deposition Ex. 138 | ADREA0031100 - ADREA0031101 | 402; 403; 802 | |
| 214 | July 27, 2009 Email from D. Zaslav to J. Hendricks; Defendants Deposition Ex. 139 | ADREA0031136 - ADREA0031138 | 402; 403; 802 | |
| 218 | Apr. 20, 1994 McCoskey memo re eBook Portfolio; Defendants Deposition Ex. 136 | ADREA0032131 - ADREA0032132 | 402; 403; 802 | |
| 219 | May 18, 1999 McCoskey memo re Ebook Portfolio | ADREA0032250 - ADREA0032252 | 402; 403; 802 | |
| 220 | Oct. 15, 2010 Email re irex Termsheet; Defendants Deposition Ex. 85 | ADREA0033086 - ADREA0033087 | 402; 403; 802 | |
| 221 | Oct. 15, 2010 Irex Termsheet; Defendants Deposition Ex. 86 | ADREA0033088 - ADREA0033088 | 402; 403 | |
| 222 | Sept. 16, 2011 Email from H. Kang to T. Shamoon re: Samsung | ADREA0033195 - ADREA0033197 | 402; 403; 802 | |
| 223 | July 19, 2012 Email from S. Ambwani to J. McDow et al. | ADREA0033198 - ADREA0033198 | 402; 403; 802 | |
| 224 | Sept. 19, 2011 Email from T. Shamoon to H. Kang re: Samsung | ADREA0033210 - ADREA0033213 | 402; 403; 802 | |
| 225 | Sept. 19, 2011 Email from H. Kang to T. Shamoon re: Samsung | ADREA0033214 - ADREA0033217 | 402; 403; 802 | |
| 226 | Sept. 23, 2011 Email from T. Shamoon to H. Kang re: Samsung | ADREA0033218 - ADREA0033221 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 227 | Sept. 23, 2011 Email from H. Kang to T. Shamoon re: Samsung | ADREA0033222 - ADREA0033225 | 402; 403; 802 | |
| 228 | Sept. 26, 2011 Email from H. Kang to T. Shamoon re: Samsung | ADREA0033226 - ADREA0033230 | 402; 403; 802 | |
| 229 | Sept. 26, 2011 Email from T. Shamoon to H. Kang re: Samsung | ADREA0033231 - ADREA0033234 | 402; 403; 802 | |
| 230 | Dec. 29, 2011 Email from B. Rainey to R. Peters; Defendants Deposition Ex. 97 | ADREA0033239 - ADREA0033239 | 402; 403; 802 | |
| 231 | Agenda for the January 5, 2012 Regular Meeting of the Board of Representatives of ADREA LLC; Defendants Deposition Ex. 99 | ADREA0033240 - ADREA0033240 | 402; 403; 802 | |
| 232 | July 20, 2011 - Minutes of a Regular Meeting of the Board of Representatives of Adrea, LLC via Telephonic Confernce Call; Defendants Deposition Ex. 98 | ADREA0033241 - ADREA0033242 | 402; 403; 802 | |
| 233 | Sept. 26, 2011 Email from T. Shamoon to H. Kang re: Samsung | ADREA0033248 - ADREA0033251 | 402; 403; 802 | |
| 235 | Mar. 01, 2011 Email from S. Ambwani to T. Shamoon re: ADREA | ADREA0033306 - ADREA0033308 | 402; 403; 802 | |
| 236 | Jan. 30, 2011 Email from S. Ambwani to J. McDow re: ADREA Pipeline | ADREA0033454 - ADREA0033454 | 402; 403; 802 | |
