FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADREA, LLC,

    Plaintiff,

- against -

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, and
NOOK MEDIA LLC,

    Defendants.

---

ECF Case

13-CV-4137 (JSR)

 

**MEMORANDUM OF LAW IN SUPPORT
OF DEFENDANTS' MOTION TO EXCLUDE THE
TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT
DAVID YURKERWICH AND MOTIONS *IN LIMINE* TO
EXCLUDE PREJUDICIAL TESTIMONY AND EVIDENCE**