Exhibit L

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 13-cv-4137 (JSR) |
| BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, and NOOK MEDIA LLC, | |
| *Defendants*. | |

### PLAINTIFF'S PRETRIAL DISCLOSURES

Plaintiff ADREA, LLC ("ADREA") provides the following pretrial disclosures under Federal Rule of Civil Procedure 26(a)(3) and the Court's Individual Rules of Practice. These disclosures are made without waiver of any rights. ADREA expressly reserves the right to modify or amend these disclosures until the final deadlines set forth in the Court's Individual Rules of Practice.

**I.     WITNESSES**

ADREA expects to present the following witnesses at trial either through live testimony or designated deposition testimony:

1.     Talal Shamoon (may call)

2.     Yevgeniy Eugene Shteyn (will call)

3.     David Yurkerwich (will call)

1

## II.     DEPOSITION DESIGNATIONS

ADREA designates the following portions of deposition transcripts that may be entered into evidence:

### A.     Defendants' Rule 30(b)(6) testimony (Jim Hilt - 09/26/2013)

| ADREA'S INITIAL DEPOSITION DESIGNATIONS | B&N'S OBJECTIONS | B&N'S COUNTER DESIGNATIONS | ADREA's OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| 6:18-24 | | | |
| 7:23-8:11 | | | |
| 25:10-17 | | | |
| 26:4-20 | | | |
| 28:2-4 | | | |
| 37:2-11 | | | |
| 57:23-58:21 | | | |
| 60:3-7 | | | |
| 60:20-62:17 | | | |
| 62:25-63:13 | | | |
| 65:24-67:21 | | | |
| 70:8-17 | | | |
| 71:8-22 | | | |
| 98:10-21 | | | |
| 121:9-122:5 | | | |
| 126:21-128:13 | | | |

**B.**    **Defendants' Rule 30(b)(6) testimony (Deepak Mulchandani - 10/14/2013)**

| ADREA'S INITIAL DEPOSITION DESIGNATIONS | B&N'S OBJECTIONS | B&N'S COUNTER DESIGNATIONS | ADREA's OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| 7:17-8:3 | | | |
| 14:6-21 | | | |
| 24:8-13 | | | |
| 28:24-29:8 | | | |
| 133:4-20 | | | |
| 135:25-136:4 | | | |
| 136:12-137:3 | | | |
| 141:20-143:19 | | | |
| 155:24-156:3 | | | |
| 156:24-157:9 | | | |
| 158:14-19 | | | |
| 159:14-160:13 | | | |
| 160:17-25 | | | |
| 161:12-163:5 | | | |
| 163:23-164:23 | | | |
| 171:5-19 | | | |
| 174:19-175:13 | | | |
| 177:7-178:10 | | | |
| 181:11-182:4 | | | |

| ADREA'S INITIAL DEPOSITION DESIGNATIONS | B&N'S OBJECTIONS | B&N'S COUNTER DESIGNATIONS | ADREA's OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| 184:7-185:3 | | | |
| 186:12-187:6 | | | |
| 188:15-189:4 | | | |
| 189:11-22 | | | |
| 191:4-192:19 | | | |
| 192:24-193:20 | | | |
| 194:21-196:2 | | | |

C.      Defendants' Rule 30(b)(6) testimony (Richard Nagle - 10/25/2013)

| ADREA'S INITIAL DEPOSITION DESIGNATIONS | B&N'S OBJECTIONS | B&N'S COUNTER DESIGNATIONS | ADREA's OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| 14:9-15:14 | | | |
| 16:6-17 | | | |
| 144:18-146:21 | | | |
| 179:11-180:25 | | | |
| 181:18-22 | | | |
| 185:17-186:14 | | | |

D.     Eugene Shteyn (10/08/2013)

| ADREA'S INITIAL DEPOSITION DESIGNATIONS | B&N'S OBJECTIONS | B&N'S COUNTER DESIGNATIONS | ADREA's OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| 9:18-10:2 | | | |
| 10:6-8 | | | |
| 16:18-20 | | | |
| 17:10-25 | | | |
| 19:22-20:10 | | | |
| 38:2-39:10 | | | |
| 43:16-45:3 | | | |
| 53:13-55:3 | | | |
| 62:8-63:22 | | | |
| 70:22-72:1 | | | |
| 74:2-10 | | | |
| 74:20-75:12 | | | |
| 75:20-77:1 | | | |
| 80:6-81:20 | | | |
| 82:11-83:4 | | | |
| 107:9-22 | | | |
| 108:13-23 | | | |
| 110:14-25 | | | |

E.    Talal Shamoon (10/22/2013)

| ADREA'S INITIAL DEPOSITION DESIGNATIONS | B&N'S OBJECTIONS | B&N'S COUNTER DESIGNATIONS | ADREA's OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| 7:3-13 | | | |
| 17:7-15 | | | |
| 19:16-20:3 | | | |
| 29:18-25 | | | |
| 40:2-44:7 | | | |
| 77:20-24 | | | |
| 78:1 | | | |
| 101:2-3 | | | |
| 101:9-102:16 | | | |
| 104:15-105:2 | | | |
| 137:3-6 | | | |
| 137:20-138:4 | | | |
| 147:21-23 | | | |
| 148:7-10 | | | |
| 148:13-17 | | | |
| 187:7-10 | | | |
| 187:13-188:2 | | | |
| 206:8-20 | | | |

## III.    TRIAL EXHIBITS

ADREA's initial exhibit list is attached as Exhibit A.


Dated: June 1, 2016

/s/ *Colin G. Cabral*

Steven M. Bauer
Brendan S. Cox (*pro hac vice*)
Micah Miller (*pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
(617) 526-9600 (telephone)
(617) 526-9800 (facsimile)
sbauer@proskauer.com
kmottley@proskauer.com
bcox@proskauer.com
mmiller@proskauer.com

Colin Cabral
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
(310) 284-5611 (telephone)
(310) 557-2193 (facsimile)
ccabral@proskauer.com

Kenneth Rubenstein
Baldassare Vinti
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000 (telephone)
(212) 969-2900 (facsimile)
krubenstein@proskauer.com
bvinti@proskauer.com

*Attorneys for Plaintiff ADREA, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 1, 2016, I caused a copy of the foregoing document to be served upon counsel of record for Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC by electronic mail.

Louis S. Ederer
Susan Lee Shin
Maxwell Charles Preston
Julie Simeone
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
maxwell.preston@aporter.com
julie.simeone@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc.,*
*barnesandnoble.com llc, and Nook Media LLC*

/s/ *Colin G. Cabral*

# EXHIBIT A

| EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED | | |
|---|---|---|---|---|---|---|---|
| JTX-003 | | ADREA0059578 | Certified U.S. Patent No. 7,620,703 | | | | |
| JTX-006 | | ADREA0059069 | Certified File History of U.S. Patent No. 7,620,703 | | | | |
| JTX-007 | | ADREA0019564 | 2010-08-24 Philips Patent Purchase Agreement | | | | |
| JTX-009 | Shamoon 19 | ADREA0019612 | 2010-08-25 Formation and Framework Agreement among Discovery Communications, Inc., Intertrust Technologies Corporation, Koninklijke Philips Electronics N.V., Sony Corporation of America and Adrea, LLC | | | | |
| JTX-010 | Shamoon 20 | ADREA0019350 | 2010-08-25 Amended and Restated Limited Liability Company Operating Agreement of Adrea, LLC | | | | |
| JTX-011 | Shamoon 21 | ADREA0019760 | Service Agreement between Adrea and Intertrust, effective 2010-08-25 | | | | |
| JTX-012 | Mulchandani 36 | BN-ADREA001928 | 2012-10-21 Adobe Content Server 4 Quick Start Guide | | | | |
| JTX-013 | Mulchandani 37 | BN-ADREA001952 | 2010-11-18 Adobe Content Server 4 Release Notes Version 4.1 | | | | |
| JTX-014 | Mulchandani 38 | BN-ADREA001954 | 2010-11-18 Adobe Content Server 4 Technical Reference Manual | | | | |
| JTX-015 | Mulchandani 39 | BN-ADREA002016 | 2010-11-18 Adobe Content Server 4 User Manual | | | | |
| JTX-016 | Narain 57 | BN-ADREA045135 | 2009-03-12 Adobe Reader Mobile 9 SDK User Manual | | | | |
| JTX-020 | | BN-ADREA048105 | Summary Sales Data | | | | |
| JTX-024 | Nagle 3 | BN-ADREA021246 | Chart of Net Device Unit Sales | | | | |
| JTX-025 | Nagle 4 | BN-ADREA021262 | Chart of Net Device Unit Sales | | | | |
| JTX-026 | Nagle 6 | BN-ADREA014488 | Components Cost Chart | | | | |
| JTX-027 | Nagle 7 | BN-ADREA009391 | 2012 Barnes & Noble Inc. Form 10-K | | | | |
| JTX-029 | | BN-ADREA048045 | Summary Sales Data | | | | |
| JTX-031 | Barnes 7 | ADREA0111213 | Preliminary Patent License Term Sheet between Barnes & Noble and Adrea | | | | |
| JTX-032 | Barnes 16 | ADREA0007435 | 2011-11-10 Patent License and Settlement Agreement | | | | |
| JTX-033 | Barnes 17 | ADREA0007485 | 2010-08-24 Patent Cross-License Agreement Among Discovery Communications and Sony Corp. | | | | |
| JTX-034 | | n/a | B&N Unit Sales | | | | |
| DTX-069 | | ADREA0016930 | Preliminary Settlement and Partnership Proposal Between Amazon and Adrea | | | | |
| PTX-014 | | PHILIPS0001055 | Assignment for Application No. 09-635549 ('703 Patent) | | | | |

PLAINTIFF'S INITIAL EXHIBIT LIST [2016-06-01 EXCHANGE]

| EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED | | |
|---------|--------------------|----------------|-------------|-----------|----------|--|--|
| PTX-017 | | PHILIPS0000068 | 2010-08-25 Amended Operating Agreement of Adrea LLC | | | | |
| PTX-019 | | BN-ADREA001654 | Nook Classic User Guide v 1.5 | | | | |
| PTX-021 | Mulchandani 22 | BN-ADREA000464 | NOOK Color User Guide | | | | |
| PTX-024 | Mulchandani 24 | BN-ADREA000786 | NOOK Tablet User Guide | | | | |
| PTX-026 | Mulchandani 26 | BN-ADREA000276 | NOOK Simple Touch User Guide | | | | |
| PTX-028 | | BN-ADREA046119 | Nook Simple Touch with Glowlight User Guide | | | | |
| PTX-029 | Mulchandani 28 | BN-ADREA002394 | NOOK HD User Guide | | | | |
| PTX-031 | Mulchandani 30 | BN-ADREA002833 | NOOK HD+ User Guide | | | | |
| PTX-033 | | BN-ADREA045973 | Nook GlowLight User Guide | | | | |
| PTX-034 | Narain 46 | n/a | NOOK Quick Start Guide | | | | |
| PTX-035 | Narain 47 | n/a | NOOK Color Quick Guide | | | | |
| PTX-036 | Narain 48 | n/a | NOOK Tablet Quick User Guide | | | | |
| PTX-037 | Narain 49 | n/a | NOOK Quick Start Guide for the Simple Touch GlowLight | | | | |
| PTX-038 | Narain 50 | n/a | NOOK Quick Start Guide for Simple Touch | | | | |
| PTX-039 | Narain 51 | n/a | Quick Start Guide for NOOK HD | | | | |
| PTX-040 | Narain 52 | n/a | Quick Start Guide for NOOK HD+ | | | | |
| PTX-041 | Narain 53 | n/a | Quick Guide NOOK GlowLight | | | | |
| PTX-042 | Narain 56 | BN-ADREA002154 | Functional Requirements Document for BRAVO v. 1.0 | | | | |
| PTX-043 | | BN-ADREA029897 | 2010-03-04 Encore PRD V. 0.5 | | | | |
| PTX-044 | | BN-ADREA028208 | 2010-03-16 Encore PRD V. 0.6 | | | | |
| PTX-045 | Narain 59 | BN-ADREA018389 | 2013-09-05 Encore PRD V. 0.7 | | | | |
| PTX-046 | Narain 61 | BN-ADREA031287 | Encore - Core Applications Slides | | | | |
| PTX-121 | Barnes 9; Hilt 3 | BN-ADREA024179 | 2012 Welcome to Barnes & Noble Annual Stockholder's Meeting | | | | |
| PTX-122 | Hilt 4 | BN-ADREA015234 | Barnes & Noble NOOK Slides | | | | |
| PTX-124 | Hilt 6 | BN-ADREA014746 | 2011 NOOK Segments June 2011 Slides | | | | |
| PTX-125 | Hilt 7 | BN-ADREA019157 | 2011 Oct. NOOK Brand Guidelines | | | | |
| PTX-132 | Narain 60 | BN-ADREA028854 | Document Entitled "Market Requirement Document for Encore" | | | | |
| PTX-135 | Nagle 5 | BN-ADREA034708 | Purchaser Demographics Charts | | | | |
| PTX-138 | Nagle 8 | BN-ADREA038747 | 2009-2011 US Only Gross Profits | | | | |
| PTX-139 | Nagle 9 | BN-ADREA038752 | 2009-2013 Revenues Chart | | | | |

PLAINTIFF'S INITIAL EXHIBIT LIST [2016-06-01 EXCHANGE]

| EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED | | |
|---|---|---|---|---|---|---|---|
| PTX-140 | Nagle 10 | BN-ADREA033909 | 2010-04-20 Barnes & Noble Executive Sales and Operation Planning Meeting Slides | | | | |
| PTX-141 | Nagle 11 | BN-ADREA037295 | 2012-02 Barnes & Noble Executive Sales and Operations Planning Meeting Slides | | | | |
| PTX-142 | Nagle 12 | BN-ADREA027371 | 2011-07-27 Adobe Letter to Barnes & Noble, Inc re Amendement No. 1 to Strategic DRM Agreement | | | | |
| PTX-143 | Nagle 13 | BN-ADREA027373 | 2011-08-30 Amendment Two to Software License and Support Agreement | | | | |
| PTX-144 | Nagle 14 | BN-ADREA027375 | 2009-10-20 Adobe Letter to Barnes & Noble, Inc. re Strategic DRM Agreement | | | | |
| PTX-145 | Nagle 15 | BN-ADREA027421 | 2009-09-22 Software License and Support Agreement | | | | |
| PTX-148 | Nagle 18 | BN-ADREA027368 | Chart of Royalty Payments | | | | |
| PTX-149 | Nagle 19 | BN-ADREA038952 | Chart of Settlement Payment Terms | | | | |
| PTX-150 | Nagle 20 | BN-ADREA029864 | 2011-02-02 R. Gopalakrishnan Email Forwarding Digital News | | | | |
| PTX-152 | | BN-ADREA046670 | Royalty Payment Schedule | | | | |
| PTX-153 | | BN-ADREA047195 | 2013-10-14 Nook, "Client Metrics" | | | | |
| PTX-154 | | ADREA0149001 | 2009-12-03 Sarah Rotman Epps, The Battle for the eBook Consumer | | | | |
| PTX-159 | | ADREA0149013 | 2009-10-07 Sarah Rotman Epps, "Forrester's eReader Holiday Outlook 2009: Sales Will exceed Forrester's Earlier Projections" | | | | |
| PTX-160 | | ADREA0149020 | VSS "Communications Industry Forecast 2010-2014" | | | | |
| PTX-161 | | ADREA0149041 | VSS "Communications Industry Forecast 2009-2013" | | | | |
| PTX-162 | | ADREA0149062 | "The Battle for the eBook Consumer" Wal-Mart and Target Could Make a Bigger Play for the eBook Consumer, December 2009 | | | | |
| PTX-163 | | ADREA0149063 | Sarah Rotman Epps "The Battle for the eBook Consumer" Figure 3: Wal-Mart and Target Could Make a Bigger Play for the eBook Consumer, December 2009 | | | | |
| PTX-166 | Barnes 4 | ADREA0141110 | 2009-11-11 eBook Market Venture | | | | |
| PTX-167 | Barnes 6 | ADREA0099176 | 2008-08-29 Market Analysis Report | | | | |
| PTX-170 | Barnes 5 | ADREA0098065 | Ocean Tomo: E-Book Market Research, March 2007 | | | | |
| PTX-171 | | ADREA0098047 | Ocean Tomo: E-Book Market Research, May 2008 | | | | |

PLAINTIFF'S INITIAL EXHIBIT LIST [2016-06-01 EXCHANGE]

| EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED | | |
|---|---|---|---|---|---|---|---|
| PTX-172 | Barnes 8 | ADREA0149064 | 2010-04-26 "Nook outnumbers Kindle in March, says Digitimes Research" | | | | |
| PTX-179 | | BN-ADREA023295 | 2012-06-01 Email from Zolna to Hilt re April + May Consumer Insights Update | | | | |
| PTX-180 | | BN-ADREA029517 | 2010-01-11 "Barnes & Noble nook Named Best Gadget of 2009 in Crunchies Awards" | | | | |
| PTX-182 | | BN-ADREA029988 | 2012-01-05 Email from Keating to Mulchandani re Important Memo from William Lynch Regarding Holiday Results | | | | |
| PTX-183 | | BN-ADREA033815 | Nook at a Glance | | | | |
| PTX-184 | | BN-ADREA038295 | Growth in e-reader and tablet ownership among U.S. adults | | | | |
| PTX-186 | | BN-ADREA031790 | 2011-05-05 Email from Kung to Golpalakrishnan re The E-Book Effect: Barnes & Noble Worth Over $1 Billion | | | | |
| PTX-198 | | n/a | 2013-09-13 Defendants' Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | | | | |
| PTX-199 | | n/a | 2013-09-13 Defendants' Supplemental Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | | | | |
| PTX-200 | | n/a | 2013-09-30 Defendants' Second Supplemental Responses and Objections to Plaintiff Adrea, LLC's First Set of Interrogatories | | | | |
| PTX-201 | | n/a | 2013-11-20 Defendants' Responses and Objections to Plaintiff Adrea, LLC First Set of Requests for Admissions | | | | |
| PTX-204 | | n/a | NOOK 1st Edition (physical) | | | | |
| PTX-205 | | n/a | NOOK Color (physical) | | | | |
| PTX-206 | | n/a | NOOK Tablet (physical) | | | | |
| PTX-208 | | n/a | NOOK Simple Touch Glowlight (physical) | | | | |
| PTX-209 | | n/a | NOOK HD (physical) | | | | |
| PTX-210 | | n/a | NOOK HD+ (physical) | | | | |
| PTX-211 | | n/a | NOOK Glowlight (physical) | | | | |
| PTX-225 | | ADREA0119182 | WW Kindle Actual and Projected Sale Information (2011) | | | | |
| PTX-226 | | ADREA0119159 | WW Kindle Actual and Projected Sale Information (2008-2010) | | | | |
| PTX-227 | | ADREA0015271 | License Agreement | | | | |
| PTX-228 | | ADREA0016925 | 2010-10-21 Email from McDow to Hayden re next steps - Subject to FRE 408 | | | | |

PLAINTIFF'S INITIAL EXHIBIT LIST [2016-06-01 EXCHANGE]

| EX. NO. | DEPOSITION EXHIBIT | BEG. BATES NO. | DESCRIPTION | OBJECTION | ADMITTED | | |
|---|---|---|---|---|---|---|---|
| PTX-229 | | ADREA0111177 | 2013-10-24 Letter MacArthur to McDow re Exercise of Option to License, Discovery/Adrea/Amazon 2011 Agreement | | | | |
| PTX-230 | | BN-ADREA002258 | Product Requirements for Gossamer Rev 1.5 | | | | |
| PTX-231 | | BN-ADREA015786 | Nook Tablet Launch Q&A | | | | |
| PTX-232 | | BN-ADREA037549 | Acclaim Launch | | | | |
| PTX-233 | | | 2002-03-31 E-Centives, Inc. Form 10-Q | | | | |
| PTX-234 | | | 2012-07-31 License Agreement between MacroSolve, Inc. and Decision Point Systems, Inc. | | | | |
| PTX-235 | | | 2011-03-02 License Agreement between Huhem and One Step Millionaire, LLC and Ethos Environmental, Inc. | | | | |
| PTX-236 | | | 2013-07-25 Blue Calypso Form 8-K Exhibit 99.1 | | | | |
| PTX-237 | | | 2014-02-25 Moxian Form 8-K Exhibit 10.1 | | | | |
| PTX-238 | | | 1998-07-23 Capita Research Group Form 10-SB-A Exhibit 10 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |