# Exhibit M

## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER