# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, and NOOK MEDIA LLC, <br><br> *Defendants*. | Civil Action No. 13-cv-4137 (JSR) |

## NOTICE OF PLAINTIFF'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that pursuant to Rule 9 of the Individual Rules of Practice of the Honorable Jed. S. Rakoff, Plaintiff, Adrea, LLC ("Adrea") moves this Court for an order precluding Barnes & Noble, Inc., barnesandnoble.com LLC, and Nook Media LLC (collectively, "Defendants") from introducing certain evidence and argument at trial.

In support of these motions *in limine*, Adrea relies upon this Notice of Motion, its Memorandum of Law in Support of Plaintiff's Motions *in Limine*, the Declaration of Colin Cabral and exhibits attached thereto, all prior pleadings on file in this action, any matter judicially noticeable, and all other documents and matters as may be presented to the Court.

A copy of this motion was served on all parties on June 8, 2016. Pursuant to the case schedule, Defendants' opposition, if any, is due no later than Monday, June 15, 2016.

Dated:  June 8, 2016			Respectfully submitted,


			*/s/ Colin Cabral*
			Steven M. Bauer
			Brendan Cox (*pro hac vice*)
			PROSKAUER ROSE LLP
			One International Place
			Boston, Massachusetts 02110
			(617) 526-9600 (telephone)
			(617) 526-9800 (facsimile)
			sbauer@proskauer.com
			bcox@proskauer.com

			Colin Cabral
			PROSKAUER ROSE LLP
			2049 Century Park East, Suite 3200
			Los Angeles, CA 90067
			(310) 284-5611 (telephone)
			(310) 557-2193 (facsimile)
			ccabral@proskauer.com

			*Attorneys for Plaintiff ADREA, LLC*

**CERTIFICATE OF SERVICE**

      I certify that on June 8, 2016, I caused a copy of the foregoing document to be served upon counsel of record for Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC by electronic mail.

Louis S. Ederer
Susan Lee Shin
Maxwell Charles Preston
Julie Simeone
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
maxwell.preston@aporter.com
julie.simeone@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC*

                                            /s/ *Colin Cabral*