IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br> *Plaintiff,*<br><br>v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and<br>NOOK MEDIA LLC,<br><br> *Defendants*. | Civil Action No. 13-cv-4137 (JSR)<br><br>**FILED UNDER SEAL** |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT AND
MOTIONS *IN LIMINE* TO EXCLUDE PREJUDICIAL
TESTIMONY AND EVIDENCE**