# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, and NOOK MEDIA LLC,<br><br>    *Defendants*. | Civil Action No. 13-cv-4137 (JSR) |

## DECLARATION OF COLIN CABRAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT AND MOTIONS *IN LIMINE* TO EXCLUDE PREJUDICIAL TESTIMONY AND EVIDENCE

I, Colin Cabral, declare as follows:

1. I am an attorney at Proskauer Rose LLP, counsel for Plaintiff ADREA, LLC. I submit this declaration to place before the Court documents in support of Plaintiff's Opposition to the Defendants' Motion to Exclude Testimony and Motions *In Limine*.

2. Exhibit F is a true and correct copy of excerpts from the transcript of the Deposition of Ned S. Barnes on May 12, 2016 [FILED UNDER SEAL];

3. Exhibit G is a true and correct copy of the Expert Report of David Yurkerwich, dated April 8, 2016 [FILED UNDER SEAL]; and

4. Exhibit H is a true and correct copy of excerpts from the transcript of the Deposition of David Yurkerwich on May 10, 2016 [FILED UNDER SEAL].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2016.

                                                              /s/ Colin Cabral
                                                              Colin Cabral

## **CERTIFICATE OF SERVICE**

       I certify that on June 16, 2016, I caused a copy of the foregoing document to be served upon counsel of record for Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC by electronic mail.

Louis S. Ederer
Susan Lee Shin
Maxwell Charles Preston
Julie Simeone
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
louis.ederer@aporter.com
susan.shin@aporter.com
maxwell.preston@aporter.com
julie.simeone@aporter.com

*Attorneys for Defendants Barnes & Noble, Inc., barnesandnoble.com llc, and Nook Media LLC*

                                                /s/ *Colin Cabral*