# EXHIBIT A

# SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

INVOICE NO.      0396900-IN
INVOICE DATE     10/14/2014

CUSTOMER NO.     1006462

Proskauer Rose LLP
One International Place
Boston, MA  02110

WORK ORDER NO.   149611

SALESPERSON      Siwik, Christine

Attention: Heidi Schneider

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/7/2014 | Original | 158 | PGES | At | 4.590 | 725.22 |
| 10/7/2014 | Diskette | 158 | PGES | At | 1.200 | 189.60 |
| 10/7/2014 | Minuscript | 158 | PGES | At | 0.900 | 142.20 |
| 10/7/2014 | Real Time Unedited Trans | 316 | PGES | At | 2.100 | 663.60 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

Net Invoice:    1,720.62
Less Discount:      0.00
Freight:            0.00
Sales Tax:          0.00
Invoice Total:  1,720.62

## SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0396902-IN |
| INVOICE DATE | 10/14/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149612 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/8/2014 | Original | 121 | PGES | At | 4.590 | 555.39 |
| 10/8/2014 | Diskette | 121 | PGES | At | 1.200 | 145.20 |
| 10/8/2014 | Minuscript | 121 | PGES | At | 0.900 | 108.90 |
| 10/8/2014 | Real Time Unedited Trans | 242 | PGES | At | 2.100 | 508.20 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,317.69 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,317.69 |

# SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | | | | | | |
|---|---|---|---|---|---|---|
| INVOICE NO. | | | 0396904-IN | | | |
| INVOICE DATE | | | 10/14/2014 | | | |
| CUSTOMER NO. | | | 1006462 | | | |
| WORK ORDER NO. | | | 149636 | | | |
| SALESPERSON | | | Siwik, Christine | | | |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/10/2014 | Original | 128 | PGES | At | 4.590 | 587.52 |
| 10/10/2014 | Diskette | 128 | PGES | At | 1.200 | 153.60 |
| 10/10/2014 | Minuscript | 128 | PGES | At | 0.900 | 115.20 |
| 10/10/2014 | Real Time Unedited Trans | 256 | PGES | At | 2.100 | 537.60 |





CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---:|
| Net Invoice: | 1,393.92 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,393.92** |

# SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA  02110

Attention: Heidi Schneider

| | | | | | | |
|---|---|---|---|---|---|---|
| INVOICE NO. | | | 0397225-IN | | | |
| INVOICE DATE | | | 10/21/2014 | | | |
| CUSTOMER NO. | | | 1006462 | | | |
| WORK ORDER NO. | | | 149842 | | | |
| SALESPERSON | | | Siwik, Christine | | | |

| Job Date | ADREA, LLC V BARNES & NOBLE<br>CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/14/2014 | Original | 94 | PGES | At | 4.590 | 431.46 |
| 10/14/2014 | Diskette | 94 | PGES | At | 1.200 | 112.80 |
| 10/14/2014 | Minuscript | 94 | PGES | At | 0.900 | 84.60 |
| 10/14/2014 | Real Time Unedited Trans | 188 | PGES | At | 2.100 | 394.80 |




PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---:|
| Net Invoice: | 1,023.66 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,023.66 |

# SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

INVOICE NO. 0397227-IN
INVOICE DATE 10/21/2014

CUSTOMER NO. 1006462
WORK ORDER NO. 149847
SALESPERSON Siwik, Christine

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | ADREA, LLC V BARNES & NOBLE | | | | | |
| | CASE NO. 13CV04137 | | | | | |
| 10/15/2014 | Original | 170 | PGES | At | 4.590 | 780.30 |
| 10/15/2014 | Diskette | 170 | PGES | At | 1.200 | 204.00 |
| 10/15/2014 | Minuscript | 170 | PGES | At | 0.900 | 153.00 |
| 10/15/2014 | Real Time Unedited Trans | 340 | PGES | At | 2.100 | 714.00 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---:|
| Net Invoice: | 1,851.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **1,851.30** |

# SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0397229-IN |
| INVOICE DATE | 10/21/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149848 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2014 | Original | 154 | PGES | At | 4.590 | 706.86 |
| 10/16/2014 | Diskette | 154 | PGES | At | 1.200 | 184.80 |
| 10/16/2014 | Minuscript | 154 | PGES | At | 0.900 | 138.60 |
| 10/16/2014 | Real Time Unedited Trans | 308 | PGES | At | 2.100 | 646.80 |

CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,677.06 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **1,677.06** |

# SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | | | | | | |
|---|---|---|---|---|---|---|
| INVOICE NO. | 0397232-IN | | | | | |
| INVOICE DATE | 10/21/2014 | | | | | |
| CUSTOMER NO. | 1006462 | | | | | |
| WORK ORDER NO. | 149849 | | | | | |
| SALESPERSON | Siwik, Christine | | | | | |

| Job Date | ADREA, LLC V BARNES & NOBLE<br>CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2014 | Original | 131 | PGES | At | 4.590 | 601.29 |
| 10/17/2014 | Diskette | 131 | PGES | At | 1.200 | 157.20 |
| 10/17/2014 | Minuscript | 131 | PGES | At | 0.900 | 117.90 |
| 10/17/2014 | Real Time Unedited Trans | 262 | PGES | At | 2.100 | 550.20 |

CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---:|
| Net Invoice: | 1,426.59 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,426.59** |

# SOUTHERN DISTRICT REPORTERS P.C.  INVOICE

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0402362-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150098 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

---

Job Date     ADREA, LLC V BARNES & NOBLE
CASE NO. 13CV04137

| Date | Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/2014 | Original | 229 | PGES | At | 4.590 | 1,051.11 |
| 10/20/2014 | Diskette | 229 | PGES | At | 1.200 | 274.80 |
| 10/20/2014 | Minuscript | 229 | PGES | At | 0.900 | 206.10 |
| 10/20/2014 | Real Time Unedited Trans | 458 | PGES | At | 2.100 | 961.80 |

```
            5590107
      SOUTHERN DISTRICT REPO
        500 PEARL ST RM 330
         NEW YORK, NY 10007
           (212)805-0323

   Term ID: 001        Ref #: 012

                Sale

   XXXXXXXXXXXX2013
   AMEX            Entry Method: Manual

   10/28/14                    14:34:37
   Inv #: 000012   Appr Code: 249295
   Apprvd: Online  Batch#: 000312
   AVS Code: Z
   V-Code: Y

   Total:       $    6,435.99

          Customer Copy
           THANK YOU*
```

CK. NO. _____
DATE _____

PAYMENT IS        ICE

| | |
|---|---|
| Net Invoice: | 2,493.81 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,493.81** |

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

INVOICE NO. 0402364-IN
INVOICE DATE 10/28/2014

CUSTOMER NO. 1006462
WORK ORDER NO. 150099
SALESPERSON Siwik, Christine

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | ADREA, LLC V BARNES & NOBLE | | | | | |
| | CASE NO. 13CV04137 | | | | | |
| 10/21/2014 | Original | 205 | PGES | At | 4.590 | 940.95 |
| 10/21/2014 | Diskette | 205 | PGES | At | 1.200 | 246.00 |
| 10/21/2014 | Minuscript | 205 | PGES | At | 0.900 | 184.50 |
| 10/21/2014 | Real Time Unedited Trans | 410 | PGES | At | 2.100 | 861.00 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

Net Invoice: 2,232.45
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
Invoice Total: **2,232.45**

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | | | | | | |
|---|---|---|---|---|---|---|
| INVOICE NO. | 0402366-IN | | | | | |
| INVOICE DATE | 10/28/2014 | | | | | |
| CUSTOMER NO. | 1006462 | | | | | |
| WORK ORDER NO. | 150100 | | | | | |
| SALESPERSON | Siwik, Christine | | | | | |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/22/2014 | Original | 130 | PGES | At | 4.590 | 596.70 |
| 10/22/2014 | Diskette | 130 | PGES | At | 1.200 | 156.00 |
| 10/22/2014 | Minuscript | 130 | PGES | At | 0.900 | 117.00 |
| 10/22/2014 | Real Time Unedited Trans | 260 | PGES | At | 2.100 | 546.00 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---:|
| Net Invoice: | 1,415.70 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,415.70** |

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | | |
|---|---|---|
| INVOICE NO. | 0402368-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150101 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/23/2014 | Original | 9 | PGES | At | 4.590 | 41.31 |
| 10/23/2014 | Diskette | 9 | PGES | At | 1.200 | 10.80 |
| 10/23/2014 | Minuscript | 9 | PGES | At | 0.900 | 8.10 |
| 10/23/2014 | Real Time Unedited Trans | 18 | PGES | At | 2.100 | 37.80 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 98.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 98.01 |

# SOUTHERN DISTRICT REPORTERS P.C.
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0402370-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150102 |
| SALESPERSON | Siwik, Christine |

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
| 10/24/2014 | Original | 9 | PGES | At | 4.590 | 41.31 |
| 10/24/2014 | Diskette | 9 | PGES | At | 1.200 | 10.80 |
| 10/24/2014 | Minuscript | 9 | PGES | At | 0.900 | 8.10 |
| 10/24/2014 | Real Time Unedited Trans | 18 | PGES | At | 2.100 | 37.80 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 98.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 98.01 |

# SOUTHERN DISTRICT REPORTERS P.C.

INVOICE

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0402372-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150103 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/27/2014 | Original | 9 | PGES | At | 4.590 | 41.31 |
| 10/27/2014 | Diskette | 9 | PGES | At | 1.200 | 10.80 |
| 10/27/2014 | Minuscript | 9 | PGES | At | 0.900 | 8.10 |
| 10/27/2014 | Real Time Unedited Trans | 18 | PGES | At | 2.100 | 37.80 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 98.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 98.01 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0470236-IN
INVOICE DATE: 06/28/16

CUSTOMER NO.: 1025951
WORK ORDER NO.: 169232
SALESPERSON: MICH

Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067
Attention: Colin Cabral

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | ADREA, LLC V BARNES & NOBLE | | | | |
|---|---|---|---|---|---|
| | CASE NO. 13CV04137 | | | | |
| 6/23/2016 | Original | 159.00 | Pages at | $4.59 | 729.81 |
| 6/23/2016 | Real Time Unedited Transcript | 159.00 | Pages at | $2.10 | 333.90 |

PAID
CK. NO. VISA CARD
DATE 6/28/16

Net Invoice: 1,063.71
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
Invoice Total: 1,063.71

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0470238-IN
INVOICE DATE: 06/28/16

CUSTOMER NO.: 1025951
WORK ORDER NO.: 169243
SALESPERSON: FO

Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067

Attention: Colin Cabral

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Andrea,LLC V Barnes & Nobles | | | | |
| | CASE NO. 13cv04137 | | | | |
| 6/24/16 | Original | 192.00 | Pages at | $4.59 | 881.28 |
| 6/24/16 | Real Time Unedited Transcript | 192.00 | Pages at | $2.10 | 403.20 |


CK. NO. _VISA CARD_
DATE _6/28/16_

| | |
|---|---:|
| Net Invoice: | 1,284.48 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,284.48 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0470958-IN
INVOICE DATE: 07/19/16

CUSTOMER NO.: 1025951
WORK ORDER NO.: 169866
SALESPERSON: CSIW

Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067
Attention:Colin Cabral

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | ADREA, LLC V BARNES & NOBLE | | | | |
|---|---|---|---|---|---|
| | CASE NO. 13CV04137 | | | | |
| 7/15/2016 | Original | 138.00 | Pages at | $4.59 | 633.42 |
| 7/15/2016 | Real Time Unedited Transcript | 138.00 | Pages at | $2.10 | 289.80 |



| | |
|---|---:|
| Net Invoice: | 923.22 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **923.22** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**