# EXHIBIT B



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102513-316572
**CLIENT MATTER #** 39667-002

**Bill To:**   Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*d 111525*

| | |
|---|---|
| **CASE:** | Adrea, LLC v. Barnes & Noble |
| **WITNESS:** | Shawn Ambwani |
| **DATE:** | 10/25/2013 |
| **LOCATION:** | San Francisco, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 308 | $3.25 | $1,001.00 |
| Certified Transcript - 3 Day Delivery | 308 | $2.00 | $616.00 |
| Interactive Real-time | 308 | $1.50 | $462.00 |
| Rough ASCII | 308 | $1.50 | $462.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 62 | $0.15 | $9.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,550.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | **TOTAL** | $2,605.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 011714-318810
**CLIENT MATTER #** 39667-002

**Bill To:** Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

2124397

| CASE: | Adrea, LLC v. Barnes & Noble |
| WITNESS: | Brian A. Berg |
| DATE: | 1/17/2014 |
| LOCATION: | San Francisco, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 327 | $3.25 | $1,062.75 |
| Certified Transcript - 2 Day Delivery | 327 | $2.75 | $899.25 |
| Certified Transcript - Evening Pages | 54 | $1.25 | $67.50 |
| Interactive Real-time | 327 | $1.50 | $490.50 |
| Rough ASCII | 327 | $1.50 | $490.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 131 | $0.15 | $19.65 |
| Exhibits - Scanned & Hyperlinked - Color | 1379 | $1.50 | $2,068.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $5,098.65 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $5,128.65 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



47901

2108937

# INVOICE

**DATE:** 11/15/2013
**INVOICE #** 110513-316814
**CLIENT MATTER #** 39667-002

## TSG
### REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**Bill To:**    Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**         Adrea, LLC v. Barnes & Noble
**WITNESS:**   John Hendricks
**DATE:**         11/5/2013
**LOCATION:**  Washington, D.C.

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 317 | $3.25 | $1,030.25 |
| Certified Transcript - 3 Day Delivery | 317 | $2.00 | $634.00 |
| Certified Transcript - Evening Pages | 47 | $1.25 | $58.75 |
| Interactive Real-time | 317 | $1.75 | $554.75 |
| Rough ASCII | 317 | $1.50 | $475.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 762 | $0.15 | $114.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | | |
|---|---|---|
| SUBTOTAL | $2,867.55 |
| SHIPPING & HANDLING | $35.00 |
| TOTAL | $2,902.55 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/20/2013
**INVOICE #** 110813-316933
**CLIENT MATTER #** 39667-002

2109746

**Bill To:**    Micah W. Miller Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**        Adrea, LLC v. Barnes & Noble
**WITNESS:**    Bahrath Kalyan
**DATE:**        11/8/2013
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 122 | $4.50 | $549.00 |
| Original Transcript - 3 Day Delivery | 122 | $1.75 | $213.50 |
| Interactive Real-time | 122 | $1.45 | $176.90 |
| Rough ASCII | 122 | $1.45 | $176.90 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 193 | $0.25 | $48.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 122 | -$0.25 | -$30.50 |

|  | SUBTOTAL | $1,264.05 |
|---|---|---|
|  | SHIPPING & HANDLING | $30.00 |
|  | TOTAL | $1,294.05 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/26/2013
**INVOICE #** 120913-413972
**CLIENT MATTER #** 39667-002

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2115836*

| | |
|---|---|
| **CASE:** | Adrea, LLC v. Barnes & Noble |
| **WITNESS:** | Susan Lally |
| **DATE:** | 12/9/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 55 | $4.95 | $272.25 |
| Original Transcript - 3 Day Delivery | 55 | $3.95 | $217.25 |
| Rough ASCII | 55 | $1.50 | $82.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 122 | $0.15 | $18.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 55 | -$0.25 | -$13.75 |

| | | |
|---|---|---|
| | SUBTOTAL | $716.55 |
| | SHIPPING & HANDLING | $30.00 |
| | TOTAL | $746.55 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/26/2013
**INVOICE #** 120913-413973
**CLIENT MATTER #** 39667-002

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2115837*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Susan Laily
**DATE:** 12/9/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 1 | $105.00 | $105.00 |
| Videosynch / Tape | 1 | $95.00 | $95.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $525.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $550.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102313-316565
**CLIENT MATTER #** 39667-002

**Bill To:**  Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*211526*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Jeffery Jay McDow
**DATE:** 10/23/2013
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102313-316564
**CLIENT MATTER #** 39667-002

**Bill To:** Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

2111527

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Jeffery Jay McDow
**DATE:** 10/23/2013
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 241 | $3.25 | $783.25 |
| Certified Transcript - 3 Day Delivery | 241 | $2.00 | $482.00 |
| Interactive Real-time | 241 | $1.50 | $361.50 |
| Rough ASCII | 241 | $1.50 | $361.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 327 | $0.25 | $81.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,070.00 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $2,125.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone. (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE # 101413-411969**
**CLIENT MATTER # 39667-002**

**Bill To:** Colin G. Cabral Esq
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*2106173*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Deepak Mulchandani
**DATE:** 10/14/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 292 | $4.95 | $1,445.40 |
| Original Transcript - Daily Delivery | 292 | $4.95 | $1,445.40 |
| Original Transcript - Evening Pages | 31 | $2.00 | $62.00 |
| Interactive Real-time | 292 | $1.50 | $438.00 |
| Rough ASCII | 292 | $1.50 | $438.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1919 | $0.25 | $479.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0 00 |
| Certified Transcript Sold Discount (1) | 292 | -$0.25 | -$73.00 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | $4,480.55 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $4,575 55 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 101413-411970
**CLIENT MATTER #** 39667-002

**Bill To:**    Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

2106169

**CASE:**        Adrea, LLC v. Barnes & Noble
**WITNESS:**    Deepak Mulchandani
**DATE:**        10/14/2013
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**

Videographer SVCS

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 8 | $105.00 | $840.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $157.50 | $157.50 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,322.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,362.50 ✓ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/22/2013
**INVOICE #** 110813-316999
**CLIENT MATTER #** 39667-002

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2109742*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Sudeep Narain
**DATE:** 11/8/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7 | $105.00 | $735.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,345.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,370.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/22/2013
**INVOICE #** 110813-316998
**CLIENT MATTER #** 39667-002

**Bill To:**     Brooke Harwood
                Proskauer Rose LLP
                One International Place
                Boston, MA 02110-2600

*2109744*

| | |
|---|---|
| **CASE:** | Adrea, LLC v. Barnes & Noble |
| **WITNESS:** | Sudeep Narain |
| **DATE:** | 11/8/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 178 | $4.95 | $881.10 |
| Original Transcript - Daily Delivery | 178 | $4.95 | $881.10 |
| Interactive Real-time | 178 | $1.50 | $267.00 |
| Rough ASCII | 178 | $1.50 | $267.00 |
| Reporter Waiting Time / Hour | 3 | $100.00 | $300.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 297 | $0.15 | $44.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 178 | -$0.25 | -$44.50 |
| | | SUBTOTAL | $2,736.25 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $2,766.25 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012314-416132
**CLIENT MATTER #** 39667-002

2124401

**Bill To:**    Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Dr. B. Clifford Neuman
**DATE:** 1/23/2014
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | $100.00 | $750.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $150.00 | $150.00 |
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,605.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $1,630.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012314-416131
**CLIENT MATTER #** 39667-002

**Bill To:**     Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

2124402

**CASE:**          Adrea, LLC v. Barnes & Noble
**WITNESS:**     Dr. B. Clifford Neuman
**DATE:**          1/23/2014
**LOCATION:**   Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 289 | $4.95 | $1,430.55 |
| Original Transcript - 2 Day Delivery | 289 | $3.95 | $1,141.55 |
| Original Transcript - Evening Pages | 29 | $2.00 | $58.00 |
| Interactive Real-time | 289 | $1.50 | $433.50 |
| Rough ASCII | 289 | $1.50 | $433.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 711 | $0.15 | $106.65 |
| Exhibits - Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 289 | -$0.25 | -$72.25 |
| | | **SUBTOTAL** | $3,779.50 |
| | | **SHIPPING & HANDLING** | $35.00 |
| | | **TOTAL** | $3,814.50 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012414-416135
**CLIENT MATTER #** 39667-002

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2124399*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Dr. B. Clifford Neuman cont w/ pg 290
**DATE:** 1/24/2014
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 176 | $4.95 | $871.20 |
| Original Transcript - Daily Delivery | 176 | $4.95 | $871.20 |
| Interactive Real-time | 176 | $1.50 | $264.00 |
| Rough ASCII | 176 | $1.50 | $264.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 322 | $0.30 | $96.60 |
| Exhibits - Scanned & Hyperlinked - B&W | 322 | $0.15 | $48.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 176 | -$0.25 | -$44.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $2,511.30 |
| SHIPPING & HANDLING | | $30.00 |
| TOTAL | | $2,541.30 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012414-416136
**CLIENT MATTER #** 39667-002

*2124398* (handwritten)

**Bill To:**    Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**        Adrea, LLC v. Barnes & Noble
**WITNESS:**     Dr. B. Clifford Neuman cont w/ pg 290
**DATE:**        1/24/2014
**LOCATION:**    Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 4 | $100.00 | $400.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,010.00 |
| SHIPPING & HANDLING | $25.00 |
| TOTAL | $1,035.00 |

## Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

210 89504



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102413-316568
**CLIENT MATTER #** 39667-002

**Bill To:**     Brendan S. Cox Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**        Adrea, LLC v. Barnes & Noble
**WITNESS:**     William Ernest Rainey, III
**DATE:**        10/24/2013
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 107 | $3.25 | $347.75 |
| Certified Transcript - 3 Day Delivery | 107 | $2.00 | $214.00 |
| Interactive Real-time | 107 | $1.50 | $160.50 |
| Rough ASCII | 107 | $1.50 | $160.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 157 | $0.15 | $23.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $906.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $961.30 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Adrea
39667.002



2108952

# INVOICE



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 10/31/2013
**INVOICE #** 102413-316569
**CLIENT MATTER #** 39667-002

**Bill To:**     Brendan S. Cox Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**          Adrea, LLC v. Barnes & Noble
**WITNESS:**     William Ernest Rainey, III
**DATE:**          10/24/2013
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $230.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Adrea
39667.002



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102213-316560
**CLIENT MATTER #** 39667-002

**Bill To:**
Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*2111529*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Talal Shamoon, Ph. D.
**DATE:** 10/22/2013
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 389 | $3.25 | $1,264.25 |
| Certified Transcript - 3 Day Delivery | 389 | $2.00 | $778.00 |
| Certified Transcript - Evening Pages | 81 | $1.25 | $101.25 |
| Interactive Real-time | 389 | $1.50 | $583.50 |
| Rough ASCII | 389 | $1.50 | $583.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 574 | $0.15 | $86.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,396.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,451.60 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102213-316581
**CLIENT MATTER #** 39667-002

**Bill To:**
Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

2111528

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Talal Shamoon, Ph. D.
**DATE:** 10/22/2013
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 4 | $50.00 | $200.00 |

| | |
|---|---|
| SUBTOTAL | $200.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $240.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

**DATE:** 10/18/2013
**INVOICE #** 100813-315866
**CLIENT MATTER #** 39667-002

**Bill To:** Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

2106193

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Yevgeniy Eugene Shteyn
**DATE:** 10/8/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

TRANSCRIPTS

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Certified Transcript | 118 | $3.25 | $383.50 |
| Certified Transcript - Daily Delivery | 118 | $3.25 | $383.50 |
| Interactive Real-time | 118 | $1.50 | $177.00 |
| Rough ASCII | 118 | $1.50 | $177.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 28 | $0.25 | $7.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,128.00 |
| | | SHIPPING & HANDLING | $30.00 |
| | | **TOTAL** | $1,158.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 100813-204645
**CLIENT MATTER #** 39667-002

**Bill To:**     Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2109439*

**CASE:**       Adrea, LLC v. Barnes & Noble
**WITNESS:**    Yevgeniy Eugene Shteyn
**DATE:**       10/8/2013
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0 00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $12.50 |
| | | **TOTAL** | $202.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check   All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012114-318815
**CLIENT MATTER #** 39667-002

2124393

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Dr. Xin Wang
**DATE:** 1/21/2014
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $500.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012114-318814
**CLIENT MATTER #** 39667-002

**Bill To:**   Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*212 4394*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Dr. Xin Wang
**DATE:** 1/21/2014
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 334 | $3.25 | $1,085.50 |
| Certified Transcript - 3 Day Delivery | 334 | $2.00 | $668.00 |
| Certified Transcript - Evening Pages | 65 | $1.25 | $81.25 |
| Interactive Real-time | 334 | $1.50 | $501.00 |
| Rough ASCII | 334 | $1.50 | $501.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 356 | $0.15 | $53.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $2,890.15 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $2,920.15 √ |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/18/2013
**INVOICE #** 092613-315860
**CLIENT MATTER #** 39667-002

**Bill To:**    Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

2106197

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** James A. Hilt
**DATE:** 9/26/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 209 | $4.50 | $940.50 |
| Original Transcript - 3 Day Delivery | 209 | $1.75 | $365.75 |
| Original Transcript - Early AM Pages | 14 | $2.00 | $28.00 |
| Interactive Real-time | 209 | $1.45 | $303.05 |
| Rough ASCII | 209 | $1.45 | $303.05 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Reporter App Fee / Early AM Session - Videotaped | 1 | $97.50 | $97.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 264 | $0.25 | $66.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 209 | -$0.25 | -$52.25 |

| | | |
|---|---|---|
| | SUBTOTAL | $2,181.60 |
| | SHIPPING & HANDLING | $35.00 |
| | TOTAL | $2,216.60 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

2/06/96



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**REPORTING**



# INVOICE

**DATE:** 10/18/2013
**INVOICE #** 092613-315861
**CLIENT MATTER #** 39667-002

**Bill To:**    Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

**CASE:**    Adrea, LLC v Barnes & Noble
**WITNESS:**    James A. Hilt
**DATE:**    9/26/2013
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**    Videographer 8×S

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videographer - 1st 2 Hours | 1 | $275.00 | $275.00 |
| Videographer - Additional Hours | 5 | $95.00 | $475.00 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $142.50 | $71.25 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

|  |  |
|---|---|
| SUBTOTAL | $821.25 |
| SHIPPING & HANDLING | $25.00 |
| TOTAL | $846.25 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116468 | 5/17/2016 | 44315 |
| Job Date | Case No. | |
| 5/10/2016 | 13CV4137 | |
| Case Name | | |
| Adrea LLC v. Barnes & Nobles | | |
| Payment Terms | | |
| Net 30, Interest at 1.5% / month | | |

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA 90067-3206

COPY OF TRANSCRIPT (EXPEDITED) OF:

David Yurkerwich                                                                  5,862.80

    Interactive Realtime

    Rough Draft/ASCII

    Exhibit Package                          626.00  Pages

    Litigation Support Package

    Shipping & Handling (O)

                    TOTAL DUE >>>          **$5,862.80**

                    AFTER 6/16/2016 PAY          $6,155.94

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

                    (-) Payments/Credits:          0.00

Tax ID: 13-4091601

---

*Please detach bottom portion and return with payment.*

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA 90067-3206

| | | |
|---|---|---|
| Invoice No. | : | 116468 |
| Invoice Date | : | 5/17/2016 |
| **Total Due** | : | **$6,507.70** |

| | | |
|---|---|---|
| Job No. | : | 44315 |
| BU ID | : | DFW CR |
| Case No. | : | 13CV4137 |
| Case Name | : | Adrea LLC v. Barnes & Nobles |

Remit To:  **AP for the benefit of David Feldman
Worldwide, Inc.
PO Box 823473
Philadelphia PA 19182-3461**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

*2121170*

# INVOICE

DATE: 1/29/2014
INVOICE # 011714-348743
CLIENT MATTER # 39667-002)

**Bill To:** Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Ned S. Barnes
**DATE:** 1/17/2014
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 303 | $4.50 | $1,363.50 |
| Original Transcript - 3 Day Delivery | 303 | $1.75 | $530.25 |
| Original Transcript - Evening Pages | 19 | $2.00 | $38.00 |
| Interactive Real-time | 303 | $1.45 | $439.35 |
| Rough ASCII | 303 | $1.45 | $439.35 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $97.50 | $97.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 442 | $0.25 | $110.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 49 | $1.50 | $73.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 303 | -$0.25 | -$75.75 |

| | | |
|---|---|---|
| | SUBTOTAL | $3,146.20 |
| | SHIPPING & HANDLING | $40.00 |
| | TOTAL | $3,186.20 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/29/2014
**INVOICE #** 011714-318744
**CLIENT MATTER #** 39667-002

*DIMO  2121169*

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Ned S. Barnes
**DATE:** 1/17/2014
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $275.00 | $275.00 |
| Videographer - Additional Hours | 7.5 | $95.00 | $712.50 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $142.50 | $71.25 |
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |

| | SUBTOTAL | $1,533.75 |
|---|---|---|
| | SHIPPING & HANDLING | $25.00 |
| | TOTAL | $1,558.75 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# REPORTING

**Bill To:**     Hannah Silverman
               Proskauer Rose LLP
               Eleven Times Square
               New York, NY 10036-8299

**CASE:**       Adrea, LLC v. Barnes & Noble
**WITNESS:**    Ned S. Barnes
**DATE:**       5/12/2016
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 285 | $4.50 | $1,282.50 |
| Original Transcript - 3 Day Delivery | 285 | $1.75 | $498.75 |
| Local Real-time Transcription | 285 | $1.45 | $413.25 |
| Rough Transcript | 285 | $1.45 | $413.25 |
| Reporter Appearance Fee / Session | 2 | $40.00 | $80.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 510 | $0.15 | $76.50 |
| Exhibits - Scanned & Hyperlinked - Color | 86 | $1.50 | $129.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 285 | -$0.25 | -$71.25 |
| | | **SUBTOTAL** | $2,822.00 |
| | | **SHIPPING & HANDLING** | $17.50 |
| | | **TOTAL** | $2,839.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102513-411973
**CLIENT MATTER #** 39667-002

**Bill To:** Baldassare Vinti Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

*2106168*

**CASE:** Adrea, LLC v Barnes & Noble
**WITNESS:** Richard Nagle
**DATE:** 10/25/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:** *transcripts*

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Original & 1 Certified Transcript | 210 | $4.50 | $945.00 |
| Original Transcript - 3 Day Delivery | 210 | $1.75 | $367.50 |
| Interactive Real-time | 210 | $1.45 | $304.50 |
| Rough ASCII | 210 | $1.45 | $304.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0 00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 415 | $0.25 | $103.75 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 33 | $1.50 | $49.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0 00 |
| Certified Transcript Sold Discount (1) | 210 | -$0.25 | -$52.50 |

| | SUBTOTAL | $2,152 25 |
|---|---|---|
| | SHIPPING & HANDLING | $15.00 |
| | **TOTAL** | $2,167.25 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
*For prompt payment processing, please include the invoice # with your check   All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.*
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102513-411974
**CLIENT MATTER #** 39667-002

**Bill To:**  Baldassare Vinti Esq
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

2106167

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Richard Nagle
**DATE:** 10/25/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $275.00 | $275.00 |
| Videographer - Additional Hours | 5.5 | $95.00 | $522.50 |
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,272.50 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,287.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

2118757



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**Bill To:**     Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**         Adrea, LLC v. Barnes & Noble
**WITNESS:**      Stephen P. Magee, Ph.D
**DATE:**         1/10/2014
**LOCATION:**     New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 327 | $3.25 | $1,062.75 |
| Certified Transcript - 3 Day Delivery | 327 | $2.00 | $654.00 |
| Certified Transcript - Evening Pages | 52 | $1.25 | $65.00 |
| Interactive Real-time | 327 | $1.45 | $474.15 |
| Rough ASCII | 327 | $1.45 | $474.15 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 437 | $0.15 | $65.55 |
| Exhibits - Scanned & Hyperlinked - Color | 204 | $1.50 | $306.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  |  | SUBTOTAL | $3,101.60 |
|  |  | SHIPPING & HANDLING | $30.00 |
|  |  | TOTAL | $3,131.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

21187.60



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 1/24/2014
**INVOICE #** 011014-415536
**CLIENT MATTER #** 39667-002

**Bill To:** Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v Barnes & Noble
**WITNESS:** Stephen P. Magee, Ph.D.
**DATE:** 1/10/2014
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95 00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50 00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $500.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check  All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



2113901



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**DATE:** 12/31/2013
**INVOICE #** 112713-414207
**CLIENT MATTER #** 39667-002

**Bill To:**       Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**           Adrea, LLC v Barnes & Noble
**WITNESS:**     James Rosenstock
**DATE:**           11/27/2013
**LOCATION:**   London, England

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50 00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $215.00 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit  If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

21189D4



REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com



DATE: 12/31/2013
INVOICE # 112713-414206
CLIENT MATTER # 39667-002

**Bill To:** Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v Barnes & Noble
**WITNESS:** James Rosenstock
**DATE:** 11/27/2013
**LOCATION:** London, England

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 91 | $3 95 | $359 45 |
| Certified Transcript - 3 Day Delivery | 91 | $2.75 | $250 25 |
| Interactive Real-time | 91 | $3.00 | $273 00 |
| Rough ASCII | 91 | $3.00 | $273.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,155.70 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,185.70 |



Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit  If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**