# EXHIBIT D



**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone : 646-878-1527
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number. 834888

Invoice Date: 10/31/14

2166869

Bill To:
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Heidi M. Schneider

Ship To:
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

| Customer ID | 22308 | Job No. | M84913 |
|---|---|---|---|
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | NYC KDP | Client / Matter No. | 39667.002 |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 7,008 | Print PDF Files from Disk B/W (Doc Bind) | 0.055 | 385.44 |
| 90 | Presentation Color Printing Letter | 0.30 | 27.00 |
| 168 | Custom Folder | 0.55 | 92.40 |
| 2 | Production Management (per hour) | 30.00 | 60.00 |

Trial SDNY
DTX_Admitted_Exhibits
JTX_Admitted_Exhibits
PTX_Admitted_Exhibits

Date Ordered: 10.21.14

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 564.84 |
| Total Sales Tax: | 50.13 |
| Total: | 614.97 |

Accepted By: _____

**Remit To:** DTI
PO Box 934272
Atlanta, GA 31193-4272



**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone 646-878-1527
Fax :
Fed. ID No. · 58-2413793

2256809

# INVOICE

Invoice Number: 953668

Invoice Date. 06/22/16

Bill To.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Hannah Silverman

Ship To:
Proskauer Rose LLP
11 Times Square
New York, NY 10036

| Customer ID | 22308 | Job No | NY003470 |
|---|---|---|---|
| Terms | Net 45 Days | ESI Project No | |
| SalesPerson | MLS JXG | Client / Matter No | 39667/002 |
| SalesPerson 2 | | | |
| Cust P O | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 4,644 | Blowbacks B/W | 0 10 | 464.40 |
| 504 | Blowbacks - Color | 0 45 | 226.80 |
| 90 | Tabs - Custom | 0 50 | 45 00 |
| 6 | 2" Ring Binders | 10 00 | 60.00 |

Date 06/20/2016

RECEIVED JUL 12 2016 FINANCE DEPARTMENT

Thank you for choosing DTI
Past due invoices are subject to 1 5% interest per month

| | |
|---|---|
| Subtotal: | 796 20 |
| Total Sales Tax: | 70 66 |
| Total | 866.86 |

Accepted By _____

Remit To: DTI
PO Box 934272
Atlanta, GA 31193 4272





**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone: 646-878-1527
Fax:
Fed. ID No.: 58-2413793

# INVOICE

Invoice Number: 953091

Invoice Date: 06/23/16

Bill To
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Hannah Silverman

Ship To:
Proskauer Rose LLP
11 Times Square
New York, NY 10036

| | | |
|---|---|---|
| Customer ID | 22308 | |
| Terms | Net 45 Days | |
| SalesPerson | MLS JXG | |
| SalesPerson 2 | | |
| Cust P O | | |

Job No          NY003497
ESI Project No.
Client / Matter No.   39667/002

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 3,380 | Blowbacks w/separators | 0.075 | 253.50 |
| 560 | Blowbacks - Color | 0.45 | 252.00 |

Date 06/21/2016

RECEIVED JUL 12 2016 FINANCE DEPARTMENT

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal | 505.50 |
| Total Sales Tax | 44.86 |
| Total | 550.36 |

Accepted By: _____

Remit To: DTI
PO Box 934272
Atlanta, GA 31193-4272

2256816



**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone 646-878-1527
Fax
Fed ID No. 58-2413793

# INVOICE

Invoice Number 954295
Invoice Date: 06/24/16

Bill To
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Hannah Silverman

Ship To
Proskauer Rose LLP
11 Times Square
New York, NY 10036

| | |
|---|---|
| Customer ID 22308 | Job No NY003524 |
| Terms Net 45 Days | ESI Project No |
| SalesPerson MLS JXG | Client / Matter No. 39667/002 |
| SalesPerson 2 | |
| Cust P O | |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 4,795 | Blowbacks w/Assembly | 0.10 | 479.50 |
| 329 | Blowbacks - Color | 0.45 | 148.05 |
| 7 | 2" Ring Binders | 10.00 | 70.00 |
| 119 | Tabs - Custom | 0.50 | 59.50 |

Date 06/23/2016

RECEIVED
JUL 12 2016
FINANCE DEPARTMENT

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 757.05 |
| Total Sales Tax: | 67.19 |
| Total: | 824.24 |

Accepted By _____

Remit To: DTI
PO Box 934272
Atlanta, GA 31193-4272