# EXHIBIT E

NOTE: This form is to be used to obtain reimbursement for client expenses up to $50.00.

CLIENT TO BE CHARGED: _Intertrust Technologies Corp._

MATTER: _EBook Patent License_

| | DATE | | | CLIENT CODE | | | | MATTER CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | | DAY | | YEAR | | | | | | |
| 0 | 6 | 1 | 4 | 1 | 3 | 3 | 9 | 6 | 6 | 7 | 0 | 0 | 1 |

| DATE INCURRED | ITEM | DETAILS MEALS - Where/Who TAXI & TRANSPORT - To/From OTHER - As Appropriate | BUSINESS PURPOSE | DISB. CODE | | | AMOUNT DOLLARS CENTS | | |
|---|---|---|---|---|---|---|---|---|---|
| | MEALS | | | 2 | 5 | 5 | | | |
| | TAXIS | | | 2 | 1 | 3 | | | |
| | LOCAL CAR FARE, TRAVEL EXPENSE | | | 2 | 1 | 3 | | | |
| | TELEPHONE | | | 2 | 5 | 6 | | | |
| 06/14/13 | FILING FEES | Commenced action at SDNY | | 7 | 0 | 4 | 0 | 0 | 0 0 |
| | OTHER: | | | | | | | | |
| | OTHER: | | | | | | | | |
| TOTAL (IN WORDS) | | | | TOTAL | | | | | |

| REQUESTED BY (Print Full Name) | BILLING NUMBER | APPROVED BY (Full Signature) | RECEIVED PAYMENT |
|---|---|---|---|
| Allen E. Healy | 6657 | | Allen E. Healy |

RECEIPTS SHOULD BE ATTACHED WHENEVER AVAILABLE AND MUST BE ATTACHED FOR CHARGES EXCEEDING $25.00 AND FOR MATERIALS PURCHASED

PROSKAUER ROSE LLP

CLIENT'S DISBURSEMENTS CASH REQUISITION/VOUCHER

Court Name: District Court
Division: 1
Receipt Number: 461441451415
Cashier ID: Clasriev
Transaction Date: 06/14/2011
Payer Name: PEORAGUEA GACC

Pvt. CILING FEE
For: VRUS/GUER-OGSE
Amount:              $449.00

Cash
Amt Tendered:  $499.00

Total Paid:      $444.00
Total Tendered:  $498.00
Change Amt:      $8.02

38044.37.25

39667-001

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>          Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Micah W. Miller, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  July 9, 2013

                               */s/ Micah W. Miller*
                               Micah W. Miller
                               PROSKAUER ROSE LLP
                               One International Place
                               Boston, MA  02110
                               Tel: (617) 526-9600
                               Fax: (617) 526-9899
                               mmiller@proskauer.com

                               Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **(PROPOSED) ORDER FOR** |
| | ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |
| | ) |
| | ) |

The motion of Micah W. Miller for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

Micah W. Miller
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
mmiller@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _____ 2013

_____
United States District / Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **second** day of **December** A.D. **2009** , said Court being the highest Court of Record in said Commonwealth:

## Micah W. Miller

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth day of July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that that a copy of the foregoing was served on July 9, 2013 to all counsel of record via the Court's Electronic Filing System.

*/s/ Micah W. Miller*
Micah W. Miller

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

ADREA, LLC,

      Plaintiff,

      v.

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, AND
NOOK MEDIA LLC,

      Defendants.

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

(~~PROPOSED~~) ORDER FOR
ADMISSION *PRO HAC VICE*

The motion of Micah W. Miller for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

    Micah W. Miller
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA  02110
    Tel: (617) 526-9600
    Fax: (617) 526-9899
    mmiller@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.


Dated: __7/10/__ 2013

_____
United States District / Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **second** day of **December** A.D. **2009** , said Court being the highest Court of Record in said Commonwealth:

## Micah W. Miller

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on

July 9, 2013 to all counsel of record via the Court's Electronic Filing System.


/s/ Micah W. Miller
Micah W. Miller

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kimberly A. Mottley, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  August 1, 2013

*/s/ Kimberly A. Mottley*
Kimberly A. Mottley
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
kmottley@proskauer.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADREA, LLC, | ) |
|  | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
|  | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **(PROPOSED) ORDER FOR** |
|  | ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |
|  | ) |
|  | ) |

The motion of Kimberly A. Mottley for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

Kimberly A. Mottley
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
kmottley@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.


Dated: _____ 2013

_____
United States District / Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that that a copy of the foregoing was served on

August 1, 2013 to all counsel of record via the Court's Electronic Filing System.


_/s/ Kimberly A. Mottley_
Kimberly A. Mottley

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **January** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

## Kimberly A. Mottley

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ADREA, LLC,

        Plaintiff,

        v.

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, AND
NOOK MEDIA LLC,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

~~(PROPOSED)~~ **ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Kimberly A. Mottley for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

    Kimberly A. Mottley
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA 02110
    Tel: (617) 526-9600
    Fax: (617) 526-9899
    kmottley@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: 8/2/(3 2013

United States District / Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADREA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, AND NOOK MEDIA LLC, | ) **ECF CASE** ) ) **MOTION FOR ADMISSION** ) ***PRO HAC VICE*** |
| Defendants. | ) ) ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kimberly A. Mottley, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  August 1, 2013

*/s/ Kimberly A. Mottley*
Kimberly A. Mottley
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
kmottley@proskauer.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on

August 1, 2013 to all counsel of record via the Court's Electronic Filing System.

*/s/ Kimberly A. Mottley*
Kimberly A. Mottley

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **January** A.D. **2002** , said Court being the highest Court of Record in said Commonwealth:

## Kimberly A. Mottley

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>        Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Erin Staab, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  August 19, 2013

                                    */s/ Erin Staab*

                                    Erin Staab
                                    PROSKAUER ROSE LLP
                                    One International Place
                                    Boston, MA  02110
                                    Tel: (617) 526-9600
                                    Fax: (617) 526-9899
                                    estaab@proskauer.com

                                    Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **(PROPOSED) ORDER FOR** |
| | ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |
| | ) |

The motion of Erin Staab for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

Erin Staab
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
estaab@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _____ 2013

_____
United States District / Magistrate Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that that a copy of the foregoing was served on August 19, 2013 to all counsel of record via the Court's Electronic Filing System.

*/s/ Erin Staab*
Erin Staab

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **November** A.D. **2012**, said Court being the highest Court of Record in said Commonwealth:

## Erin Staab

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **August** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

**~~(PROPOSED)~~ ORDER FOR
ADMISSION *PRO HAC VICE***

The motion of Erin Staab for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

Erin Staab
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
estaab@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case 1:13-cv-04137-JSR   Document 27   Filed 09/10/13   Page 4 of 5

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.

Dated: ___9/11/___ 2013

_____

United States District / Magistrate Judge

Case 1:13-cv-04137-JSR   Document 27   Filed 08/19/13   Page 1 of 5

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on

August 19, 2013 to all counsel of record via the Court's Electronic Filing System.


                                        /s/ Erin Staab
                                        Erin Staab

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the     twenty-eighth day of     November     A.D.   2012     , said Court being the highest Court of Record in said Commonwealth:

## Erin Staab

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court\*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this     fourteenth    day of    August in the year of our Lord two thousand and thirteen.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X1116

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **MOTION FOR ADMISSION** |
| | ) ***PRO HAC VICE*** |
| Defendants. | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Erin Staab, hereby move this Court for an Order

for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the

above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and

there are no pending disciplinary proceedings against me in any state or federal court.   In

support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of

Good Standing.

Dated: August 19, 2013

*/s/ Erin Staab*

Erin Staab
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
estaab@proskauer.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>          Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick J. Niedermeier, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  September 3, 2013

/s/ Patrick J. Niedermeier
Patrick J. Niedermeier
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
pniedermeier@proskauer.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/13

|  |  |
|---|---|
| ADREA, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>       Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**(PROPOSED) ORDER FOR**<br>**ADMISSION *PRO HAC VICE*** |

The motion of Kimberly A. Mottley for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

    Kimberly A. Mottley
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA  02110
    Tel: (617) 526-9600
    Fax: (617) 526-9899
    kmottley@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.


Dated:  8/2/13 2013


_____

United States District / Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

**(PROPOSED) ORDER FOR
ADMISSION *PRO HAC VICE***

The motion of Patrick J. Niedermeier for admission to practice *Pro Hac Vice* in the

above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

Massachusetts; and that his contact information is as follows:

> Patrick J. Niedermeier
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA  02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> pniedermeier@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.


Dated: _____ 2013          _____
                                             United States District / Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that that a copy of the foregoing was served on September 3, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Patrick J. Niedermeier_
Patrick J. Niedermeier

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the            **eleventh**

day of      **December**      A.D.   **2008**      , said Court being the highest Court of Record in said Commonwealth:

## Patrick J. Niedermeier

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this   **twenty-ninth**  day of  **August** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **(PROPOSED) ORDER FOR** |
| | ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |
| | ) |
| | ) |

The motion of Patrick J. Niedermeier for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

> Patrick J. Niedermeier
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA 02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> pniedermeier@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _9/13/_ 2013

United States District / ~~Magistrate~~ Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on September 3, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Patrick J. Niedermeier_
Patrick J. Niedermeier

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the        eleventh day of    December    A.D.  2008    , said Court being the highest Court of Record in said Commonwealth:

### Patrick J. Niedermeier

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this    twenty-ninth  day of  August in the year of our Lord two thousand and thirteen.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ADREA, LLC,

        Plaintiff,

        v.

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, AND
NOOK MEDIA LLC,

        Defendants.

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick J. Niedermeier, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  September 3, 2013

        */s/ Patrick J. Niedermeier*
        Patrick J. Niedermeier
        PROSKAUER ROSE LLP
        One International Place
        Boston, MA  02110
        Tel: (617) 526-9600
        Fax: (617) 526-9899
        pniedermeier@proskauer.com

        Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 13-cv-4137 (JSR) |
| v. ) | |
| ) | **ECF CASE** |
| BARNES & NOBLE, INC., ) | |
| BARNESANDNOBLE.COM LLC, AND ) | **MOTION FOR ADMISSION** |
| NOOK MEDIA LLC, ) | ***PRO HAC VICE*** |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Brendan S. Cox, hereby move this Court for an

Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in

the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and

there are no pending disciplinary proceedings against me in any state or federal court.   In

support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of

Good Standing.

Dated:  October 22, 2013

/s/ Brendan S. Cox
Brendan S. Cox
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
bcox@proskauer.com

Attorney for Plaintiff

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2007** , said Court being the highest Court of Record in said Commonwealth:

## Brendan S. Cox

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **October** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, AND NOOK MEDIA LLC, | ) **ECF CASE** |
| Defendants. | ) **MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brendan S. Cox, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated: October 22, 2013

*/s/ Brendan S. Cox*
Brendan S. Cox
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
bcox@proskauer.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADREA, LLC, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) <br> ) |
| BARNES & NOBLE, INC., <br> BARNESANDNOBLE.COM LLC, AND <br> NOOK MEDIA LLC, | ) **ECF CASE** <br> ) <br> ) **(PROPOSED) ORDER FOR** <br> ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) <br> ) <br> ) |

The motion of Brendan S. Cox for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

Brendan S. Cox
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
bcox@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _____ 2013

_____
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on October 22, 2013 to all counsel of record via the Court's Electronic Filing System.

*/s/ Brendan S. Cox*
Brendan S. Cox

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

### Brendan S. Cox

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth day of October** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
                                    )
                                    )
                                    )
ADREA, LLC,                         )
                                    )
              Plaintiff,            )
                                    )
       v.                           )    Civil Action No. 13-cv-4137 (JSR)
                                    )
BARNES & NOBLE, INC.,               )    **ECF CASE**
BARNESANDNOBLE.COM LLC, AND         )
NOOK MEDIA LLC,                     )    **(PROPOSED) ORDER FOR**
                                    )    **ADMISSION *PRO HAC VICE***
              Defendants.           )
                                    )
                                    )
                                    )
```

The motion of Brendan S. Cox for admission to practice *Pro Hac Vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

Massachusetts; and that his contact information is as follows:

> Brendan S. Cox
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA  02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> bcox@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourt.gov.

Dated: ___ 11/4/ 2013

_____

United States District / ~~Magistrate~~ Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on October 22, 2013 to all counsel of record via the Court's Electronic Filing System.


_/s/ Brendan S. Cox_
Brendan S. Cox

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>        Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brendan S. Cox, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  October 22, 2013

        */s/ Brendan S. Cox*
        Brendan S. Cox
        PROSKAUER ROSE LLP
        One International Place
        Boston, MA  02110
        Tel: (617) 526-9600
        Fax: (617) 526-9899
        bcox@proskauer.com

        Attorney for Plaintiff

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

## Brendan S. Cox

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth day of October** in the year of our Lord **two thousand and thirteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116