# EXHIBIT F

# PREEMPTIVE PROCESS SERVERS 11945

PREEMPTIVE PROCESS SERVERS
176-37 120th Ave
Jamaica, NY 11434

(718)341-9960
accounts@ppsnyc.com

## Invoice

| Date | Invoice No. |
|---|---|
| 09/25/2013 | 61713-1 |
| Terms | Due Date |
| Due on receipt | 09/27/2013 |

| Bill To |
|---|
| Mike Cooper |
| Proskauer Rose LLP |
| Eleven Times Square |
| New York, NY 10036 |

| Ship To |
|---|
| ADREA, LLC |
| vs |
| BARNES & NOBLE, LLC, ET AL. |
| USDC/SDNY |
| Case No.13-cv-4137(JSR) |

CLIENT MATTER #
39667.001

| Date | Activity | Amount |
|---|---|---|
| 06/11/2013 | Immediate Priority Processing | |
| 06/17/2013 | Attempted Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclousre Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon Barnes & Noble, Inc. at 122 Fifth Avenue, New York, New York 10011; No one authorized at this location to accept service. | 160.00 |
| 06/17/2013 | Printed 224 Pages for Service | 22.40 |

*"GIVING YOUR ADVERSARIES THE SERVICE THEY DESERVE"*

Total  $182.40

# PREEMPTIVE PROCESS SERVERS

PREEMPTIVE PROCESS SERVERS
176-37 120th Ave
Jamaica, NY 11434

(718)341-9960
accounts@ppsnyc.com

## Invoice

| Date | Invoice No |
|---|---|
| 09/25/2013 | 61713-1A |
| Terms | Due Date |
| Due on receipt | 09/27/2013 |

| Bill To |
|---|
| Mike Cooper |
| Proskauer Rose LLP |
| Eleven Times Square |
| New York, NY 10036 |

| Ship To |
|---|
| ADREA, LLC |
| vs |
| BARNES & NOBLE, LLC |
| BARNESANDNOBLE.COM LLC and |
| NOOK MEDIA LLC |
| USDC/SDNY |

CLIENT MATTER #
39667.001

| Date | Activity | Amount |
|---|---|---|
| 06/19/2013 | Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclosed Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon Barnes & Noble, Inc. via their registered agent Capitol Services, Inc. at 1218 Central Avenue, Suite 100, Albany, NY 12205 | 210.00 |

*"GIVING YOUR ADVERSARIES THE SERVICE THEY DESERVE"* **Total** **$210.00**

V# 2100510

# PREEMPTIVE PROCESS SERVERS 119455

PREEMPTIVE PROCESS SERVERS
176-37 120th Ave
Jamaica, NY 11434

(718)341-9960
accounts@ppsnyc.com

## Invoice

| Date | Invoice No. |
|---|---|
| 09/25/2013 | 61713-3 |
| Terms | Due Date |
| Due on receipt | 09/27/2013 |

**Bill To**
Mike Cooper
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

**Ship To**
ADREA, LLC
vs
BARNES & NOBLE, LLC, ET AL.
USDC/SDNY
Case No.13-cv-4137(JSR)

**CLIENT MATTER #**
39667.001

| Date | Activity | Amount |
|---|---|---|
| 06/18/2013 | Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclousre Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon Nook Media LLC at 76 Ninth Avenue, 9th Floor, New York, New York 10011 | 160.00 |
| 06/18/2013 | Same Address 2nd Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclousre Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon barnesandnoble.com LLC | 40.00 |
| 06/18/2013 | Immediate Priority Processing | |

0113

9-26-13
OK to pay AM

*"GIVING YOUR ADVERSARIES THE SERVICE THEY DESERVE"*  **Total  $200.00**

39667-002

Matter
Closed