# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0396900-IN |
| INVOICE DATE | 10/14/2014 |
| | |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149611 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/7/2014 | Original | 158 | PGES | At | 4.590 | 725.22 ✓ |
| 10/7/2014 | Diskette | 158 | PGES | At | 1.200 | 189.60 |
| 10/7/2014 | Minuscript | 158 | PGES | At | 0.900 | 142.20 |
| 10/7/2014 | Real Time Unedited Trans | 316 | PGES | At | 2.100 | 663.60 |

CR. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,720.62 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,720.62 |

If they were allowed the amount
would be 725.22

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0396902-IN |
| INVOICE DATE | 10/14/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149612 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/8/2014 | Original | 121 | PGES | At | 4.590 | 555.39 |
| 10/8/2014 | Diskette | 121 | PGES | At | 1.200 | 145.20 |
| 10/8/2014 | Minuscript | 121 | PGES | At | 0.900 | 108.90 |
| 10/8/2014 | Real Time Unedited Trans | 242 | PGES | At | 2.100 | 508.20 |

CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

*If they were allowed the amount would be $955.39*

| | |
|---|---|
| Net Invoice: | 1,317.69 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,317.69 |

$0

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0396904-IN |
| INVOICE DATE | 10/14/2014 |
| | |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149636 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

---

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/10/2014 | Original | 128 | PGES | At | 4.590 | 587.52 ✓ |
| 10/10/2014 | Diskette | 128 | PGES | At | 1.200 | 153.60 |
| 10/10/2014 | Minuscript | 128 | PGES | At | 0.900 | 115.20 |
| 10/10/2014 | Real Time Unedited Trans | 256 | PGES | At | 2.100 | 537.60 |





CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

*If they were allowed they amount would be @ 587.52*

| | |
|---|---|
| Net Invoice: | 1.393.92 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1.393.92 |

$0

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0397225-IN |
| INVOICE DATE | 10/21/2014 |
| | |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149842 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/14/2014 | Original | 94 | PGES | At | 4.590 | 431.46 |
| 10/14/2014 | Diskette | 94 | PGES | At | 1.200 | 112.80 |
| 10/14/2014 | Minuscript | 94 | PGES | At | 0.900 | 84.60 |
| 10/14/2014 | Real Time Unedited Trans | 188 | PGES | At | 2.100 | 394.80 |





PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1.023.66 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,023.66 |

IF THEY WERE ALLOWED THO AMOUNT WOULD BE $ 431.46

$D

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | | |
|---|---|---|
| INVOICE NO. | 0397227-IN |
| INVOICE DATE | 10/21/2014 |
| | |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149847 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/15/2014 | Original | 170 | PGES | At | 4.590 | 780.30 ✓ |
| 10/15/2014 | Diskette | 170 | PGES | At | 1.200 | 204.00 ✗ |
| 10/15/2014 | Minuscript | 170 | PGES | At | 0.900 | 153.00 ⟩ |
| 10/15/2014 | Real Time Unedited Trans | 340 | PGES | At | 2.100 | 714.00 ⟩ |

PAID

CHK _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,851.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,851.30 |

IF THEY WORE ALLOWED THE AMOUNT
WOULD BE $780.30

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0397229-IN |
| INVOICE DATE | 10/21/2014 |
| | |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149848 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2014 | Original | 154 | PGES | At | 4.590 | 706.86 |
| 10/16/2014 | Diskette | 154 | PGES | At | 1.200 | 184.80 |
| 10/16/2014 | Minuscript | 154 | PGES | At | 0.900 | 138.60 |
| 10/16/2014 | Real Time Unedited Trans | 308 | PGES | At | 2.100 | 646.80 |

CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

IF THAT WERE ALLOWED THE AMOUNT
WOULD BE $ 706.86

| | |
|---|---|
| Net Invoice: | 1,677.06 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,677.06 |

$0

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0397232-IN |
| INVOICE DATE | 10/21/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 149849 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2014 | Original | 131 | PGES | At | 4.590 | 601.29 |
| 10/17/2014 | Diskette | 131 | PGES | At | 1.200 | 157.20 |
| 10/17/2014 | Minuscript | 131 | PGES | At | 0.900 | 117.90 |
| 10/17/2014 | Real Time Unedited Trans | 262 | PGES | At | 2.100 | 550.20 |

*If THe were allowed the Amount would Be $601.29*

CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,426.59 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,426.59 |

# SOUTHERN DISTRICT REPORTERS P.C. INVOICE

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0402362-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150098 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE<br>CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/20/2014 | Original | 229 | PGES | At | 4.590 | 1,051.11 |
| 10/20/2014 | Diskette | 229 | PGES | At | 1.200 | 274.80 |
| 10/20/2014 | Minuscript | 229 | PGES | At | 0.900 | 206.10 |
| 10/20/2014 | Real Time Unedited Trans | 458 | PGES | At | 2.100 | 961.80 |

IF YHSI WERE ALLOWED THE AMOUNT
WOULD BE $1,057.11

5590187
SOUTHERN DISTRICT REPO
500 PEARL ST RM 330
NEW YORK, NY 10007
(212)805-0323

Term ID: 001          Ref #: U12

## Sale

XXXXXXXXXX2813
AMEX                    Entry Method: Manual

10/28/14                      14:34:37
Inv #: 000012          Appr Code: 249295
Apprvd: Online          Batch#: 008312
AVS Code: Z
V-Code: Y

Total:          $     6,435.99

Customer Copy
THANK YOU*

PAYMENT IS                    ICE

| | |
|---|---|
| Net Invoice: | 2,493.81 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 2,493.81 |

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0402364-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150099 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA  02110

Attention: Heidi Schneider

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/21/2014 | Original | 205 | PGES | At | 4.590 | 940.95 |
| 10/21/2014 | Diskette | 205 | PGES | At | 1.200 | 246.00 |
| 10/21/2014 | Minuscript | 205 | PGES | At | 0.900 | 184.50 |
| 10/21/2014 | Real Time Unedited Trans | 410 | PGES | At | 2.100 | 861.00 |

*IF THEY were ARCHIVED the Amount would Be $940.95*

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2,232.45 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 2,232.45 |

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0402366-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150100 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/22/2014 | Original | 130 | PGES | At | 4.590 | 596.70 |
| 10/22/2014 | Diskette | 130 | PGES | At | 1.200 | 156.00 |
| 10/22/2014 | Minuscript | 130 | PGES | At | 0.900 | 117.00 |
| 10/22/2014 | Real Time Unedited Trans | 260 | PGES | At | 2.100 | 546.00 |

*If they were allowed the amount would be, $596.70*

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,415.70 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,415.70 |

# SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| | |
|---|---|
| INVOICE NO. | 0402368-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150101 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/23/2014 | Original | 9 | PGES | At | 4.590 | 41.31 |
| 10/23/2014 | Diskette | 9 | PGES | At | 1.200 | 10.80 |
| 10/23/2014 | Minuscript | 9 | PGES | At | 0.900 | 8.10 |
| 10/23/2014 | Real Time Unedited Trans | 18 | PGES | At | 2.100 | 37.80 |

*If they were allowed the Amount would be $41.31*

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 98.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 98.01 |

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| INVOICE NO. | 0402370-IN |
| INVOICE DATE | 10/28/2014 |
| | |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150102 |
| SALESPERSON | Siwik, Christine |

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/24/2014 | Original | 9 | PGES | At | 4.590 | 41.31 |
| 10/24/2014 | Diskette | 9 | PGES | At | 1.200 | 10.80 |
| 10/24/2014 | Minuscript | 9 | PGES | At | 0.900 | 8.10 |
| 10/24/2014 | Real Time Unedited Trans | 18 | PGES | At | 2.100 | 37.80 |

IF THEY WERE AHLOWED
THE AMOUNT WOULD BE $41.31

| | |
|---|---|
| Net Invoice: | 98.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 98.81 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

# SOUTHERN DISTRICT REPORTERS P.C.

INVOICE

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0402372-IN |
| INVOICE DATE | 10/28/2014 |
| CUSTOMER NO. | 1006462 |
| WORK ORDER NO. | 150103 |
| SALESPERSON | Siwik, Christine |

Proskauer Rose LLP
One International Place
Boston, MA 02110

Attention: Heidi Schneider

| Job Date | ADREA, LLC V BARNES & NOBLE CASE NO. 13CV04137 | | | | | |
|---|---|---|---|---|---|---|
| 10/27/2014 | Original | 9 | PGES | At | 4.590 | 41.31 |
| 10/27/2014 | Diskette | 9 | PGES | At | 1.200 | 10.80 |
| 10/27/2014 | Minuscript | 9 | PGES | At | 0.900 | 8.10 |
| 10/27/2014 | Real Time Unedited Trans | 18 | PGES | At | 2.100 | 37.80 |

*If they were allowed the Amount would be $41.31*

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 98.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 98.01 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0470236-IN
INVOICE DATE: 06/28/16

CUSTOMER NO.: 1025951
WORK ORDER NO.: 169232
SALESPERSON: MICH

Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067
Attention:Colin Cabral

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | ADREA, LLC V BARNES & NOBLE | | | | |
|---|---|---|---|---|---|
| | CASE NO.     13CV04137 | | | | |
| 6/23/2016 | Original | 159.00 | Pages at | $4.59 | 729.81 |
| 6/23/2016 | Real Time Unedited Transcript | 159.00 | Pages at | $2.10 | 333.90 |

*IF THEY WERE ALLOWED THE
AMOUNT WOULD BE $729.81*

CK. NO. VISA, CARD
DATE 6/28/16

| | |
|---|---|
| Net Invoice: | 1,063.71 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,063.71 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0470238-IN
INVOICE DATE: 06/28/16

CUSTOMER NO.: 1025951
WORK ORDER NO.: 169243
SALESPERSON: FO

Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067

Attention:Colin Cabral

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Andrea,LLC V Barnes & Nobles | | | | |
| | CASE NO. | 13cv04137 | | | |
| 6/24/16 | Original | 192.00 | Pages at | $4.59 | 881.28 |
| 6/24/16 | Real Time Unedited Transcript | 192.00 | Pages at | $2.10 | 403.20 |

IF THEY WERE ALLOWED THE AMOUNT
WOULD BE 881.28

PAID
CK. NO.  VISA CARD
DATE  6/28/16

| | |
|---|---|
| Net Invoice: | 1,284.48 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,284.48 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**

# SOUTHERN DISTRICT REPORTERS PC
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0470958-IN
INVOICE DATE: 07/19/16

CUSTOMER NO.: 1025951
WORK ORDER NO.: 169866
SALESPERSON: CSIW

Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067
Attention:Colin Cabral

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | ADREA, LLC V BARNES & NOBLE | | | | |
| | CASE NO.  13CV04137 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7/15/2016 | Original | 138.00 | Pages at | $4.59 | 633.42 |
| 7/15/2016 | Real Time Unedited Transcript | 138.00 | Pages at | $2.10 | 289.80 |

*If they were allowed coto Amount would be $633.42*

**PAID**

| | |
|---|---|
| Net Invoice: | 923.22 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **923.22** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**

# EXHIBIT B



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/31/2013
INVOICE # 102513-316572
CLIENT MATTER # 39667-002

**Bill To:**    Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*d111525*

**CASE:**      Adrea, LLC v. Barnes & Noble
**WITNESS:**   Shawn Ambwani
**DATE:**      10/25/2013
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 308 | $3.25 | $1,001.00 |
| Certified Transcript - 3 Day Delivery | 308 | $2.00 | $616.00 |
| Interactive Real-time | 308 | $1.50 | $462.00 |
| Rough ASCII | 308 | $1.50 | $462.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 62 | $0.15 | $9.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  |  |
|---|---|
| SUBTOTAL | $2,550.30 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $2,605.30 |

**Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745**
For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*$1,001.00*



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 011714-318810
**CLIENT MATTER #** 39667-002

**Bill To:**    Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2124397*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Brian A. Berg
**DATE:** 1/17/2014
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 327 | $3.25 | $1,062.75 |
| Certified Transcript - 2 Day Delivery | 327 | $2.75 | $899.25 |
| Certified Transcript - Evening Pages | 54 | $1.25 | $67.50 |
| Interactive Real-time | 327 | $1.50 | $490.50 |
| Rough ASCII | 327 | $1.50 | $490.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 131 | $0.15 | $19.65 |
| Exhibits - Scanned & Hyperlinked - Color | 1379 | $1.50 | $2,068.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $5,098.65 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $5,128.65 |

## Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

$1,130.25



47901 216 8737

# INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 11/15/2013
**INVOICE #** 110513-316814
**CLIENT MATTER #** 39667-002

**Bill To:**   Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**       Adrea, LLC v. Barnes & Noble
**WITNESS:**   John Hendricks
**DATE:**       11/5/2013
**LOCATION:**  Washington, D.C.

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 317 | $3.25 | $1,030.25 |
| Certified Transcript - 3 Day Delivery | 317 | $2.00 | $634.00 |
| Certified Transcript - Evening Pages | 47 | $1.25 | $58.75 |
| Interactive Real-time | 317 | $1.75 | $554.75 |
| Rough ASCII | 317 | $1.50 | $475.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 762 | $0.15 | $114.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,867.55 |
| | | SHIPPING & HANDLING | $35.00 |
| | | TOTAL | $2,902.55 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

$1,030.25



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/20/2013
**INVOICE #** 110813-316933
**CLIENT MATTER #** 39667-002

2109746

**Bill To:** Micah W. Miller Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Bahrath Kalyan
**DATE:** 11/8/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 122 | $4.50 | $549.00 |
| Original Transcript - 3 Day Delivery | 122 | $1.75 | $213.50 |
| Interactive Real-time | 122 | $1.45 | $176.90 |
| Rough ASCII | 122 | $1.45 | $176.90 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 193 | $0.25 | $48.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 122 | -$0.25 | -$30.50 |

| | | |
|---|---|---|
| **SUBTOTAL** | | $1,264.05 |
| **SHIPPING & HANDLING** | | $30.00 |
| **TOTAL** | | $1,294.05 |

$549.02

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

Joe Capraro



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/26/2013
INVOICE # 120913-413972
CLIENT MATTER # 39667-002

Bill To:    Brooke Harwood
            Proskauer Rose LLP
            One International Place
            Boston, MA 02110-2600

2115836

CASE:       Adrea, LLC v. Barnes & Noble
WITNESS:    Susan Lally
DATE:       12/9/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 55 | $4.95 | $272.25 |
| Original Transcript - 3 Day Delivery | 55 | $3.95 | $217.25 |
| Rough ASCII | 55 | $1.50 | $82.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 122 | $0.15 | $18.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 55 | -$0.25 | -$13.75 |

|  | SUBTOTAL | $716.55 |
|--|----------|---------|
|  | SHIPPING & HANDLING | $30.00 |
|  | TOTAL | $746.55 |

SUB $272.25

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/26/2013
**INVOICE #** 120913-413973
**CLIENT MATTER #** 39667-002

**Bill To:**  Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

2115837

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Susan Lally
**DATE:** 12/9/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 1 | $105.00 | $105.00 |
| Videosynch / Tape | 1 | $95.00 | $95.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $525.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $550.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102313-316565
**CLIENT MATTER #** 39667-002

**Bill To:** Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*211526*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Jeffery Jay McDow
**DATE:** 10/23/2013
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*NOT ALLOWABLE*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102313-316564
**CLIENT MATTER #** 39667-002

2111527

**Bill To:**

Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Jeffery Jay McDow
**DATE:** 10/23/2013
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 241 | $3.25 | $783.25 |
| Certified Transcript - 3 Day Delivery | 241 | $2.00 | $482.00 |
| Interactive Real-time | 241 | $1.50 | $361.50 |
| Rough ASCII | 241 | $1.50 | $361.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 327 | $0.25 | $81.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,070.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,125.00 |

81 783.25

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone. (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 101413-411969
**CLIENT MATTER #** 39667-002

2106173

**Bill To:**
Colin G. Cabral Esq
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Deepak Muichandani
**DATE:** 10/14/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 292 | $4.95 | $1,445.40 |
| Original Transcript - Daily Delivery | 292 | $4.95 | $1,445.40 |
| Original Transcript - Evening Pages | 31 | $2.00 | $62.00 |
| Interactive Real-time | 292 | $1.50 | $438.00 |
| Rough ASCII | 292 | $1.50 | $438.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1919 | $0.25 | $479.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 292 | -$0.25 | -$73.00 |

| | | SUBTOTAL | $4,480.55 |
|---|---|---|---|
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $4,575.55 |

$1,445.40

**Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/31/2013
INVOICE # 101413-411970
CLIENT MATTER # 39667-002

Bill To:
Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*2106169*

CASE: Adrea, LLC v. Barnes & Noble
WITNESS: Deepak Mulchandani
DATE: 10/14/2013
LOCATION: Palo Alto, CA

Billing Comments / Instructions:

*Videographer 8 HRS*

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 8 | $105.00 | $840.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $157.50 | $157.50 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,322.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $1,362.50 |

*BD*

**Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*NOT ALLOWABLE*



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/22/2013
**INVOICE #** 110813-318999
**CLIENT MATTER #** 39667-002

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2109742*

| | |
|---|---|
| **CASE:** | Adrea, LLC v. Barnes & Noble |
| **WITNESS:** | Sudeep Narain |
| **DATE:** | 11/8/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7 | $105.00 | $735.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,345.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,370.00 |

*NOT ALLOWABLE*

**Please make all checks payable to: TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*Joe Capraro*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/22/2013
**INVOICE # 110813-316998**
**CLIENT MATTER # 39667-002**

**Bill To:**

Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2109744*

| | |
|---|---|
| **CASE:** | Adrea, LLC v. Barnes & Noble |
| **WITNESS:** | Sudeep Narain |
| **DATE:** | 11/8/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 178 | $4.95 | $881.10 |
| Original Transcript - Daily Delivery | 178 | $4.95 | $881.10 |
| Interactive Real-time | 178 | $1.50 | $267.00 |
| Rough ASCII | 178 | $1.50 | $267.00 |
| Reporter Waiting Time / Hour | 3 | $100.00 | $300.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 297 | $0.15 | $44.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 178 | -$0.25 | -$44.50 |

| | |
|---|---|
| SUBTOTAL | $2,736.25 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $2,766.25 |

*$ 881.10*

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012314-416132
**CLIENT MATTER #** 39667-002

2124401

**Bill To:**    Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**        Adrea, LLC v. Barnes & Noble
**WITNESS:**     Dr. B. Clifford Neuman
**DATE:**        1/23/2014
**LOCATION:**    Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | $100.00 | $750.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $150.00 | $150.00 |
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

|  | | |
|--|--|--|
| | SUBTOTAL | $1,605.00 |
| | SHIPPING & HANDLING | $25.00 |
| | TOTAL | $1,630.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

NOT ALLOWABLE

SWB



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012314-416131
**CLIENT MATTER #** 39667-002

**Bill To:** Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2124402*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Dr. B. Clifford Neuman
**DATE:** 1/23/2014
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 289 | $4.95 | $1,430.55 |
| Original Transcript - 2 Day Delivery | 289 | $3.95 | $1,141.55 |
| Original Transcript - Evening Pages | 29 | $2.00 | $58.00 |
| Interactive Real-time | 289 | $1.50 | $433.50 |
| Rough ASCII | 289 | $1.50 | $433.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 711 | $0.15 | $106.65 |
| Exhibits - Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 289 | -$0.25 | -$72.25 |

| | | |
|---|---|---|
| | SUBTOTAL | $3,779.50 |
| | SHIPPING & HANDLING | $35.00 |
| | TOTAL | $3,814.50 |

*$ 1,488.55*

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012414-416135
**CLIENT MATTER #** 39667-002

2124399

**Bill To:**    Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**       Adrea, LLC v. Barnes & Noble
**WITNESS:**    Dr. B. Clifford Neuman cont w/ pg 290
**DATE:**       1/24/2014
**LOCATION:**   Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 176 | $4.95 | $871.20 |
| Original Transcript - Daily Delivery | 176 | $4.95 | $871.20 |
| Interactive Real-time | 176 | $1.50 | $264.00 |
| Rough ASCII | 176 | $1.50 | $264.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 322 | $0.30 | $96.60 |
| Exhibits - Scanned & Hyperlinked - B&W | 322 | $0.15 | $48.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 176 | -$0.25 | -$44.00 |

|  | SUBTOTAL | $2,511.30 |
|---|---|---|
|  | SHIPPING & HANDLING | $30.00 |
|  | TOTAL | $2,541.30 |

$ 871.20

**Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012414-416136
**CLIENT MATTER #** 39667-002

**Bill To:**  Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

2124398

| | |
|---|---|
| **CASE:** | Adrea, LLC v. Barnes & Noble |
| **WITNESS:** | Dr. B. Clifford Neuman cont w/ pg 290 |
| **DATE:** | 1/24/2014 |
| **LOCATION:** | Los Angeles, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 4 | $100.00 | $400.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,010.00 |
| SHIPPING & HANDLING | $25.00 |
| TOTAL | $1,035.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

NOT ALLOWABLE

*210 89504*



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102413-316568
**CLIENT MATTER #** 39667-002

**Bill To:**   Brendan S. Cox Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**       Adrea, LLC v. Barnes & Noble
**WITNESS:**   William Ernest Rainey, III
**DATE:**       10/24/2013
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|--------------|-----------|--------|
| Certified Transcript | 107 | $3.25 | $347.75 |
| Certified Transcript - 3 Day Delivery | 107 | $2.00 | $214.00 |
| Interactive Real-time | 107 | $1.50 | $160.50 |
| Rough ASCII | 107 | $1.50 | $160.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 157 | $0.15 | $23.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  |  |
|--|--|
| SUBTOTAL | $906.30 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $961.30 |

*$347.75*

**Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*Adrea 39667.002*

2108952 *(handwritten)*



REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102413-316569
**CLIENT MATTER #** 39667-002

**Bill To:**     Brendan S. Cox Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**      Adrea, LLC v. Barnes & Noble
**WITNESS:**   William Ernest Rainey, III
**DATE:**      10/24/2013
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $190.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $230.00 |

*(handwritten)* 2 0

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*(handwritten)* Gift Not Allowable

*(handwritten)* Adrea 39667.002



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102213-316560
**CLIENT MATTER #** 39667-002

*2111529*

**Bill To:**    Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

**CASE:**        Adrea, LLC v. Barnes & Noble
**WITNESS:**     Talal Shamoon, Ph. D.
**DATE:**        10/22/2013
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 389 | $3.25 | $1,264.25 |
| Certified Transcript - 3 Day Delivery | 389 | $2.00 | $778.00 |
| Certified Transcript - Evening Pages | 81 | $1.25 | $101.25 |
| Interactive Real-time | 389 | $1.50 | $583.50 |
| Rough ASCII | 389 | $1.50 | $583.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 574 | $0.15 | $86.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $3,396.60 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $3,451.60 |

*$1,365.50*

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102213-316581
**CLIENT MATTER #** 39667-002

**Bill To:**    Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*2111528*

**CASE:**    Adrea, LLC v. Barnes & Noble
**WITNESS:**    Talal Shamoon, Ph. D.
**DATE:**    10/22/2013
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 4 | $50.00 | $200.00 |
| | SUBTOTAL | | $200.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $240.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/18/2013
INVOICE # 100813-315866
CLIENT MATTER # 39667-002

**Bill To:**
Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

*2106193*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Yevgenly Eugene Shteyn
**DATE:** 10/8/2013
**LOCATION:** Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 118 | $3.25 | $383.50 |
| Certified Transcript - Daily Delivery | 118 | $3.25 | $383.50 |
| Interactive Real-time | 118 | $1.50 | $177.00 |
| Rough ASCII | 118 | $1.50 | $177.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 28 | $0.25 | $7.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,128.00 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,158.00 |

*$383.50*

**Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



**TSGr**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 100813-204645
**CLIENT MATTER #** 39667-002

Bill To:     Brooke Harwood          *2109439*
             Proskauer Rose LLP
             One International Place
             Boston, MA 02110-2600

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Yevgeniy Eugene Shteyn
**DATE:** 10/8/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $12.50 |
| | | TOTAL | $202.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*Not allowable*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012114-318815
**CLIENT MATTER #** 39667-002

**Bill To:** Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

*2124393*

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Dr. Xin Wang
**DATE:** 1/21/2014
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $475.00 |
| SHIPPING & HANDLING | $25.00 |
| TOTAL | $500.00 |

### Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*Not billable w*

*WN*



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 012114-318814
**CLIENT MATTER #** 39667-002

**Bill To:**
Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

2124394

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Dr. Xin Wang
**DATE:** 1/21/2014
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 334 | $3.25 | $1,085.50 |
| Certified Transcript - 3 Day Delivery | 334 | $2.00 | $668.00 |
| Certified Transcript - Evening Pages | 65 | $1.25 | $81.25 |
| Interactive Real-time | 334 | $1.50 | $501.00 |
| Rough ASCII | 334 | $1.50 | $501.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 356 | $0.15 | $53.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,890.15 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $2,920.15 |

$1,164.75

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/18/2013
INVOICE # 092613-315860
CLIENT MATTER # 39667-002

2106197

**Bill To:**
Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** James A. Hilt
**DATE:** 9/26/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 209 | $4.50 | $940.50 |
| Original Transcript - 3 Day Delivery | 209 | $1.75 | $365.75 |
| Original Transcript - Early AM Pages | 14 | $2.00 | $28.00 |
| Interactive Real-time | 209 | $1.45 | $303.05 |
| Rough ASCII | 209 | $1.45 | $303.05 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Reporter App Fee / Early AM Session - Videotaped | 1 | $97.50 | $97.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 264 | $0.25 | $66.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 209 | -$0.25 | -$52.25 |

| | | |
|---|---|---|
| SUBTOTAL | | $2,181.60 |
| SHIPPING & HANDLING | | $35.00 |
| TOTAL | | $2,216.60 |

2968.50

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

 2/06/96



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/18/2013
**INVOICE #** 092613-315861
**CLIENT MATTER #** 39667-002

**Bill To:**  Colin G. Cabral Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

**CASE:** Adrea, LLC v Barnes & Noble
**WITNESS:** James A. Hilt
**DATE:** 9/26/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:** Videographer 8r5

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $275.00 | $275.00 |
| Videographer - Additional Hours | 5 | $95.00 | $475.00 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $142.50 | $71.25 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $821.25 |
| | SHIPPING & HANDLING | $25.00 |
| | TOTAL | $845.25 |

Not allow

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116468 | 5/17/2016 | 44315 |
| **Job Date** | **Case No.** | |
| 5/10/2016 | 13CV4137 | |
| **Case Name** | | |
| Adrea LLC v. Barnes & Nobles | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA 90067-3206

---

COPY OF TRANSCRIPT (EXPEDITED) OF:

David Yurkerwich                                                                      5,862.80

    Interactive Realtime

    Rough Draft/ASCII

    Exhibit Package                                          626.00  Pages

    Litigation Support Package

    Shipping & Handling (O)

                    TOTAL DUE  >>>                   **$5,862.80**

                    AFTER 6/16/2016  PAY            $6,155.94

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

                  (-) Payments/Credits:                    0.00

**Tax ID:** 13-4091601

---

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA 90067-3206

| | | |
|---|---|---|
| Invoice No. | : | 116468 |
| Invoice Date | : | 5/17/2016 |
| **Total Due** | : | **$6,507.70** |

Remit To:  **AP for the benefit of David Feldman**
        **Worldwide, Inc.**
        **PO Box 823473**
        **Philadelphia PA 19182-3461**

| | | |
|---|---|---|
| Job No. | : | 44315 |
| BU ID | : | DFW CR |
| Case No. | : | 13CV4137 |
| Case Name | : | Adrea LLC v. Barnes & Nobles |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

2/21/170

# INVOICE

**DATE:** 1/29/2014
**INVOICE #** 011714-318743
**CLIENT MATTER #** 39667-002

**Bill To:**     Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

| | |
|---|---|
| **CASE:** | Adrea, LLC v. Barnes & Noble |
| **WITNESS:** | Ned S. Barnes |
| **DATE:** | 1/17/2014 |
| **LOCATION:** | New York, NY |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 303 | $4.50 | $1,363.50 |
| Original Transcript - 3 Day Delivery | 303 | $1.75 | $530.25 |
| Original Transcript - Evening Pages | 19 | $2.00 | $38.00 |
| Interactive Real-time | 303 | $1.45 | $439.35 |
| Rough ASCII | 303 | $1.45 | $439.35 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $97.50 | $97.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 442 | $0.25 | $110.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 49 | $1.50 | $73.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 303 | -$0.25 | -$75.75 |

| | | |
|---|---|---|
| | SUBTOTAL | $3,146.20 |
| | SHIPPING & HANDLING | $40.00 |
| | TOTAL | $3,186.20 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

$1,401.50



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/29/2014
**INVOICE #** 011714-318744
**CLIENT MATTER #** 39667-002

DIMO 2121169

**Bill To:** Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Ned S. Barnes
**DATE:** 1/17/2014
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $275.00 | $275.00 |
| Videographer - Additional Hours | 7.5 | $95.00 | $712.50 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $142.50 | $71.25 |
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,533.75 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,558.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

NOT APPROVED



**TSG REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 5/23/2016
**INVOICE #** 051216-462337
**CLIENT MATTER #** 39667-002

**Bill To:**
Hannah Silverman
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Ned S. Barnes
**DATE:** 5/12/2016
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 285 | $4.50 | $1,282.50 |
| Original Transcript - 3 Day Delivery | 285 | $1.75 | $498.75 |
| Local Real-time Transcription | 285 | $1.45 | $413.25 |
| Rough Transcript | 285 | $1.45 | $413.25 |
| Reporter Appearance Fee / Session | 2 | $40.00 | $80.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 510 | $0.15 | $76.50 |
| Exhibits - Scanned & Hyperlinked - Color | 86 | $1.50 | $129.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 285 | -$0.25 | -$71.25 |

| | | |
|---|---|---|
| SUBTOTAL | $2,822.00 |
| SHIPPING & HANDLING | $17.50 |
| TOTAL | $2,839.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.6% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

$1,282.50



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102513-411973
**CLIENT MATTER #** 39667-002

**Bill To:**  Baldassare Vinti Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

2106168

**CASE:**       Adrea, LLC v  Barnes & Noble
**WITNESS:**    Richard Nagle
**DATE:**       10/25/2013
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**  transcripts

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 210 | $4.50 | $945.00 |
| Original Transcript - 3 Day Delivery | 210 | $1.75 | $367.50 |
| Interactive Real-time | 210 | $1.45 | $304.50 |
| Rough ASCII | 210 | $1.45 | $304.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 415 | $0.25 | $103.75 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 33 | $1.50 | $49.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 210 | -$0.25 | -$52.50 |

| | |
|---|---|
| SUBTOTAL | $2,152.25 |
| SHIPPING & HANDLING | $15.00 |
| TOTAL | $2,167.25 |

8945.00

**Please make all checks payable to: TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check  All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

**DATE:** 10/31/2013
**INVOICE #** 102513-411974
**CLIENT MATTER #** 39667-002

**Bill To:**
Baldassare Vinti Esq
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

2106167

**CASE:** Adrea, LLC v. Barnes & Noble
**WITNESS:** Richard Nagle
**DATE:** 10/25/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:** Videographer 8vcs

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $275.00 | $275.00 |
| Videographer - Additional Hours | 5.5 | $95.00 | $522.50 |
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,272.50 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,287.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

NOT ALLOWABLE

2118757



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

REPORTING

DATE: 1/24/2014
INVOICE # 011014-415535
CLIENT MATTER # 39667-002

Bill To:    Brooke Harwood
            Proskauer Rose LLP
            One International Place
            Boston, MA 02110-2600

CASE:       Adrea, LLC v. Barnes & Noble
WITNESS:    Stephen P. Magee, Ph.D
DATE:       1/10/2014
LOCATION:   New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 327 | $3.25 | $1,062.75 |
| Certified Transcript - 3 Day Delivery | 327 | $2.00 | $654.00 |
| Certified Transcript - Evening Pages | 52 | $1.25 | $65.00 |
| Interactive Real-time | 327 | $1.45 | $474.15 |
| Rough ASCII | 327 | $1.45 | $474.15 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 437 | $0 15 | $65.55 |
| Exhibits - Scanned & Hyperlinked - Color | 204 | $1 50 | $306.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0 00 |

|  | SUBTOTAL | $3,101.60 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $30.00 |
|  | TOTAL | $3,131 60 |

$1,127.75

**Please make all checks payable to: TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

211876D



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 1/24/2014
**INVOICE # 011014-415536**
**CLIENT MATTER # 39667-002**

Bill To:     Brooke Harwood
             Proskauer Rose LLP
             One International Place
             Boston, MA 02110-2600

CASE:        Adrea, LLC v Barnes & Noble
WITNESS:     Stephen P. Magee, Ph.D.
DATE:        1/10/2014
LOCATION:    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 5 | $95 00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50 00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $500.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check   All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit   If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Not a how Bu

2113901



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 12/31/2013
**INVOICE # 112713-414207**
**CLIENT MATTER # 39667-002**

**Bill To:**    Brooke Harwood
             Proskauer Rose LLP
             One International Place
             Boston, MA 02110-2600

**CASE:**        Adrea, LLC v Barnes & Noble
**WITNESS:**     James Rosenstock
**DATE:**        11/27/2013
**LOCATION:**    London, England

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | SUBTOTAL | | $190.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | TOTAL | | $215.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit  If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

NOT ALLOWABLE

2118904



Corporate Headquarters,
747 Third Avenue, Suite 10A
New York. NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com



**DATE:** 12/31/2013
**INVOICE #** 112713-414206
**CLIENT MATTER #** 39667-002

**Bill To:**    Brooke Harwood
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**CASE:**       Adrea, LLC v Barnes & Noble
**WITNESS:**    James Rosenstock
**DATE:**       11/27/2013
**LOCATION:**   London, England

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 91 | $3 95 | $359 45 |
| Certified Transcript - 3 Day Delivery | 91 | $2.75 | $250 25 |
| Interactive Real-time | 91 | $3.00 | $273 00 |
| Rough ASCII | 91 | $3.00 | $273.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |

| | | SUBTOTAL | $1,155.70 |
|---|---|----------|-----------|
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,185.70 |

$359.45

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT C



# WESTIN°
## HOTELS & RESORTS

### The Westin New York

270 West 43rd Street
New York, NY 10036

## Your Billing Information

Starwood Hotels & Resorts Worldwide, Inc.

LE MERIDIEN    FOUR POINTS    WESTIN    THE LUXURY COLLECTION    bliss



aloft    Sheraton    ST REGIS    W HOTELS

The Westin New York At Times Square
Pedro Polanco
(armbill)

Proskauer Trial Att80-3059154 - Account No 122797
INVOICE
*** Deposits/Payments/Transfers ***

08-Nov-2014 10:57 AM
Page 3 of 4

| Date | Description | Reference | Deposit | Total |
|------|-------------|-----------|---------|-------|
| 28-Sep-2014 | Transfers | DEPOSIT | -32890.46 | -32890.46 |
| | Total | | -32890.46 | -32890.46 |

The Westin New York At Times Square
Pedro Polanco
(armbill)

Proskauer Trial Att80-3059154 - Account No  122797
INVOICE
*** Individual Guest Charges ***

08-Nov-2014 10:57 AM
Page 4   of   4

| Name | Room | Folio | Room/Chg | Room Tax | Total |
|---|---|---|---|---|---|
| Bauer, Steven | 3202 | 2415237 | 1107.00 | 173.79 | 1280.79 |
| Bauer, Steven | 3202 | 2425029 | 369.00 | 57.93 | 426.93 |
| Bauer, Steven | 2609 | 2426781 | 1476.00 | 231.72 | 1707.72 |
| Bauer, Steven | 3209 | 2430187 | 1995.00 | 311.77 | 2306.77 |
| Berg, Brian | 3002 | 2422635 | 2214.00 | 347.58 | 2561.58 |
| Berg, Brian | 2307 | 2425612 | 1476.00 | 231.72 | 1707.72 |
| Berk, Scott | 2634 | 2415243 | 7470.00 | 1171.86 | 8641.86 |
| Cabral, Colin | 2410 | 2415238 | 8757.00 | 1372.21 | 10129.21 |
| Cox, Brendan | 3206 | 2415239 | 8208.00 | 1287.72 | 9495.72 |
| Dalsen, William | 2206 | 2428785 | 369.00 | 57.93 | 426.93 |
| Frontiera, Angela | 3931 | 2415246 | 5904.00 | 926.88 | 6830.88 |
| Frontiera, Angela | 4501 | 2428787 | 1257.00 | 195.91 | 1452.91 |
| Harwood, Brooke | 2305 | 2415244 | 8727.00 | 1367.79 | 10094.79 |
| Kitchura, John | 3204 | 2428783 | 369.00 | 57.93 | 426.93 |
| Lai, Vincent | 2706 | 2428747 | 369.00 | 57.93 | 426.93 |
| Lai, Vincent | 2706 | 2430573 | 369.00 | 57.93 | 426.93 |
| Magee, Stephen | 2936 | 2415250 | 4059.00 | 637.23 | 4696.23 |
| Miller, Micah | 2710 | 2415240 | 8208.00 | 1287.72 | 9495.72 |
| Mustafa, Zafer | 2842 | 2415242 | 7470.00 | 1171.86 | 8641.86 |
| Reed, Jinnie | 3409 | 2419991 | 1845.00 | 289.65 | 2134.65 |
| Reed, Jinnie | 1501 | 2426788 | 1476.00 | 231.72 | 1707.72 |
| Schneider, Heidi | 2301 | 2415245 | 8268.00 | 1296.58 | 9564.58 |
| Shteyn, Eugene | 2405 | 2415248 | 1476.00 | 231.72 | 1707.72 |
| Spertzel, Scott | 1035 | 2415251 | 5595.00 | 877.79 | 6472.79 |
| Stafford, Laura | 4341 | 2415241 | 8667.00 | 1358.93 | 10025.93 |
| Wang, Xin | 3331 | 2415249 | 5595.00 | 877.79 | 6472.79 |
| Total | | | 103095.00 | 16169.59 | 119264.59 |

End of Report

## week 1 10/1 through 10/10

|  |  | NAME | WED 1-Oct | THUR 2-Oct | FRI 3-Oct | SAT 4-Oct | SUN 5-Oct | MON 6-Oct | DAY 1 TUES 7-Oct | DAY 2 WED 8-Oct | THURS 9-Oct | DAY 3 FRI 10-Oct | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROSKAUER TEAM | 1 | STEVEN BAUER | | | | | | | | | | | 4 |
| | 2 | COLIN CABRAL | | | | | | | | | | | 10 |
| | 3 | BRENDAN COX | | | | | | | | | | | 10 |
| | 4 | MICAH MILLER | | | | | | | | | | | 10 |
| | 5 | LAURA STAFFORD | | | | | | | | | | | 10 |
| | 6 | ZAFER MUSTAFA | | | | | | | | | | | 8 |
| | 7 | SCOTT BERK | | | | | | | | | | | 8 |
| | 8 | BROOKE HARWOOD | | | | | | | | | | | 10 |
| | 9 | HEIDI SCHNEIDER | | | | | | | | | | | 10 |
| | 10 | ANNIE REED | | | | | | | | | | | 5 |
| | 11 | ANGELA FRONTIERA | | | | | | | | | | | 10 |
| EXPERTS | 12 | BRIAN BERG | | | | | | | | | | | 5 |
| | 13 | EUGENE SHTEYN | | | | | | | | | | | 4 |
| | 14 | XIN WANG | | | | | | | | | | | 4 |
| | 15 | STEPHEN MCGEE | | | | | | | | | | | 4 |
| | 16 | SCOTT SPERTZEL | | | | | | | | | | | 4 |
| | | | | | | | | | | | | | 116 |

## week 2 10/11 through 10/17

|  |  | NAME | SAT 11-Oct | HOLIDAY SUN 12-Oct | MON 13-Oct | DAY 4 TUES 14-Oct | DAY 5 WED 15-Oct | DAY 6 THURS 16-Oct | DAY 7 FRI 17-Oct | |
|---|---|---|---|---|---|---|---|---|---|---|
| PROSKAUER TEAM | 1 | STEVE BAUER | | | | | | | | 7 |
| | 2 | COLIN CABRAL | | | | | | | | 7 |
| | 3 | BRENDAN COX | | | | | | | | 7 |
| | 4 | MICAH MILLER | | | | | | | | 7 |
| | 5 | LAURA STAFFORD | | | | | | | | 7 |
| | 6 | SCOTT BERK | | | | | | | | 7 |
| | 7 | ZAFER MUSTAFA | | | | | | | | 7 |
| | 8 | BROOKE HARWOOD | | | | | | | | 7 |
| | 9 | ANGELA FRONTIERA | | | | | | | | 6 |
| | 10 | VINNIE LAI | | | | | | | | 1 |
| | 11 | JOHN KITCHURA | | | | | | | | 1 |
| | 12 | WILLIAM DALSEN | | | | | | | | 2 |
| | 13 | HEIDI SCHNEIDER | | | | | | | | 7 |
| | 14 | ANNIE REED | | | | | | | | 5 |
| EXPERTS | 15 | BRIAN BERG | | | | | | | | 4 |
| | 16 | XIN WANG | | | | | | | | 7 |
| | 17 | STEPHEN MCGEE | | | | | | | | 7 |
| | 18 | SCOTT SPERTZEL | | | | | | | | 7 |
| | | | | | | | | | | 96 |

## week 3 10/18 through 10/23 (subject to change)

|  |  | NAME | SAT 18-Oct | SUN 19-Oct | DAY 8 MON 20-Oct | DAY 9 TUES 21-Oct | DAY 10 WED 22-Oct | CK OUT? THURS 23-Oct | |
|---|---|---|---|---|---|---|---|---|---|
| PROSKAUER TEAM | 1 | STEVE BAUER — | | | | | | | 6 |
| | 2 | COLIN CABRAL — | | | | | | | 6 |
| | 3 | BRENDAN COX — | | | | | | | 6 |
| | 4 | MICAH MILLER — | | | | | | | 6 |
| | 5 | LAURA STAFFORD — | | | | | | | 6 |
| | 6 | SCOTT BERK — | | | | | | | 6 |
| | 7 | ZAFER MUSTAFA — | | | | | | | 6 |
| | 8 | BROOKE HARWOOD— | | | | | | | 6 |
| | 9 | HEIDI SCHNEIDER— | | | | | | | 6 |
| | 10 | ANGELA FRONTIERA— | | | | | | | 4 |
| | 11 | SCOTT SPERTZEL | | | | | | | 3 |
| EXPERTS | 12 | XIN WANG | | | | | | | 3 |
| | | | | | | | | | 58 |

# THE WESTIN NEW YORK

## AT TIMES SQUARE

### Agreement between Westin New York at Times Square and PROSKAUER

**PROSKAUER**
One International Place
Boston, MA 02110-2600
Angela Frontiera
afrontiera@proskauer.com
Phone: 617-526-9604

**Westin New York at Times Square**
270 West 43rd Street
New York, NY 10036
Melissa Richter
Sales Specialist, Group
Phone: 212-201-4602
Fax: 212-201-4669
melissa.richter@westin.com

RE:    Proskauer Trial

This Agreement between PROSKAUER ("Group") and Westin New York at Times Square ("Hotel") is effective as of the date it is signed by Hotel on or before Friday, August 29, 2014 ("Agreement Date").

<u>Group/Event Dates</u>: Wednesday, October 01, 2014 - Friday, October 17, 2014

<u>Guest Rooms</u>: This Agreement applies to the following block of guest rooms (the "Room Block"):

|  | Wed10 /01 | Thu10/ 02 | Fri10/0 3 | Sat10/ 04 | Sun10 /05 | Mon10 /06 | Tue10/ 07 | Wed10 /08 |
|--------|------|------|------|------|------|------|------|------|
| Deluxe | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |

|  | Thu10/ 09 | Fri10/1 0 | Sat10/ 11 | Sun10 /12 | Mon10 /13 | Tue10/ 14 | Wed10 /15 | Thurs 10/16 |
|--------|------|------|------|------|------|------|------|------|
| Deluxe | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |

<u>Total Guest Room Night Commitment</u>: Group's total guest room night commitment is 272.

<u>Cut-off Date</u>: The Rooming list is due 72 hours before arrival date per night.

<u>Rates</u>: Hotel will provide the following special net, non-commissionable guest room rates below for the Room Block (the "Rates"):

| Room | Single Rate | Double Rate |
|--------|---------|---------|
| Deluxe | $369.00 | $369.00 |

Rates apply towards rooms with single and/or double occupancy only unless noted above. $30 additional surcharge will apply for Triple Occupancy and $60 additional surcharge will apply for Quad occupancy.

Rates do not include applicable state and local taxes, currently <u>14.75%</u> as well as a <u>$2.00</u> occupancy charge, and a hotel unit fee equal to <u>$1.50</u> per unit per day. All taxes are subject to change without notice.

<u>Early Departure and Minimum Guarantee:</u> If the group decides to depart early they will be charged for 2 night's room and tax based upon how many room nights are occupied at that time. They will need to guarantee at least 10 rooms per night.

<u>Minimum Revenue</u>: This Agreement will generate revenue for Hotel from a variety of sources, including guest rooms, food & beverage, and charges for ancillary services. The minimum revenue anticipated by Hotel under this Agreement (excluding taxes and other charges) is:

| | |
|---|---|
| Minimum Guest Room Revenue (*# of room nights in Room Block x average Rate*): | $ 100,368.00 |
| Total Minimum Revenue: | $100,368.00 |

If Group does not fulfill all of its commitments or cancels this Agreement, Group agrees that Hotel will suffer damages that will be difficult to determine. The "Attrition" and "Cancellation" provisions below provide for liquidated damages agreed upon by the parties as a reasonable estimate of Hotel's losses and do not constitute a penalty of any kind.

**Cancellation:** If Group cancels this Agreement, Group will provide written notice to Hotel, accompanied (except in the case of a Force Majeure) by payment of the amounts indicated below:

From the Agreement Date to Wednesday, October 01, 2014 there will be an on going cancellation agreement of 2 nights room and tax for the first 2 contracted room nights totaling 34 room nights.

The parties agree that the amounts included in this Cancellation clause are reasonable estimates of the losses that would be incurred by Hotel and factor in Hotel's ability to mitigate its losses through resale.

**Payment Options:** Payment will be made as indicated below. *Please check applicable option.*

| Guest rooms (including taxes and automatic or mandatory charges): | x Group | ☐ Guests |
|---|---|---|
| Incidental charges: | ☐ Group | x Guests |

**Master Account:** Hotel will set up a "Master Account" for Group for payment of charges under this Agreement. Group must review all charges billed to the Master Account to ensure accurate billing.

**Deposit Schedule:** A deposit of 2 nights' room and tax on 17 rooms per night is due at contract signing. The client will apply for direct billing.

**Payment:** Unless direct billing has been established, Group will pay the estimated amount of the Master Account as shown on the deposit schedule. Group will advise Hotel of its expected method of payment of the Master Account at least 30 days in advance of Wednesday, October 01, 2014. If Group will pay using a credit card honored by Hotel, a valid credit card must be provided to Hotel no later than Wednesday, October 01, 2014, and all Master Account charges will be charged to such credit card at departure. Any amounts not paid at departure will accrue interest at 1½% per month from the date of departure. Upon application and review by Hotel, Hotel may elect to extend direct billing privileges to Group. If direct billing has been established, payment of all undisputed amounts is due within 30 days of Group's receipt of invoice from Hotel, and if not paid within 30 days will accrue interest at 1½ % per month from date of departure. Group must notify Hotel of any disputes within 5 business days of Group's receipt of invoice from Hotel or disputes will be considered waived.   If Hotel determines after establishing direct billing or a deposit schedule that Group's credit status has changed negatively, Hotel may require payment of all estimated Master Account charges no later than 14 days before Wednesday, October 01, 2014.

**Concessions:**
Complimentary basic wireless in guestrooms
10% off in room dining

**Relocation:** If any guest room reservation cannot be accommodated by Hotel, Hotel will provide: (1) accommodations at a comparable Hotel reasonably nearby at no charge for the first night; (2) one complimentary round trip ground transportation between Hotel and the alternate hotel for each day the guest is displaced; (3) one 5 minute phone call and necessary arrangements for forwarding of the displaced guest's telephone messages and mail; (4) an offer to relocate the displaced guest back to the first available guest room; (5) upgraded accommodations at Hotel upon return (if available) and a welcome expression from the General Manager; and (6) credit to Room Block for any nights that guests are displaced.

**Disclosure:** Group will be responsible for determining to whom it needs to disclose any terms of this Agreement, including any commission or rebate that it may receive.   Group will disclose to all Group attendees the type and amount of all automatic and mandatory charges that will be charged to them by Hotel.

**Laws and Policies:** Each party will comply with all applicable federal, state and local laws (including the Americans with Disabilities Act) and Hotel rules and policies.   Group will be responsible for providing its disabled members with auxiliary aids in connection with any Group events or activities.  Upon Group's reasonable request, Hotel will cooperate with Group to provide services on behalf of Group's disabled attendees.

**Privacy:** Group will obtain all necessary rights and permissions prior to providing any personally identifiable information ("PII") to Hotel, including all rights and permissions required for Hotel, Starwood Hotels & Resorts Worldwide, Inc. ("Starwood"), Starwood affiliates, and service providers to use and transfer the PII to locations both within and outside the point of collection (including the United States) in accordance with Starwood's privacy statement (www.starwoodhotels.com/corporate/privacy_policy.html) and applicable law.

**Confidential Information:** Group and Hotel will each take reasonable steps to keep all confidential information provided by the other party confidential and to identify information as confidential when shared.   Confidential information will not include: (1) information that is publicly available; (2) PII, which will be handled by the parties in accordance with the "Privacy" provision above; or (3) information that is left or discarded in event rooms, public space or guest rooms.

**Insurance:** Each party will maintain insurance sufficient to cover any claims or liabilities which may reasonably arise out of or relate to its obligations under this Agreement and will provide evidence of such insurance upon request.

*_____Initial*

**Indemnification**: Each party will indemnify, defend and hold the other harmless from any loss, liability, costs or damages arising from actual or threatened claims resulting from its breach of this Agreement or the negligence, gross negligence or intentional misconduct of such party or its officers, directors, employees, agents, contractors, members, or participants. Neither party will be liable for punitive damages.

**Dispute Resolution**: The parties will resolve any claim or dispute arising out of or relating to this Agreement through binding arbitration before one arbitrator conducted under the rules of the American Arbitration Association or JAMS in the state and city in which Hotel is located. The law of the state in which Hotel is located will be the governing law. The arbitration award will be enforceable in any state or federal court. In any arbitration or litigation arising out of or relating to this Agreement or the enforcement of any arbitration award, the prevailing party will recover attorneys' fees and costs including expert witness and arbitration fees and pre- and post-judgment interest. Each party will be responsible for attorneys' fees and interest associated with the other party's efforts to collect monies owed under this Agreement.

**Force Majeure**: If acts of God or government authorities, natural disasters, or other emergencies beyond a party's reasonable control make it illegal or impossible for such party to perform its obligations under this Agreement, such party may terminate this Agreement upon written notice to the other party without liability.

**Notice**: Any notice required or permitted by the terms of this Agreement must be in writing.

**Assignment**: Group may not assign or delegate its rights or duties under this Agreement without Hotel's prior approval.

**Severability**: If any provision of this Agreement is held to be invalid or unenforceable that provision will be eliminated or limited to the minimum extent possible, and the remainder of the Agreement will have full force and effect.

**Waiver**: If either party agrees to waive its right to enforce any term of this Agreement, it does not waive its right to enforce any other terms of this Agreement.
This Agreement constitutes the entire agreement between the parties, supersedes all other written and oral agreements between the parties concerning its subject matter, and may not be amended except by a writing signed by Hotel and Group.

ACCEPTED AND AGREED TO:

PROSKAUER
(Name of Association/Company)

By _____
Angela Frontiera

Date _____

Dream Team Associates, LLC, a New York limited liability company, as Owner of The Westin New York at Times Square
By: Westin Hotel Management, L.P., a Delaware limited partnership its Operator

By _____
Melissa Richter, Sales Specialist, Group

Date _____

By _____
Director of Sales/ Director of Sales and Marketing

Date _____

_____Approved to send    _____Date

3

,

## Event Logistics

Payment: For credit card payments, a link will be sent via email to the party responsible for payment of the group master bill. This link, through RESconnect, is a secure website created in accordance to the Protection and Privacy Information Act. The information on this link must be completed within one week from the date of receipt of credit card email by 12:00 PM EST for the payment amount(s) due.

Rooming List: Guest room reservations will be made by rooming list that includes a clear listing of names, arrival/departure dates, and types of accommodations desired for each individual. The rooming list must be received no later than 72 hours of arrival date per night. All reservations made by rooming list will be guaranteed for arrival to the Master Account.

Porterage: Please note that all group arrivals and master billed rooms are subject to a mandatory union baggage handling charge of $8.36 (in/out) round trip, per person, per bag. Prices are subject to change. The following porterage charges will apply for future dates:
- July 1, 2014 to June 30, 2015 - $8.36

_____Initial

# AMERICAN EXPRESS **TRAVEL**

## Travel Arrangements for MAGEE/STEPHEN P

**American Express Travel Record Locator**    **XNCBSE**

**AgentDetails**

Platinum Travel Service
2401 W Behrend Dr Ste.55 M/C 08-03-69
Phoenix Arizona 85027
Toll Free 1-800-443-7672
When Overseas Call Collect 602-537-4000

**Ticket Information for MAGEE/STEPHEN P**

| | | | |
|---|---|---|---|
| | **American Airlines** | | 16/10/2014 |
| | 7501272114 | | 1116010 |
| | Yes | | |

**Charges**

| | |
|---|---|
| Itinal Consumer to Attraction fee | 809.60 |
| | 695.81 |
| | 74.79 |
| | 770.60 |
| | 38.00 |

**Ticket Information for MAGEE/STEPHEN P**

| | | | |
|---|---|---|---|
| | **United Airlines** | | 03/10/2014 |
| | 7498288117 | | 1073897 |
| | Yes | | |

**Charges**

| | |
|---|---|
| Initial Charge The Passenger fee | 471.10 |
| | 388.84 |
| | 43.26 |
| | 432 10 |
| | 39.00 |

The Baggage Rules of American Airlines apply to this itinerary, and can be accessed by visiting
http://my.ame...a.c...m...aggage

## Travel Details      Thursday 16 Oct 14

### Other Information

UNUSED TICKET JET BLUE VALUED 158.99. NONE REFUNDABLE





---

## Receipt Request

JetBlue Airways <donotreply@jetblue.com>                    Sat, Oct 11, 2014 at 8:38 PM
To: BRIANBERG@gmail.com

# jetBlue·                                                    RECEIPT

## TRAVEL PURCHASE

**Date:** October 07, 2014          **Record Locator:** JCDJTD

| | |
|---|---|
| Ticket Number(s): | 2792119494267 |
| Traveler(s): | BERG, BRIAN ALRIE MR |

| Flight Details: | Flight Number | | City Pair |
|---|---|---|---|
| | 915 | | JFK-SFO |

| | | |
|---|---|---|
| Travel Date: | October 09 | |
| Base Fare: | $497.56 | USD |
| Taxes· | $51.42 | USD |
| **Base Fare Total:** | **$548.98** | USD |
| Payment(s): | | |

| | | |
|---|---|---|
| Travel Bank Account XXXXXXXXXXXX9498 | $249.00 | USD |
| Visa card XXXXXXXXXXXX4947 | $299.98 | USD |

## FEES

**Date:** October 07, 2014

**Ticket Number:** 2790613928416                    **Name:** BERG, BRIAN

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $99.00 | $0.00 | $99.00 |

Total:              **$99.00**                    USD

Payment(s):

                    Visa card 4388********4947                    $99.00      USD


## TOTAL PAID*: $647.98 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded


Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE



## Receipt Request

**JetBlue Airways** <donotreply@jetblue.com>                          Sun, Oct 12, 2014 at 7:43 AM
To: BRIANBERG@gmail.com

# jetBlue·                                                    RECEIPT

### TRAVEL PURCHASE

| | |
|---|---|
| **Date:** October 09, 2014 | **Record Locator:** JHYMIB |

| | | |
|---|---|---|
| Ticket Number(s): | 2792119629881 | |
| Traveler(s): | BERG, BRIAN ALRIE MR | |
| Flight Details: | Flight Number | City Pair |
| | 670 | SJC-JFK |
| Travel Date· | October 12 | |
| Base Fare: | $730.12 | USD |
| Taxes: | $68.86 | USD |
| Base Fare Total: | **$798.98** | USD |
| Payment(s): | | |
| | Visa card XXXXXXXXXXXX4947 | $798.98    USD |

### FEES

**Date:** October 09, 2014

**Ticket Number:** 2790613970766                          **Name:** BERG, BRIAN                                        .

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $80.00 | $0.00 | $80.00 |
| Total: | **$80.00** | USD | | |

Payment(s):

Visa card 4388********4947                              $80.00        USD

## TOTAL PAID*: $878.98 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated
by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes,
and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE


by Google

**Brian Berg <brianberg@gmail.com>**

## Receipt Request
1 message

**JetBlue Airways** <donotreply@jetblue.com>                    Sun, Oct 12, 2014 at 5:26 PM
To: BRIANBERG@gmail.com

# jetBlue·                                          RECEIPT

## TRAVEL PURCHASE

**Date:** October 12, 2014                    **Record Locator:** MTEQMM

Ticket Number(s):       2792119775273

Traveler(s):            BERG, BRIAN ALRIE MR

Flight Details:         Flight Number                City Pair

                        915                          JFK-SFO

Travel Date:            October 15

Base Fare:              $360.84         USD

Taxes:                  $41.16          USD

Base Fare Total:        **$402.00**         USD

Payment(s):

| | | |
|---|---|---|
| Travel Bank Account XXXXXXXXXXXX9498 | $398.98 | USD |
| Visa card XXXXXXXXXXXX4947 | $3.02 | USD |

## FEES

**Date:** October 12, 2014

**Ticket Number:** 2790614022397                    **Name:** BERG, BRIAN

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $95.00 | $0.00 | $95.00 |

Total:              **$95.00**                        USD

Payment(s):

                    Visa card 4388********4947                       $95.00        USD


## TOTAL PAID*: $497.00 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded


Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated
by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes,
and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE



## Receipt Request

**JetBlue Airways** <donotreply@jetblue.com>
To: BRIANBERG@gmail.com

Wed, Oct 15, 2014 at 3:22 PM

# jetBlue           RECEIPT

## TRAVEL PURCHASE

**Date:** October 15, 2014        **Record Locator:** KOCBRW

| | |
|---|---|
| Ticket Number(s). | 2792119931156 |
| Traveler(s): | BERG, BRIAN ALRIE MR |

| Flight Details: | Flight Number | City Pair |
|---|---|---|
| | 669 | JFK-SJC |

| | | |
|---|---|---|
| Travel Date. | October 16 | |
| Base Fare: | $497.56 | USD |
| Taxes: | $51.42 | USD |
| Base Fare Total: | **$548.98** | USD |
| Payment(s): | | |

| | | |
|---|---|---|
| Travel Bank Account XXXXXXXXXXXX9498 | $252.00 | USD |
| Visa card XXXXXXXXXXXX4947 | $296.98 | USD |

## FEES

**Date:** October 15, 2014

**Ticket Number:** 2790614076670        **Name:** BERG, BRIAN

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $80.00 | $0.00 | $80.00 |

Total:              **$80.00**                    USD

Payment(s):

                    Visa card 4388********4947              $80.00      USD

## TOTAL PAID*: $628.98 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated
by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes,
and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE

```
**********************              4  JETBLUE AIRWAYS
                        PASSENGER RECEIPT 1        REFUNDABLE ONLY WITH
  JETBLUE AIRWAYS          12OCT14 21032152     US RELATED FLIGHT CPN
                        SJC WO9     / SAN JOSE    CA  RETAIN THIS RECEIPT
  BERG/BRIAN ALRIE MR                            6  THROUGHOUT YOUR
     **NOT VALID FOR**                              JOURNEY
     **TRANSPORTATION*   PSGR TICKET 2792119629881
                                                   FOR CONDITIONS OF
  SJCJFK-B6                                JHYMIB/ CONTRACT - SEE
  01   2ND BAG FEE              50.00             PASSENGER TICKET AND
                                                  BAGGAGE CHECK

                                                 NOT VALID FOR TRAVEL
  USD     50.00        FP BAXXXXXXXXXXXX4947 03486D
          NA
          NA
          NA               0 279 2601922353 5
  USD     50.00

                            —


  . . . . . . . . . . . . . . . . . . . .            1  JETBLUE AIRWAYS
                        PASSENGER RECEIPT 1         REFUNDABLE ONLY WITH
  JETBLUE AIRWAYS          16OCT14 21020086      US RELATED FLIGHT CPN
                        JFK 1RQ     / NEW YORK JFK   RETAIN THIS RECEIPT
  BERG/BRIAN ALRIE MR                            6  THROUGHOUT YOUR
     **NOT VALID FOR**                              JOURNEY
     **TRANSPORTATION*   PSGR TICKET 2792119931156
                                                   FOR CONDITIONS OF
  JFKSJC-B6                                KOCBRW/ CONTRACT - SEE
  02   CURBSIDE CHECK-IN        4.00              PASSENGER TICKET AND
  01   2ND BAG FEE             50.00              BAGGAGE CHECK

  USD     54.00        FP BAXXXXXXXXXXXX4947 09769D   NOT VALID FOR TRAVEL
          NA
          NA
          NA               0 279 2601949602 3
  USD     54.00
```

## Xin Wang

| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Wednesday, October 01, 2014 11:10 AM |
| **To:** | XIN.WANG.USC@GMAIL.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation JKDD4R |

 **UNITED**   A STAR ALLIANCE MEMBER

Confirmation:
## JKDD4R

Issue Date: October 01, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| WANG/XINDR | 0162424049412 | UA-JP66XXXX Premier Platinum / *G | 25D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 07OCT14 | UA867 | Q | LOS ANGELES, CA (LAX) **1:00 PM** | NEW YORK, NY (JFK) **9:34 PM** | 757-200 | Purchase |

**FARE INFORMATION**

**Fare Breakdown**

| | | **Form of Payment:** |
|---|---|---|
| Airfare: | 391.63USD | VISA |
| U.S. Federal Transportation Tax: | 29.37 | Last Four Digits 8894 |
| U.S. Flight Segment Tax: | 4.00 | |
| September 11th Security Fee: | 5.60 | |
| U.S. Passenger Facility Charge: | 4.50 | |
| Per Person Total: | 435.10USD | |

**eTicket Total:**      **435.10USD**

The airfare you paid on this itinerary totals: 391.63 USD

**The taxes, fees, and surcharges paid total: 43.47 USD**

| | |
|---|---|
| Fare Rules: | Additional charges may apply for changes in addition to any fare rules listed. |
| | NONREF/0VALUAFTDPT/CHGFEE |
| | Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE. |
| Add Collect: | An additional amount for the difference in fare was charged to VISA VIXXXXXXXXXXX8894 on Wednesday, October 01, 2014. $157.00 USD per ticket for an additional total of $157.00 USD was collected. |
| Additional Charges: | Wed., Oct. 1, 2014/Visa 8894 was charged 200.00 USD for the following: Change Fee / EDD 01629255191196 |

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/7/2014 Los Angeles, CA (LAX) to New York, NY (JFK) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**Additional Baggage Information**

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or**