# EXHIBIT D



**DTI**

64 West 48th Street
6th Floor
New York, NY 10036
Phone : 646-878-1527
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number.  834888

Invoice Date:  10/31/14

*2166869*

Bill To:
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Heidi M. Schneider

Ship To.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

| | | | |
|---|---|---|---|
| Customer ID | 22308 | Job No. | M84913 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | NYC KDP | Client / Matter No. | 39667.002 |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 7,008 | Print PDF Files from Disk B/W (Doc Bind) | 0.055 | 385.44 |
| 90 | Presentation Color Printing Letter | 0.30 | 27.00 |
| 168 | Custom Folder | 0.55 | 92.40 |
| 2 | Production Management (per hour) | 30.00 | 60.00 |

Trial SDNY
DTX_Admitted_Exhibits
JTX_Admitted_Exhibits
PTX_Admitted_Exhibits

Date Ordered: 10.21.14

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 564.84 |
| Total Sales Tax: | 50 13 |
| Total: | 614.97 |

Accepted By: _____

**Remit To:** DTI
PO Box 934272
Atlanta, GA 31193-4272

$385.44



2256869

**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone 646-878-1527
Fax :
Fed. ID No. · 58-2413793

# INVOICE

Invoice Number: 953668

Invoice Date. 06/22/16

Bill To.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Hannah Silverman

Ship To:
Proskauer Rose LLP
11 Times Square
New York, NY 10036

| | | | |
|---|---|---|---|
| Customer ID | 22308 | Job No | NY003470 |
| Terms | Net 45 Days | ESI Project No | |
| SalesPerson | MLS JXG | Client / Matter No | 39667/002 |
| SalesPerson 2 | | | |
| Cust P O | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 4,644 | Blowbacks B/W | 0 10 | 464.40 |
| 504 | Blowbacks - Color | 0 45 | 226.80 |
| 90 | Tabs - Custom | 0 50 | 45 00 |
| 6 | 2" Ring Binders | 10 00 | 60.00 |

? - off what

Date 06/20/2016

RECEIVED
JUL 1 2 2016
FINANCE DEPARTMENT

Thank you for choosing DTI
Past due invoices are subject to 1 5% interest per month

| | |
|---|---|
| Subtotal: | 796 20 |
| Total Sales Tax: | 70 66 |
| Total | 866.86 |

Accepted By _____

Remit To: DTI
PO Box 934272
Atlanta, GA 31193 4272



225872

## DTI

64 West 48th Street
6th Floor
New York, NY 10036
Phone: 646-878-1527
Fax:
Fed. ID No.: 58-2413793

# INVOICE

Invoice Number: 953691

Invoice Date: 06/23/16

Bill To
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Hannah Silverman

Ship To:
Proskauer Rose LLP
11 Times Square
New York, NY 10036

| | | | |
|---|---|---|---|
| Customer ID | 22308 | Job No | NY003497 |
| Terms | Net 45 Days | ESI Project No. | |
| SalesPerson | MI S JXG | Client / Matter No. | 39667/002 |
| SalesPerson 2 | | | |
| Cust P O | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 3,380 | Blowbacks w/separators | 0.075 | 253.50 |
| 560 | Blowbacks - Color | 0 45 | 252 00 |
| | Date 06/21/2016 | | |

2 of Whitest

RECEIVED
JUL 12 2016
FINANCE DEPARTMENT

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal | 505 50 |
| Total Sales Tax | 44.86 |
| Total | 550.36 |

Accepted By: _____

Remit To: DTI
PO Box 934272
Atlanta, GA 31193-4272

2256816

**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone 646-878-1527
Fax
Fed ID No.: 58-2413793

**INVOICE**

Invoice Number 954295

Invoice Date: 06/24/16

Bill To
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Hannah Silverman

Ship To
Proskauer Rose LLP
11 Times Square
New York, NY 10036

| | | |
|---|---|---|
| Customer ID | 22308 | |
| Terms | Net 45 Days | |
| SalesPerson | MLS JXG | |
| SalesPerson 2 | | |
| Cust P O | | |

| | |
|---|---|
| Job No | NY003524 |
| ESI Project No | |
| Client / Matter No. | 39667/002 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 4,795 | Blowbacks w/Assembly  2 of u Hat | 0.10 | 479.50 |
| 329 | Blowbacks - Color | 0 45 | 148.05 |
| 7 | 2" Ring Binders | 10 00 | 70.00 |
| 119 | Tabs - Custom | 0 50 | 59.50 |

Date 06/23/2016

RECEIVED
JUL 12 2016
FINANCE DEPARTMENT

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal | 757 05 |
| Total Sales Tax | 67.19 |
| Total: | 824.24 |

$0

Accepted By _____

**Remit To:** DTI
PO Box 934272
Atlanta, GA 31193-4272

# EXHIBIT E

NOTE: This form is to be used to obtain reimbursement for client expenses up to $50.00.

CLIENT TO BE CHARGED: *Intertrust Technologies Corp.*

MATTER: *EBook Patent License*

| DATE | | CLIENT CODE | | MATTER CODE |
|---|---|---|---|---|
| MONTH | DAY | YEAR | | |
| 0 6 | 1 4 | 1 3 | 3 5 6 6 7 | 0 0 1 |

| DATE INCURRED | ITEM | DETAILS — MEALS - Where/Who   TAXI & TRANSPORT - To/From   OTHER - As Appropriate | BUSINESS PURPOSE | DISB. CODE | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| | | | | | | DOLLARS | CENTS |
| | MEALS | | | 2 | 5 5 | | |
| | TAXIS | | | 2 | 1 3 | | |
| | LOCAL CAR/AIR, TRAVEL EXPENSE | | | 2 | 1 3 | | |
| | TELEPHONE | | | 2 | 5 6 | | |
| 06/14/13 | FILING FEES | *Commenced action at SDNY* | | 7 | 0 | 4 0 0 | 0 0 |
| | OTHER: | | | | | | |
| | OTHER: | | | | | | |
| TOTAL (IN WORDS) | | | | TOTAL | | | |

| REQUESTED BY (Print Full Name) | BILLING NUMBER | APPROVED BY (Full Signature) | RECEIVED PAYMENT |
|---|---|---|---|
| *Allen F. Healy* | 6657 | *Allen F. Healy* | |

RECEIPTS SHOULD BE ATTACHED WHENEVER AVAILABLE AND MUST BE ATTACHED FOR CHARGES EXCEEDING $25.00 AND FOR MATERIALS PURCHASED

PROSKAUER ROSE LLP

CLIENT'S DISBURSEMENTS CASH REQUISITION/VOUCHER

$400.00

Court Name: District Court
Division: 1
Receipt Number: 46946143415
Cashier ID: Cbradley
Transaction Date: 06/13/2013
Payer Name: PROSKAUER ROSE

NOTICE OF FILING FEE
For: PROSKAUER ROSE
Amount: $400.00

CASH
Amt Tendered: $400.00

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

39667-001

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>        Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Micah W. Miller, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated: July 9, 2013

*/s/ Micah W. Miller*
Micah W. Miller
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
mmiller@proskauer.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>　　　　　　Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**(PROPOSED) ORDER FOR**<br>**ADMISSION *PRO HAC VICE*** |

The motion of Micah W. Miller for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

> Micah W. Miller
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA  02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> mmiller@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _____ 2013

_____
United States District / Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **second** day of **December** A.D. **2009** , said Court being the highest Court of Record in said Commonwealth:

## Micah W. Miller

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth day of July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that that a copy of the foregoing was served on

July 9, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Micah W. Miller_
Micah W. Miller

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ADREA, LLC,

        Plaintiff,

      v.

BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, AND
NOOK MEDIA LLC,

        Defendants.

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

(PROPOSED) **ORDER FOR**
**ADMISSION *PRO HAC VICE***



USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED:

The motion of Micah W. Miller for admission to practice *Pro Hac Vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

Massachusetts; and that his contact information is as follows:

Micah W. Miller
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
mmiller@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: ___7/10/___ 2013

_____
United States District / Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **second** day of **December** A.D. **2009** , said Court being the highest Court of Record in said Commonwealth:

## Micah W. Miller

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on

July 9, 2013 to all counsel of record via the Court's Electronic Filing System.


*/s/ Micah W. Miller*
Micah W. Miller

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, AND NOOK MEDIA LLC, | ) **ECF CASE** ) ) **MOTION FOR ADMISSION** ) *PRO HAC VICE* |
| Defendants. | ) ) ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Kimberly A. Mottley, hereby move this Court for

an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in

the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and

there are no pending disciplinary proceedings against me in any state or federal court.   In

support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of

Good Standing.

Dated:  August 1, 2013

*/s/ Kimberly A. Mottley*
Kimberly A. Mottley
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
kmottley@proskauer.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>BARNES & NOBLE, INC., )<br>BARNESANDNOBLE.COM LLC, AND )<br>NOOK MEDIA LLC, )<br><br>Defendants. ) | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**(PROPOSED) ORDER FOR**<br>**ADMISSION *PRO HAC VICE*** |

The motion of Kimberly A. Mottley for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

> Kimberly A. Mottley
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA 02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> kmottley@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _____ 2013

_____

United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on August 1, 2013 to all counsel of record via the Court's Electronic Filing System.

*/s/ Kimberly A. Mottley*
Kimberly A. Mottley

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

-----

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **January** A.D. **2002** , said Court being the highest Court of Record in said Commonwealth:

## Kimberly A. Mottley

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/13

|  |  |
|---|---|
| ADREA, LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
|  | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) (PROPOSED) **ORDER FOR** |
|  | ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |
|  | ) |
|  | ) |

The motion of Kimberly A. Mottley for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

Kimberly A. Mottley
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
kmottley@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.


Dated:  8/2/13 2013                                  _____
                                                     United States District / Magistrate Judge

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>           Plaintiff,<br><br>           v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 13-cv-4137 (JSR)<br><br>)  **ECF CASE**<br><br>)  **MOTION FOR ADMISSION**<br>)  ***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Kimberly A. Mottley, hereby move this Court for

an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in

the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and

there are no pending disciplinary proceedings against me in any state or federal court.   In

support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of

Good Standing.

Dated:  August 1, 2013                      */s/ Kimberly A. Mottley*
                                          Kimberly A. Mottley
                                          PROSKAUER ROSE LLP
                                          One International Place
                                          Boston, MA  02110
                                          Tel: (617) 526-9600
                                          Fax: (617) 526-9899
                                          kmottley@proskauer.com

                                          Attorney for Plaintiff

Case 1:13-cv-04137-JSR   Document 19   Filed 06/01/13   Page 4 of 5

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on

August 1, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Kimberly A. Mottley_
Kimberly A. Mottley

Case 1:13-cv-04137-JSR   Document 19   Filed 06/01/13   Page 5 of 5

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **January** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

## Kimberly A. Mottley

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **July** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) <br> ) |
| BARNES & NOBLE, INC., <br> BARNESANDNOBLE.COM LLC, AND <br> NOOK MEDIA LLC, | ) **ECF CASE** <br> ) <br> ) **MOTION FOR ADMISSION** <br> ) ***PRO HAC VICE*** |
| Defendants. | ) <br> ) <br> ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Erin Staab, hereby move this Court for an Order

for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the

above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and

there are no pending disciplinary proceedings against me in any state or federal court. In

support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of

Good Standing.

Dated: August 19, 2013

*/s/ Erin Staab*
Erin Staab
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
estaab@proskauer.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **(PROPOSED) ORDER FOR** |
| | ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |
| | ) |

The motion of Erin Staab for admission to practice *Pro Hac Vice* in the above-captioned

action is granted.

Applicant has declared that she is a member in good standing of the bar of the

Commonwealth of Massachusetts; and that her contact information is as follows:

Erin Staab
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
estaab@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _____ 2013

_____
United States District / Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that that a copy of the foregoing was served on

August 19, 2013 to all counsel of record via the Court's Electronic Filing System.

*/s/ Erin Staab*
Erin Staab

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the      twenty-eighth

day of      November      A.D.  2012    , said Court being the highest Court of Record in said Commonwealth:

## Erin Staab

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this      fourteenth    day of    August    in the year of our Lord  two thousand and thirteen.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ADREA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-4137 (JSR) |
| | ) | |
| BARNES & NOBLE, INC., | ) | ECF CASE |
| BARNESANDNOBLE.COM LLC, AND | ) | |
| NOOK MEDIA LLC, | ) | (PROPOSED) ORDER FOR |
| | ) | ADMISSION *PRO HAC VICE* |
| Defendants. | ) | |
| | ) | |
| | ) | |

The motion of Erin Staab for admission to practice *Pro Hac Vice* in the above-captioned

action is granted.

Applicant has declared that she is a member in good standing of the bar of the

Commonwealth of Massachusetts; and that her contact information is as follows:

Erin Staab
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
estaab@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated:  ___9/11/___ 2013

_____
United States District / Magistrate Judge

Case 1:13-cv-04137-JSR   Document 267-2   Filed 04/28/17   Page 35 of 65
Case 1:13-cv-04137-JSR   Document 32   Filed 09/12/13   Page 3 of 5
Case 1:13-cv-04137-JSR   Document 27   Filed 08/19/13   Page 3 of 5

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on August 19, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Erin Staab_
Erin Staab

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **November** A.D. **2012**, said Court being the highest Court of Record in said Commonwealth:

### Erin Staab

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **August** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X1116

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, AND NOOK MEDIA LLC, | ) **ECF CASE** |
| Defendants. | ) **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Erin Staab, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.  In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated: August 19, 2013

*/s/ Erin Staab*
Erin Staab
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
estaab@proskauer.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>               Plaintiff,<br><br>          v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick J. Niedermeier, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  September 3, 2013

                                    */s/ Patrick J. Niedermeier*
                                      Patrick J. Niedermeier
                                      PROSKAUER ROSE LLP
                                      One International Place
                                      Boston, MA  02110
                                      Tel: (617) 526-9600
                                      Fax: (617) 526-9899
                                      pniedermeier@proskauer.com

                                      Attorney for Plaintiff

Case 1:13-cv-04137-JSR   Document 19   Filed 08/01/13   Page 2 of 3

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

)
)
ADREA, LLC,                                   )
)
             Plaintiff,                       )
)
        v.                                    )   Civil Action No. 13-cv-4137 (JSR)
)
BARNES & NOBLE, INC.,                         )   **ECF CASE**
BARNESANDNOBLE.COM LLC, AND                   )
NOOK MEDIA LLC,                               )   **(PROPOSED) ORDER FOR**
)   **ADMISSION *PRO HAC VICE***
             Defendants.                      )
)
)
)

The motion of Kimberly A. Mottley for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

> Kimberly A. Mottley
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA  02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> kmottley@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated:  8/2/13 2013

_____
United States District / Magistrate Judge

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **(PROPOSED) ORDER FOR** |
| | ) **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |
| | ) |

The motion of Patrick J. Niedermeier for admission to practice *Pro Hac Vice* in the

above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

Massachusetts; and that his contact information is as follows:

> Patrick J. Niedermeier
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA 02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> pniedermeier@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.


Dated: _____ 2013

_____

United States District / Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that that a copy of the foregoing was served on

September 3, 2013 to all counsel of record via the Court's Electronic Filing System.


_/s/ Patrick J. Niedermeier_
Patrick J. Niedermeier

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the           **eleventh** day of        **December**        A.D.  **2008**      , said Court being the highest Court of Record in said Commonwealth:

### Patrick J. Niedermeier

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this   **twenty-ninth** day of  **August** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ADREA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-4137 (JSR) |
| | ) | |
| BARNES & NOBLE, INC., | ) | **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) | |
| NOOK MEDIA LLC, | ) | **(PROPOSED) ORDER FOR** |
| | ) | **ADMISSION *PRO HAC VICE*** |
| Defendants. | ) | |
| | ) | |
| | ) | |

The motion of Patrick J. Niedermeier for admission to practice *Pro Hac Vice* in the
above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of
Massachusetts; and that his contact information is as follows:

> Patrick J. Niedermeier
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA  02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> pniedermeier@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel
for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the
above captioned case in the United States District Court for the Southern District of New
York. All attorneys appearing before this Court are subject to the Local Rules of this Court,
including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case 1:13-cv-04137-JSR   Document 28   Filed 09/03/13   Page 5 of 5

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.


Dated:  _9/13/_ 2013                    _____
                                         United States District / Magistrate Judge

Case 1:13-cv-04137-JSR   Document 28   Filed 09/03/13   Page 4 of 5

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on September 3, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Patrick J. Niedermeier_
Patrick J. Niedermeier

Case 1:13-cv-04137-JSR   Document 28   Filed 04/05.13   Page 5 of 5

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eleventh** day of **December** A.D. **2008** , said Court being the highest Court of Record in said Commonwealth:

## Patrick J. Niedermeier

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **August** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, AND NOOK MEDIA LLC, | ) **ECF CASE** |
|  | ) **MOTION FOR ADMISSION** |
|  | ) ***PRO HAC VICE*** |
| Defendants. | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Patrick J. Niedermeier, hereby move this Court

for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea,

LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and

there are no pending disciplinary proceedings against me in any state or federal court.  In

support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of

Good Standing.

Dated:  September 3, 2013

*/s/ Patrick J. Niedermeier*
Patrick J. Niedermeier
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
pniedermeier@proskauer.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>              Plaintiff,<br><br>         v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 13-cv-4137 (JSR)

**ECF CASE**

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brendan S. Cox, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  October 22, 2013

/s/ *Brendan S. Cox*
Brendan S. Cox
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
bcox@proskauer.com

Attorney for Plaintiff

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

## Brendan S. Cox

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **October** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,    )<br><br>       Plaintiff,    )<br><br>       v.    )<br><br>BARNES & NOBLE, INC.,    )<br>BARNESANDNOBLE.COM LLC, AND    )<br>NOOK MEDIA LLC,    )<br><br>       Defendants.    ) | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brendan S. Cox, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.   In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  October 22, 2013

/s/ Brendan S. Cox
Brendan S. Cox
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899
bcox@proskauer.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>          Defendants. | Civil Action No. 13-cv-4137 (JSR)<br><br>**ECF CASE**<br><br>**(PROPOSED) ORDER FOR<br>ADMISSION *PRO HAC VICE*** |

The motion of Brendan S. Cox for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

> Brendan S. Cox
> PROSKAUER ROSE LLP
> One International Place
> Boston, MA  02110
> Tel: (617) 526-9600
> Fax: (617) 526-9899
> bcox@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.

Dated: _____ 2013

_____
United States District / Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that that a copy of the foregoing was served on

October 22, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Brendan S. Cox_
Brendan S. Cox

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

### Brendan S. Cox

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **October** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE, Clerk**

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADREA, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>NOOK MEDIA LLC,<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 13-cv-4137 (JSR) <br> ) <br> ) **ECF CASE** <br> ) <br> ) **(PROPOSED) ORDER FOR** <br> ) **ADMISSION *PRO HAC VICE*** <br> ) <br> ) |

The motion of Brendan S. Cox for admission to practice *Pro Hac Vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

Massachusetts; and that his contact information is as follows:

Brendan S. Cox
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
bcox@proskauer.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Adrea, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourt.gov.

Dated: _____ 11/14 2013

United States District / ~~Magistrate~~ Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that that a copy of the foregoing was served on

October 22, 2013 to all counsel of record via the Court's Electronic Filing System.

_/s/ Brendan S. Cox_

Brendan S. Cox

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-cv-4137 (JSR) |
| | ) |
| BARNES & NOBLE, INC., | ) **ECF CASE** |
| BARNESANDNOBLE.COM LLC, AND | ) |
| NOOK MEDIA LLC, | ) **MOTION FOR ADMISSION** |
| | ) ***PRO HAC VICE*** |
| Defendants. | ) |
| | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Brendan S. Cox, hereby move this Court for an

Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Adrea, LLC in

the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and

there are no pending disciplinary proceedings against me in any state or federal court. In

support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of

Good Standing.

Dated: October 22, 2013                   */s/ Brendan S. Cox*
                                          Brendan S. Cox
                                          PROSKAUER ROSE LLP
                                          One International Place
                                          Boston, MA 02110
                                          Tel: (617) 526-9600
                                          Fax: (617) 526-9899
                                          bcox@proskauer.com

                                          Attorney for Plaintiff

Case 1:13-cv-04137-JSR   Document 54   Filed 10/22/13   Page 5 of 5

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the         **twenty-sixth** day of        **November**     A.D.  **2007**    , said Court being the highest Court of Record in said Commonwealth:

## Brendan S. Cox

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this  **eighteenth**  day of  **October** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

XM16

# EXHIBIT F

# PREEMPTIVE PROCESS SERVERS 119455

PREEMPTIVE PROCESS SERVERS
176-37 120th Ave
Jamaica, NY 11434

(718)341-9960
accounts@ppsnyc.com

## Invoice

| Date | Invoice No. |
|------|-------------|
| 09/25/2013 | 61713-1 |
| Terms | Due Date |
| Due on receipt | 09/27/2013 |

| Bill To | Ship To |
|---------|---------|
| Mike Cooper<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 | ADREA, LLC<br>vs<br>BARNES & NOBLE, LLC, ET AL.<br>USDC/SDNY<br>Case No.13-cv-4137(JSR) |

CLIENT MATTER #
39667.001

| Date | Activity | Amount |
|------|----------|--------|
| 06/11/2013 | Immediate Priority Processing | |
| 06/17/2013 | Attempted Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclousre Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon Barnes & Noble, Inc. at 122 Fifth Avenue, New York, New York 10011; No one authorized at this location to accept service. | 160.00 |
| 06/17/2013 | Printed 224 Pages for Service | 22.40 |

*"GIVING YOUR ADVERSARIES THE SERVICE THEY DESERVE"*

| | Total | $182.40 |

V ++ alu~~~~

119455

# PREEMPTIVE PROCESS SERVERS

PREEMPTIVE PROCESS SERVERS
176-37 120th Ave
Jamaica, NY 11434

(718)341-9960
accounts@ppsnyc.com

Invoice

| Date | Invoice No. |
|------|-------------|
| 09/25/2013 | 61713-1A |
| Terms | Due Date |
| Due on receipt | 09/27/2013 |

| Bill To | Ship To |
|---------|---------|
| Mike Cooper<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 | ADREA, LLC<br>vs<br>BARNES & NOBLE, LLC<br>BARNESANDNOBLE.COM LLC and<br>NOOK MEDIA LLC<br>USDC/SDNY |

CLIENT MATTER #
39667.001

| Date | Activity | Amount |
|------|----------|--------|
| 06/19/2013 | Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclosed Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon Barnes & Noble, Inc. via their registered agent Capitol Services, Inc. at 1218 Central Avenue, Suite 100, Albany, NY 12205 | 210.00 |

9.26.13
OK to PAY   cll 3

| *"GIVING YOUR ADVERSARIES THE SERVICE THEY DESERVE"* | Total | $210.00 |

V+ ∝/0⌣5/0

11945⌣

# PREEMPTIVE PROCESS SERVERS

PREEMPTIVE PROCESS SERVERS
176-37 120th Ave
Jamaica, NY 11434

(718)341-9960
accounts@ppsnyc.com

## Invoice

| Date | Invoice No. |
|---|---|
| 09/25/2013 | 61713-3 |
| Terms | Due Date |
| Due on receipt | 09/27/2013 |

**Bill To**
Mike Cooper
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

**Ship To**
ADREA, LLC
vs
BARNES & NOBLE, LLC, ET AL.
USDC/SDNY
Case No.13-cv-4137(JSR)

**CLIENT MATTER #**
39667.001

| Date | Activity | Amount |
|---|---|---|
| 06/18/2013 | Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclosure Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon Nook Media LLC at 76 Ninth Avenue, 9th Floor, New York, New York 10011 | 160.00 |
| 06/18/2013 | Same Address 2nd Service of Summons In A Civil Action, Complaint with Exhibits, Civil Cover Sheet, Disclosure Statement Pursuant to Fed. R. CIV. P. 7.1, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Rules of Practice of Hon. Jed S. Rakoff, Electronic Case Filing Rules & Instructions upon barnesandnoble.com LLC | 40.00 |
| 06/18/2013 | Immediate Priority Processing | |

011-3

9-26-13 BAH
OK to PAH

*"GIVING YOUR ADVERSARIES THE SERVICE THEY DESERVE"*

**Total** | **$200.00**

39667-002

MATTER
Closed