# EXHIBIT A

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY  10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116468 | 5/17/2016 | 44315 |
| Job Date | Case No. | |
| 5/10/2016 | 13CV4137 | |

| Case Name |
|---|
| Adrea LLC v. Barnes & Nobles |

| Payment Terms |
|---|
| Net 30, Interest at 1.5% / month |

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA  90067-3206

COPY OF TRANSCRIPT (EXPEDITED) OF:

| | | | |
|---|---|---|---|
| David Yurkerwich | 359.00 | Pages | 1,561.65 |
| 3 Day Copy | | | 1,705.25 |
| Interactive Realtime | | | 807.75 |
| Rough Draft/ASCII | | | 700.05 |
| Exhibit Package | 626.00 | Pages | 845.10 |
| Litigation Support Package | | | 165.00 |
| Shipping & Handling (O) | | | 78.00 |

TOTAL DUE  >>>   $5,862.80
AFTER 6/16/2016  PAY   $6,155.94

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA  90067-3206

| | | |
|---|---|---|
| Invoice No. | : | 116468 |
| Invoice Date | : | 5/17/2016 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 44315 |
| BU ID | : | DFW CR |
| Case No. | : | 13CV4137 |
| Case Name | : | Adrea LLC v. Barnes & Nobles |

Remit To:    **AP for the benefit of David Feldman Worldwide, Inc.**
**PO Box 823473**
**Philadelphia PA  19182-3461**

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY  10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116468 | 5/17/2016 | 44315 |
| Job Date | Case No. | |
| 5/10/2016 | 13CV4137 | |

| Case Name |
|---|
| Adrea LLC v. Barnes & Nobles |

| Payment Terms |
|---|
| Net 30, Interest at 1.5% / month |

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA  90067-3206

|  |  |
|---|---:|
| (-) Payments/Credits: | 5,862.80 |
| (+) Finance Charges/Debits: | 644.90 |
| (=) New Balance: | $0.00 |

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

---

Colin G. Cabral, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles CA  90067-3206

Invoice No.      :   116468
Invoice Date    :   5/17/2016
**Total Due**    :   **$0.00**

Remit To:   **AP for the benefit of David Feldman Worldwide, Inc.**
**PO Box 823473**
**Philadelphia PA  19182-3461**

Job No.       :   44315
BU ID          :   DFW CR
Case No.    :   13CV4137
Case Name :   Adrea LLC v. Barnes & Nobles