# EXHIBIT B

# Xin Wang

**From:** United Airlines, Inc. <unitedairlines@united.com>
**Sent:** Wednesday, October 01, 2014 11:10 AM
**To:** XIN.WANG.USC@GMAIL.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation JKDD4R

 

Confirmation:
**JKDD4R**

Issue Date: October 01, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| WANG/XINDR | 0162424049412 | UA-JP66XXXX Premier Platinum / *G | 25D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 07OCT14 | UA867 | Q | LOS ANGELES, CA (LAX) **1:00 PM** | NEW YORK, NY (JFK) **9:34 PM** | 757-200 | Purchase |

**FARE INFORMATION**

**Fare Breakdown**
Airfare:                                        391.63USD
U.S. Federal Transportation Tax:                 29.37
U.S. Flight Segment Tax:                          4.00
September 11th Security Fee:                      5.60
U.S. Passenger Facility Charge:                   4.50
Per Person Total:                               435.10USD

**Form of Payment:**
VISA
Last Four Digits 8894

**eTicket Total:**                              **435.10USD**

The airfare you paid on this itinerary totals: 391.63 USD

**The taxes, fees, and surcharges paid total: 43.47 USD**

| | |
|---|---|
| Fare Rules: | Additional charges may apply for changes in addition to any fare rules listed.<br><br>NONREF/0VALUAFTDPT/CHGFEE<br>Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE. |
| Add Collect: | An additional amount for the difference in fare was charged to VISA VIXXXXXXXXXXXXX8894 on Wednesday, October 01, 2014. $157.00 USD per ticket for an additional total of $157.00 USD was collected. |
| Additional Charges: | Wed., Oct. 1, 2014/Visa 8894 was charged 200.00 USD for the following: Change Fee / EDD 01629255191196 |

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/7/2014 Los Angeles, CA (LAX) to New York, NY (JFK) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**Additional Baggage Information**
**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**
**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or**

1

Case 1:13-cv-04137-JSR   Document 275-2   Filed 07/18/17   Page 3 of 7
Case 1:13-cv-04137-JSR   Document 264-3   Filed 04/05/17   Page 11 of 20

10/11/2014                                                                 Gmail - Receipt Request



## Receipt Request

**JetBlue Airways** <donotreply@jetblue.com>　　　　　　　　　　　　　Sat, Oct 11, 2014 at 8:38 PM
To: BRIANBERG@gmail.com

# jetBlue                                                                                                  RECEIPT

## TRAVEL PURCHASE

**Date:** October 07, 2014　　　　　　　　**Record Locator:** JCDJTD

| | |
|---|---|
| Ticket Number(s): | 2792119494267 |
| Traveler(s): | BERG, BRIAN ALRIE MR |
| Flight Details: | Flight Number　　　　　City Pair |
| | 915　　　　　　　　　　JFK-SFO |
| Travel Date: | October 09 |
| Base Fare: | $497.56　　USD |
| Taxes: | $51.42　　USD |
| Base Fare Total: | **$548.98**　　USD |
| Payment(s): | |
| | Travel Bank Account XXXXXXXXXXXX9498　　$249.00　USD |
| | Visa card XXXXXXXXXXXX4947　　$299.98　USD |

## FEES

**Date:** October 07, 2014

**Ticket Number:** 2790613928416　　　　　　　　**Name:** BERG, BRIAN

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $99.00 | $0.00 | $99.00 |

Case 1:13-cv-04137-JSR   Document 275-2   Filed 07/18/17   Page 4 of 7
Case 1:13-cv-04137-JSR   Document 264-3   Filed 04/05/17   Page 12 of 20

10/11/2014                                      Gmail - Receipt Request

| | | | |
|---|---|---|---|
| Total: | $99.00 | USD | |
| Payment(s): | | | |
| | Visa card 4388********4947 | $99.00 | USD |

**TOTAL PAID\*: $647.98 (USD)**

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE

10/12/2014                                    Gmail - Receipt Request



# Receipt Request

**JetBlue Airways** <donotreply@jetblue.com>                Sun, Oct 12, 2014 at 7:43 AM
To: BRIANBERG@gmail.com

# jetBlue                                                        RECEIPT

## TRAVEL PURCHASE

**Date:** October 09, 2014                  **Record Locator:** JHYMIB

| | |
|---|---|
| Ticket Number(s): | 2792119629881 |
| Traveler(s): | BERG, BRIAN ALRIE MR |
| Flight Details: | Flight Number        City Pair |
| | 670                  SJC-JFK |
| Travel Date: | October 12 |
| Base Fare: | $730.12    USD |
| Taxes: | $68.86    USD |
| **Base Fare Total:** | **$798.98**    USD |
| Payment(s): | |
| | Visa card XXXXXXXXXXXX4947         $798.98    USD |

## FEES

**Date:** October 09, 2014

**Ticket Number:** 2790613970766                **Name:** BERG, BRIAN

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $80.00 | $0.00 | $80.00 |
| Total: | $80.00 | USD | | |

10/12/2014                                                             Gmail - Receipt Request

Payment(s):

| | | |
|---|---|---|
| Visa card 4388********4947 | $80.00 | USD |

## TOTAL PAID*: $878.98 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE

# AMERICAN EXPRESS **TRAVEL**

**INVOICE**
Generated Thu, 16 October 2014 18 28 49

## Travel Arrangements for MAGEE/STEPHEN P

**American Express Travel Record Locator**   **XNCBSE**

**AgentDetails**

Platinum Travel Service
2401 W Behrend Dr Ste.55 M/C 08-03-69
Phoenix Arizona 85027
Toll Free 1-800-443-7672
When Overseas Call Collect 602-537-4000

### Ticket Information for MAGEE/STEPHEN P

| | | | |
|---|---|---|---|
| American Airlines | | 16/10/2014 | |
| 7501272114 | | 1116010 | |
| Yes | | | |

**Charges**

| | |
|---|---|
| Total Charges for Air  | 809.60 |
| | 695.81 |
| | 74.79 |
| | 770.60 |
| | 39.00 |

### Ticket Information for MAGEE/STEPHEN P

| | | | |
|---|---|---|---|
| United Airlines | | 03/10/2014 | |
| 7498288117 | | 1073897 | |
| Yes | | | |

**Charges**

| | |
|---|---|
| Total Charges for Air | 471.10 |
| | 388.84 |
| | 43.26 |
| | 432 10 |
| | 39.00 |

The Baggage Rules of American Airlines apply to this itinerary, and can be accessed by visiting
[illegible]

## Travel Details              Thursday 16 Oct 14

### Other Information

UNUSED TICKET JET BLUE VALUED 158.99. NONE REFUNDABLE