# EXHIBIT C

# THE WESTIN NEW YORK
## AT TIMES SQUARE

### Agreement between Westin New York at Times Square and PROSKAUER

| PROSKAUER | Westin New York at Times Square |
|---|---|
| One International Place | 270 West 43rd Street |
| Boston, MA 02110-2600 | New York, NY 10036 |
| Angela Frontiera | Melissa Richter |
| afrontiera@proskauer.com | Sales Specialist, Group |
| Phone: 617-526-9604 | Phone: 212-201-4602 |
|  | Fax: 212-201-4669 |
|  | melissa.richter@westin.com |

RE:    Proskauer Trial

This Agreement between PROSKAUER ("Group") and Westin New York at Times Square ("Hotel") is effective as of the date it is signed by Hotel on or before Friday, August 29, 2014 ("Agreement Date").

Group/Event Dates: Wednesday, October 01, 2014 – Friday, October 17, 2014

Guest Rooms: This Agreement applies to the following block of guest rooms (the "Room Block"):

|  | Wed 10/01 | Thu 10/02 | Fri 10/03 | Sat 10/04 | Sun 10/05 | Mon 10/06 | Tue 10/07 | Wed 10/08 |
|---|---|---|---|---|---|---|---|---|
| Deluxe | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |

|  | Thu 10/09 | Fri 10/10 | Sat 10/11 | Sun 10/12 | Mon 10/13 | Tue 10/14 | Wed 10/15 | Thurs 10/16 |
|---|---|---|---|---|---|---|---|---|
| Deluxe | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |

Total Guest Room Night Commitment: Group's total guest room night commitment is 272.

Cut-off Date: The Rooming list is due 72 hours before arrival date per night.

Rates: Hotel will provide the following special net, non-commissionable guest room rates below for the Room Block (the "Rates"):

| Room | Single Rate | Double Rate |
|---|---|---|
| Deluxe | $369.00 | $369.00 |

Rates apply towards rooms with single and/or double occupancy only unless noted above. $30 additional surcharge will apply for Triple Occupancy and $60 additional surcharge will apply for Quad occupancy.

Rates do not include applicable state and local taxes, currently 14.75% as well as a $2.00 occupancy charge, and a hotel unit fee equal to $1.50 per unit per day. All taxes are subject to change without notice.

Early Departure and Minimum Guarantee: If the group decides to depart early they will be charged for 2 night's room and tax based upon how many room nights are occupied at that time. They will need to guarantee at least 10 rooms per night.

Minimum Revenue: This Agreement will generate revenue for Hotel from a variety of sources, including guest rooms, food & beverage, and charges for ancillary services. The minimum revenue anticipated by Hotel under this Agreement (excluding taxes and other charges) is:

| Minimum Guest Room Revenue (# of room nights in Room Block x average Rate): | $ 100,368.00 |
|---|---|
| Total Minimum Revenue: | $100,368.00 |

If Group does not fulfill all of its commitments or cancels this Agreement, Group agrees that Hotel will suffer damages that will be difficult to determine. The "Attrition" and "Cancellation" provisions below provide for liquidated damages agreed upon by the parties as a reasonable estimate of Hotel's losses and do not constitute a penalty of any kind.

The Westin New York At Times Square
Pedro Polanco
(armbill)

Proskauer Trial At t80-3059154 - Account No 122797
INVOICE
*** Individual Guest Charges ***

| GuestName | Room | Folio # | RoomChg | RoomTax | Total |
|---|---|---|---|---|---|
| Bauer, Steven | 3202 | 2415237 | 1107.00 | 173.79 | 1280.79 |
| Bauer, Steven | 3202 | 2425029 | 369.00 | 57.93 | 426.93 |
| Bauer, Steven | 2609 | 2426781 | 1476.00 | 231.72 | 1707.72 |
| Bauer, Steven | 3209 | 2430187 | 1995.00 | 311.77 | 2306.77 |
| Berg, Brian | 3002 | 2422635 | 2214.00 | 347.58 | 2561.58 |
| Berg, Brian | 2307 | 2425612 | 1476.00 | 231.72 | 1707.72 |
| Berk, Scott | 2634 | 2415243 | 7470.00 | 1171.86 | 8641.86 |
| Cabral, Colin | 2410 | 2415238 | 8757.00 | 1372.21 | 10129.21 |
| Cox, Brendan | 3206 | 2415239 | 8208.00 | 1287.72 | 9495.72 |
| Dalsen, William | 2206 | 2428785 | 369.00 | 57.93 | 426.93 |
| Frontiera, Angela | 3931 | 2415246 | 5904.00 | 926.88 | 6830.88 |
| Frontiera, Angela | 4501 | 2428787 | 1257.00 | 195.91 | 1452.91 |
| Harwood, Brooke | 2305 | 2415244 | 8727.00 | 1367.79 | 10094.79 |
| Kitchura, John | 3204 | 2428783 | 369.00 | 57.93 | 426.93 |
| Lai, Vincent | 2705 | 2428747 | 369.00 | 57.93 | 426.93 |
| Lai, Vincent | 2706 | 2430573 | 369.00 | 57.93 | 426.93 |
| Magee, Stephen | 2936 | 2415250 | 4059.00 | 637.23 | 4696.23 |
| Miller, Micah | 2710 | 2415240 | 8208.00 | 1287.72 | 9495.72 |
| Mustafa, Zafer | 2842 | 2415242 | 7470.00 | 1171.86 | 8641.86 |
| Reed, Jinnie | 3409 | 2419991 | 1845.00 | 289.65 | 2134.65 |
| Reed, Jinnie | 1501 | 2426788 | 1476.00 | 231.72 | 1707.72 |
| Schneider, Heidi | 2301 | 2415245 | 8268.00 | 1296.58 | 9564.58 |
| Shteyn, Eugene | 2405 | 2415248 | 1476.00 | 231.72 | 1707.72 |
| Spertzel, Scott | 1035 | 2415251 | 5595.00 | 877.79 | 6472.79 |
| Stafford, Laura | 4341 | 2415241 | 8667.00 | 1358.93 | 10025.93 |
| Wang, Xin | 3331 | 2415249 | 5595.00 | 877.79 | 6472.79 |
| Total | | | 103095.00 | 16169.59 | 119264.59 |

End of Report