**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against - | ) ECF Case |
| | ) |
| BARNES & NOBLE, INC., | ) 13-CV-4137 (JSR) |
| BARNESANDNOBLE.COM LLC, and | ) |
| NOOK MEDIA LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Barnes & Noble, Inc., barnesandnoble.com LLC, and NOOK Media LLC (collectively "B&N")[1] in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's Memorandum Order dated July 25, 2017, and entered on July 26, 2017 (Dkt. 277), granting in part and denying in part the parties' Motions (Dkts. 268 and 271 respectively) for Review of the Taxation of Costs entered by the Clerk of the Court on April 28, 2017 (Dkt. 267); and from the Amended Taxation of Costs entered by the Clerk of the Court on July 26, 2017 (Dkt. 278), amending the Clerk's April 28, 2017 Taxation of Costs as per the Court's Memorandum Order dated July 25, 2017.

---

[1] NOOK Media LLC is now Barnes & Noble Education, LLC, a subsidiary of Barnes & Noble Education, Inc., and a separately traded company. barnesandnoble.com LLC is the predecessor in interest to Nook Digital, LLC, a subsidiary of Barnes & Noble, Inc.

Dated:  August 21, 2017

**ARNOLD & PORTER
KAYE SCHOLER LLP**

*/s/ Louis S. Ederer*

Louis S. Ederer
Maxwell C. Preston
250 West 55th Street
New York, NY 10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
louis.ederer@apks.com
maxwell.preston@apks.com

*Attorneys for Defendants Barnes & Noble, Inc.,
barnesandnoble.com LLC, and Nook Media LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, copies of the Defendants' Notice of Appeal was

caused to be served upon the following via ECF:

Colin Cabral, Esq.
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067

*/s/ Maxwell C. Preston*
Maxwell C. Preston