| 237 | July 02, 2012 Email from B. Rainey to B. Rainey et al. re: Adrea Board Meeting; Defendants Deposition Ex. 107 | ADREA0033457 - ADREA0033458 | 402; 403; 802 | |
| 238 | July 20, 2012 Board Meeting Minutes | ADREA0033460 - ADREA0033461 | 402; 403; 802 | |
| 239 | Jan. 10, 2013 Rainey email re Adrea Financial Statements; Defendants Deposition Ex. 31 | ADREA0033528 - ADREA0033531 | 402; 403; 802 | |
| 240 | Jan. 10, 2013 Adrea Financial Statements (redacted); Defendants Deposition Ex. 32 | ADREA0033532 - ADREA0033533 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|---------------------------|-------------|---------------------|----------|
| 241 | Jan. 31, 2013 Email from J. McDow re: ADREA Portfolio | ADREA0033536 - ADREA0033537 | 402; 403; 802 | |
| 242 | ADREA Portfolio | ADREA0033538 - ADREA0033538 | 402; 403; 802 | |
| 246 | Oct. 19, 2011 McDow email to Discovery | ADREA0033765 - ADREA0033766 | 402; 403; 802 | |
| 247 | June 3, 2013 Email from C. Rauber to E. Heinen re: ADREA Financials ; Defendants Deposition Ex. 37 | ADREA0033985 - ADREA0033985 | 402; 403; 802 | |
| 248 | May 31, 2013 Financial Statements; Defendants Deposition Ex. 38 | ADREA0033986 - ADREA0033987 | 402; 403; 802 | |
| 250 | Jan. 30, 2012 Email from J. McDow to S. Ambwani ; Defendants Deposition Ex. 43 | ADREA0034185 - ADREA0034185 | 402; 403; 802 | |
| 253 | Oct. 14, 2010 Email from T. Shamoon to C. Haussler | ADREA0034361 - ADREA0034362 | 402; 403; 802 | |
| 254 | Sept. 12, 2010 Email chain re Irex license background; Defendants Deposition Ex. 87 | ADREA0034487 - ADREA0034490 | 802 | |
| 255 | Jan. 05, 2012 Rainey email re draft YTD 2011 and 2012 financials; Defendants Deposition Ex. 100 | ADREA0034659 - ADREA0034660 | 402; 403; 802 | |
| 256 | Dec. 31, 2012 YTD Adrea Income Statement (REDACTED); Defendants Deposition Ex. 101 | ADREA0034661 - ADREA0034663 | 402; 403; 802 | |
| 257 | Jan. 05, 2012 attachment of 2012 Operating Budget (REDACTED); Defendants Deposition Ex. 102 | ADREA0034664 - ADREA0034664 | 402; 403; 802 | |
| 258 | Mar. 15, 2012 Email from T. Shamoon to S. Ambwani ; Defendants Deposition Ex. 115 | ADREA0034681 - ADREA0034682 | 402; 403; 802 | |
| 259 | July 05, 2012 Shamoon email re Rakuten going into global market and Amazon success | ADREA0034721 - ADREA0034723 | 402; 403; 802 | |
| 260 | July 05, 2012 Adrea Board Meeting Minutes | ADREA0034765 - ADREA0034766 | 402; 403; 802 | |
| 261 | May 31, 2012 Adrea Income Statement (REDACTED) | ADREA0034809 - ADREA0034809 | 402; 403; 802 | |

Exhibit C

Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 262 | Sept. 23, 2009 Intertrust Board meeting minutes - Sony and Philips Board members.pdf; Defendants Deposition Ex. 8 | ADREA0034815 - ADREA0034817 | | |
| 263 | June 04, 2011 Email from T. Shamoon to S. Ambwani; Defendants Deposition Ex. 119 | ADREA0034935 - ADREA0034941 | 402; 403; 802 | |
| 264 | Dec. 10, 2011 Email from S. Ambwani ; 12-10-11; Defendants Deposition Ex. 117 | ADREA0035227 - ADREA0035234 | 402; 403; 802 | |
| 265 | Dec. 24, 2011 Email from S. Ambwani ; Defendants Deposition Ex. 118 | ADREA0035244 - ADREA0035252 | 402; 403; 802 | |
| 266 | Mar. 25, 2012 Email from T. Shamoon to S. Ambwani | ADREA0035418 - ADREA0035426 | 402; 403; 802 | |
| 267 | Oct. 28, 2011 Discovery Communications, INC's Response to Defendant Amazon.com INC's Forst Set of Interrogatories | ADREA0045994 - ADREA0046012 | 402; 403; 602; 802 | |
| 268 | Plaintiff's ADREA Amended Responses and Objections to Defendant's Interrogatories Nos. 4 and 9; Defendants Deposition Ex. 7 | ADREA0046635 - ADREA0046644 | 402; 403 | |
| 269 | Jan. 31, 2011 Plaintiff's ADREA Response and Objections to Amazon Interrogatorries No. 21-23 and 24 | ADREA0046679 - ADREA0046686 | 402; 403 | |
| 270; 271 | (ADREA0051206) - July 14, 2011 Email from T. Shamoon to J. Rosenstock re: Sony; (ADREA0051208) - May 11, 2011 Email between Sony & ITRU re: Anaconda | ADREA0051206 - ADREA0051206 | 402; 403; 802 | |
| 270; 271 | (ADREA0051206) - July 14, 2011 Email from T. Shamoon to J. Rosenstock re: Sony; (ADREA0051208) - May 11, 2011 Email between Sony & ITRU re: Anaconda | ADREA0051208 - ADREA0051208 | 402; 403; 802 | |

14

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 272 | Aug. 08, 2011 Email from B. Baker to S. Ambwani re: Adrea ; Defendants Deposition Ex. 116 | ADREA0051947 - ADREA0051949 | 402; 403; 802 | |
| 274 | Oct. 27, 2011 Action By Unanimous Written Consent of the Board of Representatives of Adrea LLC | ADREA0052385 - ADREA0052386 | 402; 403; 802 | |
| 283 | May 28, 2010 Email from T. Shamoon to S. Waxman; Defendants Deposition Ex. 14 | ADREA0061454 - ADREA0061454 | 402; 403; 802 | |
| 284 | May 27, 2010 Email from T. Shamoon to M. E. Khalil et al; Defendants Deposition Ex. 152 | ADREA0061457 - ADREA0061460 | 402; 403; 802 | |
| 286 | Dec. 25, 2009 Email chain T. Shamoon and J. Rosenstock; Defendants Deposition Ex. 13 | ADREA0097187 - ADREA0097187 | 402; 403; 802 | |
| 287 | April 7, 2001 Adrea Mediation Brief for ; ADREA, LLC v. Amazon.com, Inc. | ADREA0097330 - ADREA0097350 | 402; 403; 408; 802 | |
| 288 | July 8, 2010 Email from T. Shamoon to J. Rosenstock re: Original Kindle patent made public | ADREA0097643 - ADREA0097644 | 402; 403; 802 | |
| 290 | ADREA, LLC; Balance Sheet - August 31, 2013; Defendants Deposition Ex. 155 | ADREA0111195 - ADREA0111196 | 402; 403; 802 | |
| 291 | Oct. 31, 2013 ADREA Financial Statement | ADREA0111203 - ADREA0111204 | 402; 403; 802 | |
| 292 | Minutes of A Regular Meeting of the Board of Representatives of ADREA LLC Via Telephonic Conference Call; Defendants Deposition Ex. 154 | ADREA0111205 - ADREA0111207 | 402; 403; 802 | |
| 294 | July 03, 2013 Adrea Formation and Operations Documents ; (Secured Loan Documents) | ADREA0111232 - ADREA0111287 | 402; 403; 802 | |
| 296 | WW Kindle CSOI Summary - 2011 OP2 | ADREA0119159 - ADREA0119167 | 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 300 | Nov. 11, 2011 Philips Internal email re: Adrea - Add'l KPMG Questions; Defendants Desposition Ex. 168 | ADREA0138027 - ADREA0138028 | 402; 403; 802 | |
| 301 | Mar. 03, 2010 Shamoon-Peters email re: Anaconda Splits, etc. | ADREA0138029 - ADREA0138029 | 402; 403; 802 | |
| 302 | Mar. 07, 2010 Email chain between Sony, Intertrust, Philips re Anaconda | ADREA0138040 - ADREA0138044 | 402; 403; 802 | |
| 303 | Aug. 22, 2010 Philips Accounting Treatment Paper ADREA | ADREA0138045 - ADREA0138053 | 402; 403; 802 | |
| 306 | Discovery-Sony Proposal JV Terms ; (Subject to tax & Acc't Review) | ADREA0148903 - ADREA0148905 | 402; 403; 802 | |
| 339 | B&N's FY2013 Form 10-K | BN-ADREA009532 - BN-ADREA009693 | 402; 403; 802 | |
| 343 | Codex BN Device Preview Exec Summary | BN-ADREA024885 - BN-ADREA024910 | Illegible; 802 | |
| 355 | Dec. 06, 2012 - E-Contact Settlement and License Agreement | BN-ADREA038777 - BN-ADREA038951 | | |
| 356 | July 03, 2013 B&N Innovative Automation Agreement (FINAL, Fully Executed) | BN-ADREA038792 - BN-ADREA038799 | | |
| 357 | Mar. 18, 2013 j Hopewell & BN License Agreement Fully Executed | BN-ADREA038800 - BN-ADREA038812 | | |
| 358 | June 27, 2013 - PTI - BN Settlement FULLY EXECUTED | BN-ADREA038813 - BN-ADREA038822 | | |
| 359 | Consumer_hardware_agreement - Barnes Noble_EXECUTED | BN-ADREA038823 - BN-ADREA038861 | | |
| 360 | Consumer_hardware_agreement_MOU - Barnes Noble_executed | BN-ADREA038862 - BN-ADREA038864 | | |
| 361 | Consumer_hardware_agreement_Paid Up Side Letter - Barnes Noble_executed | BN-ADREA038865 - BN-ADREA038868 | | |
| 362 | EMG Tech-BN Settlement Agreement (signed) | BN-ADREA038869 - BN-ADREA038880 | | |

16

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 363 | Nov. 07, 2012 Lochner Settlement Agreement | BN-ADREA038881 - BN-ADREA038890 | | |
| 364 | Media Digital - Settlement Agreement (signed) | BN-ADREA038891 - BN-ADREA038899 | | |
| 365 | Settlement and License Agreement | BN-ADREA038900 - BN-ADREA038951 | | |
| 469 | U.S. Patent No. 4,159,417 (Rubincam) | BN-ADREA042930 - BN-ADREA042938 | 402; 403 | |
| 547 | "SoftBook Press Introduces Enhanced SoftBook reader at Seybold SF '99," SoftBook Press Release by SoftBook Press dated August 30, 1999 | BN-ADREA044541 - BN-ADREA044542 | 402; 403; 802; 901 | |
| 564 | Nook Touch has a web browser, no hacking necessary | BN-ADREA044940 - BN-ADREA044942 | 402; 403; 802; 901; Illegible | |
| 579 | VIA License Agreement | BN-ADREA045493 - BN-ADREA045526 | | |
| 580 | MPEG-LA AVC Portfolio License | BN-ADREA045641 - BN-ADREA045744 | | |
| 581 | MPEG-LA Attachment 1 | BN-ADREA045745 - BN-ADREA045788 | | |
| 582 | MPEG-LA Visual Patent Portfolio License | BN-ADREA045789 - BN-ADREA045819 | | |
| 585 | "Nook GlowLight Has A Hidden Browser" by Edwin Kee dated November 11, 2013 | BN-ADREA046245 - BN-ADREA046250 | 402; 403; 802; 901 | |
| 588 | BN 10-K for FY 2014 | BN-ADREA047397 - BN-ADREA047553 | 402; 403; 802 | |
| 589 | B&N form 8-K | BN-ADREA047843 - BN-ADREA047871 | 402; 403; 802 | |
| 592 | IDC Worldwide Quarterly Tablet Tracker | BN-ADREA048130 - BN-ADREA048131 | | |
| 596 | Patent Portfolio Status Update dated October 1998 John McCoskey, Defendants Deposition Ex. 133 | DISCDE0000079685 - DISCDE0000079695 | 402; 403; 802 | |
| 634 | Oct. 02, 2008 DCI letter to Amazon re infringement (J. LaSala) | DISCDE0000403500 - DISCDE0000403500 | 402; 403; 802 | |
| 635 | Discovery Communications: E-Reader: Market Opportunity | DISCDE0000405067 - DISCDE0000405073 | 402; 403; 802 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 643 | Adrea Operating Expenses | DISCDE0000421507 - DISCDE0000421524 | 402; 403; 802 | |
| 644 | Sept. 13, 2010 Email from P. Sanagavarpu to Michael Manente (Attachment: Adrea-Pipeline-v0.3.xls); Defendants Deposition Ex. 39 | DISCDE0000435578 - DISCDE0000435579 | 402; 403; 802 | |
| 645 | Adrea-Pipeline-v0.3.xls; Defendants Deposition Ex. 40 | DISCDE0000435580 - DISCDE0000435582 | 402; 403; 802; 805; 901 | |
| 646 | Adrea-Pipeline-v0.3.xls; Defendants Deposition Ex. 41 | DISCDE0000435583 - DISCDE0000435589 | 402; 403; 802; 805; 901 | |
| 655 | Adrea Closing Documents (Patent Contribution Agreement) | DISCDE0000444339 - DISCDE0000444347 | 402; 403; 802; 901 | |
| 656 | Aug. 25, 2010 Balance Sheet (REDACTED) | DISCDE0000461891 - DISCDE0000461893 | 402; 403; 802 | |
| 657 | Adrea Operating Forecast (REDACTED) | DISCDE0000461916 - DISCDE0000461916 | 402; 403; 802 | |
| 658 | Dec. 31, 2010 Allocation Per Member Agreement (REDACTED); Defendants Deposition Ex. 26 | DISCDE0000461917 - DISCDE0000461919 | 402; 403; 802 | |
| 661 | Nov. 11, 2010 Philips email re Adrea Additional KPMG questions | PHILIPS0000065 - PHILIPS0000065 | 402; 403; 802 | |
| 662 | Nov. 11, 2010 Philips email re Adrea Additional KPMG questions | PHILIPS0000066 - PHILIPS0000067 | 402; 403; 802 | |
| 664 | Arie Tol Deposition Transcript | PHILIPS0000164 - PHILIPS0000421 | 402; 403; 802 | |
| 697 | ADREA 2012 Operating Budget Chart; Defendants Deposition Ex. 106 | | 402; 403; 802 | |
| 698 | Adrea's Objections and Responses to Defendants' Requests for Admission, dated November 22, 2013 | | 402; 403 | |
| 706 | Excel Chart; Defendants Deposition Ex. 122 | | 402; 403; 802 | |
| 710 | Excel Chart | | | |
| 710 | Nagle Deposition Ex. 9 | | | |
| 747 | B&N's NOOK Classic | | | |

18

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 748 | B&N's NOOK Simple Touch | | | |
| 749 | B&N's NOOK Simple Touch with GlowLight | | | |
| 750 | B&N's NOOK GlowLight | | | |
| 751 | B&N's NOOK Color | | | |
| 752 | B&N's NOOK Tablet | | | |
| 753 | B&N's NOOK HD | | | |
| 754 | B&N's NOOK HD+ | | | |
| 762 | Nov. 19, 2013 Letter to Judge Rakoff from Colin Cabral; Defendant Ex. 167 | | 402; 403; 802 | |
| 768 | http://www.geek.com/gadgets/new-nook-touch-has-a-web-browser-1388607/ | | 402; 403; 802; 805; 901 | |
| 769 | http://www.ubergizmo.com/2013/11/nook-glowlight-has-a-hidden-browser | | 402; 403; 802; 805; 901 | |
| 770 | 2010-2011 U.S. Book Consumer Demographics & Buying Behaviors Annual Review | | 402; 403; 802; 805; 901 | |
| 772 | http://blog.laptopmag.com/barnes-noble-introduces-nook-color | | 402; 403; 802; 805; 901 | |
| 773 | http://blogs.barrons.com/techtraderdaily/2009/10/21/barnes-noble-unveils-nook-259-ebook-reader | | 402; 403; 802; 805; 901 | |
| 774 | http://blogs.wsj.com/digits/2009/11/13/a-later-ship-date-for-nook/ | | 402; 403; 802; 805; 901 | |
| 775 | http://consumerist.com/2011/05/25/barnes-noble-unveils-its-new-nook-e-reader/ | | 402; 403; 802; 805; 901 | |
| 776 | http://gizmodo.com/5420216/barnes--noble-nook-review-pretty-damn-good | | 402; 403; 802; 805; 901 | |
| 777 | http://goodreader.com/blog/e-reader/how-to-access-the-hidden-internet-browser-on-the-nook-simple-touch-with-glowlight | | 402; 403; 802; 805; 901 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 778 | http://heedmag.com/Online/2011/09/26/gadgets-news-bn-nook-1st-edition-wifi-now-89/# | | 402; 403; 802; 805; 901 | |
| 782 | http://latimesblogs.latimes.com/technology/2011/11/barnes-noble-drops-nook-simple-touch-ereader-to-99-dollars.html | | | |
| 783 | http://mashable.com/2012/12/08/barnes-and-noble-nook-hd-review/ | | 402; 403; 802; 805; 901 | |
| 784 | http://mobile.eweek.com/c/a/Mobile-and-Wireless/US-Tablet-Sales-to-Grow-200-Over-Next-Two-Years-Report-674562/ | | 402; 403; 802; 805; 901 | |
| 785 | http://news.cnet.com/8301-1035_3-57558710-94/rip-e-book-readers-rise-of-tablets-drives-e-reader-drop/ | | 402; 403; 802; 805; 901 | |
| 786 | http://news.cnet.com/8301-17938_105-20009738-1/kindle-vs-nook-vs-ipad-which-e-book-reader-should-you-buy/ | | 402; 403; 802; 805; 901 | |
| 787 | http://paidcontent.org/2011/09/14/419-new-stats-find-e-reader-use-up-167-e-readers-under-100-by-holidays/ | | 402; 403; 802; 805; 901 | |
| 790 | http://reviews.cnet.com/e-book-readers/barnes-noble-nook-3g/4505-3508_7-33786175.htm | | 402; 403; 802; 805; 901 | |
| 791 | http://reviews.cnet.com/nook-color-review | | 402; 403; 802; 805; 901 | |
| 792 | http://reviews.cnet.com/tablets/barnes-noble-nook-hd/4505-3126_7-35472167.html | | 402; 403; 802; 805; 901 | |
| 794 | http://support.mozilla.org/en-US/kb/how-make-firefox-and-websites-go-full-screen | | 402; 403; 802; 805; 901 | |
| 795 | http://techcrunch.com/2012/04/12/nook-simple-touch-with-glowlight/ | | 402; 403; 802; 805; 901 | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|---------------------------|-------------|---------------------|----------|
| 796 | http://techcrunch.com/2013/05/19/leaked-memo-shows-barnes-noble-bringing-web-browser-and-email-to-simple-touch-ereaders-in-june/ | | | |
| 797 | http://windows.microsoft.com/en-us/internet-explorer/ie-keyboard-shortcuts#ie=ie-11 | | 402; 403; 802; 805; 901 | |
| 799 | http://www.apple.com/apps/ibooks/ | | 402; 403; 802; 805; 901 | |
| 800 | http://www.barnesandnoble.com/p/nook-simple-touch-with-glowlight-barnes-noble/1108046469 | | 402; 403; 802; 901; not produced during discovery | |
| 801 | http://www.barnesandnoble.com/u/Compare-NOOKs/379003181/ | | 402; 403; 802; 901; not produced during discovery | |
| 802 | http://www.barnesandnoble.com/u/compare-nook-vs-kindle/379003172/ | | 402; 403; 802; 901; not produced during discovery | |
| 803 | http://www.barnesandnobleinc.com/press_releases/02_21_12_elation_release.html | | 402; 403; 802; 901; not produced during discovery | |
| 804 | http://www.barnesandnobleinc.com/press_releases/04_24_12_nstwgl_now_available_release.html | | 402; 403; 802; 901; not produced during discovery | |
| 805 | http://www.barnesandnobleinc.com/press_releases/08_13_12_bn_in_the_news.html | | 402; 403; 802; 901; not produced during discovery | |
| 806 | http://www.barnesandnobleinc.com/press_releases/10_30_12_nook_availability_release.html | | 402; 403; 802; 901; not produced during discovery | |

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|---------------------------|-------------|---------------------|----------|
| 807 | http://www.barnesandnobleinc.com/press_release s/10_30_13_new_nook_glowlight.html | | 402; 403; 802; 901; not produced during discovery | |
| 808 | http://www.barnesandnobleinc.com/press_release s/11_3_12_nook_price_drop.html | | 402; 403; 802; 901; not produced during discovery | |
| 809 | http://www.barnesandnobleinc.com/press_release s/2011_11_16_nook_tablet_availability.html | | 402; 403; 802; 901; not produced during discovery | |
| 810 | http://www.barnesandnobleinc.com/press_release s/2011_may_24_all-new_nook_press_release.html | | 402; 403; 802; 901; not produced during discovery | |
| 811 | http://www.barnesandnobleinc.com/press_release s/4_12_12_nook_simple_touch_with_glowlight.ht ml | | 402; 403; 802; 901; not produced during discovery | |
| 812 | http://www.barnesandnobleinc.com/press_release s/6_17_13_extended_fathers_day_offer_release.h tml | | 402; 403; 802; 901; not produced during discovery | |
| 813 | http://www.barnesandnobleinc.com/press_release s/6_25_13_2013_FYE_financial_results.html | | 402; 403; 802; 901; not produced during discovery | |
| 814 | http://www.barnesandnobleinc.com/press_release s/6_9_13_nook_fathers_day_promo.html | | 402; 403; 802; 901; not produced during discovery | |
| 815 | http://www.barnesandnobleinc.com/press_release s/8_18_13_nstgl_price_drop.html | | 402; 403; 802; 901; not produced during discovery | |
| 816 | http://www.barnesandnobleinc.com/press_release s/8_20_13_2014_1Q_results.html | | 402; 403; 802; 901; not produced during discovery | |

22

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---|---|---|---|---|
| 817 | http://www.barnesandnobleinc.com/press_release s/9_26_12_nook_hd_us.html | | 402; 403; 802; 901; not produced during discovery | |
| 818 | http://www.barnesandnobleinc.com/press_release s/9_30_12_nstgl_price_drop.html | | 402; 403; 802; 901; not produced during discovery | |
| 819 | http://www.bloomberg.com/article/2012-06-14/abvKlyk1zbB8.html | | 402; 403; 802; 805; 901 | |
| 820 | http://www.boston.com/business/technology/arti cles/2011/05/25/barnes__noble_simplifies_the_n ook/ | | 402; 403; 802; 805; 901 | |
| 826 | http://www.digitaltrends.com/gadgets/barnes-noble-debuts-nook-simple-touch-ereader/ | | 402; 403; 802; 805; 901 | |
| 827 | http://www.engadget.com/2012/04/24/nook-simple-touch-with-glowlight-review/ | | 402; 403; 802; 805; 901 | |
| 846 | http://www.techradar.com/us/news/mobile-computing/tablets/budget-tablets-killing-off-e-readers-1118882 | | 402; 403; 802; 805; 901 | |
| 853 | R. Troxel and W. Kerr, "Assets and Finances: Calculating Intellectual Property Damages", 2013 Edition, | | 402; 403; 802 | |
| 864 | 2010-05-01 Barnes & Noble, Inc. Form 10-K Annual Report | | 402; 403; 802 | |
| 865 | Introduction to Adrea | ADREA0010542-ADREA0010545 | 402; 403 | |
| 866 | 2009 Discovery Communication Form 10-K | | 402; 403; 802 | |
| 868 | 2011 Amazon.com Form 10-K | | 402; 403; 802 | |
| 869 | B&N 2015 10K with Exhibit F-1 | | 402; 403; 802 | |

23

Exhibit C
Defendants' Exhibit List (with Plaintiff's Objections)

| Ex. No. | Trial Exhibit Description | Bates Range | Plaintiff Objection | Admitted |
|---------|--------------------------|-------------|---------------------|----------|
| 870 | November 18, 2011 Email chain re: PC World Comparison; SJ Merc Review | BN-ADREA024473-BN-ADREA024484 | 402; 403; 802 | |
| 871 | https://www.internetretailer.com/2015/09/09/bar nes-nobles-digital-content-sales-continue-decline | | 402; 403; 802; 805; 901 | |
| 872 | Dec. 16, 2011 email from G. DeFelice to S. Ambwani re: Adrea; Deposition Exhibit 53 | | 402; 403; 802 | |
| 873 | Jan. 28, 2010 email from R. Peters to J. Rosenstock re: Philips-Discovery Intro; Deposition Exhibit 15 | DISDE0000406822 - DISDE0000406824 | 402; 403; 802 | |
| 874 | Nook at a Glance | BN-ADREA033815, BN-ADREA033824* (just cover and page admitted at previous | 106 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |